# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### EVANSVILLE DIVISION

Christopher Adams, Jared Ahl, Eric Alderson, Christopher Applegate, John Aull, Gary Austin, Kenneth Austin, Scott Austin, Wesley Ball John Ballew, Casey Banks, David Beertzer, Jr., Steven Bell, II, Michael Berry, Edward Boehman, Kevin Brock, Jeremy Brown, Stephen Bruce, Donald Buckman, Brian Burnett, Jr., James Burns, Gary Butts, Bernard Byrd, Stephen Byrne, Timothy Campbell, Richard Carlisle, Paul Carver, William Carwile, Jr., Anthony Castello, Gerald Chamberlain, Mark Christian, Aaron Cook, Larry Cooper, Jr., James Craig, Merle Denny, Jr., Dewey Dever, III, Bryan Devine, Scott DeWitt, Steven DeWitt, Trevor Dunn, Bradley Eberle, Nicholas Edge, Terrence Evrard, James Faught, Brandon Ford, James Franz, Eric Frizzell, Gregory Frizzell, Stanley Fuqua, Jr., Jeremy Galloway, Hoy Garrett, Jr., Joseph Gillespie, Robert Gogel, Jr., Terry Graham, Donald Graves, Kyle Greenwell, David Gunn, David Hakes, Matthew Hakes, Joshua Hardin, Jonathan Hardman, Thomas Hardman, Jeremy Higdon, Michael Holder, James Holmes, Jr., Benjamin Horsting, Roger Howard, Ronald Howell, III, Bruce Hunt, Josh Hurm, Robert Johnson, Leon King, Dean Knepper, Annette Kurger, John Lashley, James Lawson, Jr., Joseph LeDuff, Robert Lee, II, Donald Lightfoot, Dustin Lindsey, Thomas Marshall, Eric Martin, William Martin, Justin Masterson, Jim McCallister, Darrell McCarthy, Isaac McCarty, Thomas McCauley, Jr., Charles McCoy, David McStoots, Matthew Milburn, Clyde Miller, Jr., James Moore, Steven Nunn, Anthony Owens, Nicholas Payne, Alan Petri, Anthony Plantz, Jason Powers,

Civil No. _____

## COMPLAINT IN COLLECTIVE ACTION

## (DEMAND FOR JURY TRIAL)

**EXHIBIT 2**

Rodney Powers, Michael Richards, Stephen
Richards, Joseph Riley, Christopher Risley,
Howell Roach, Jr., Chris Roark, Joseph
Roccia, Robert Rudd, David Sandage, Mark
Sandage, Traci Schaefer, Michael Seibert,
Kevin Sexton, Kenneth Sexton, Jr., Michael
Simmons, Matthew Sims, James Spurling, II,
Jason Stallings, Jason Stiles, Clint Stoner,
Aaron Strahl, Gregory Strathmann, Danny
Sturgeon, Jeremiah Sturgeon, Jefferson Taylor,
John Thomas, Michael Thorn, William Tinch,
II, Troy Todd, Jesse Underhill, Jamie
Waninger, Gregory Weise, Kenneth Williams,
Kenneth Williamson, Nathan Winings, Dane
Winkler, Keith Yano, Bryan Young, David
Zazzetti,

on behalf of themselves and other similarly
situated,

       Plaintiffs and Collective Action
       Members,

-v-

Waupaca Foundry,

       Defendant.

Plaintiffs, on behalf of themselves and others similarly situated, by and through their

attorneys, state and allege:

## PRELIMINARY STATEMENT

1.     Plaintiffs are current and former foundry workers who are or were employed

by Defendant Waupaca Foundry, Inc. (formerly, ThyssenKrupp Waupaca, Inc.).  The

Plaintiffs seek relief on a collective basis relating to Defendant's practice and policy of

2

not fully compensating employees for all the time they spend working at Defendant's foundries. In particular, the Plaintiffs spent time donning and doffing gear and equipment, showering, and walking to and from the production floor. These activities were necessary and indispensable to the Named Plaintiffs' principal work but are not compensated for by Defendant.

2.    Plaintiffs bring this action on behalf of themselves and all persons who were, are or will be employed by Defendant as foundry workers at its Tell City, Indiana, plant, at any time within the three years prior to filing of this Complaint through the date of the final disposition of this action (the "FLSA Period"), and who have not received full compensation for all hours worked under the Fair Labor Standards Act ("FLSA"). This group is hereinafter referred to as the "FLSA Class." The District Court for the Eastern District of Wisconsin previously certified this case as a collective action on December 18, 2008. Dkt. 91, *DeKeyser, et al. v. ThyssenKrupp Waupaca, Inc.*, Case No. 1:08-cv-00488 (E.D. Wis.). On March 31, 2016, that Court ordered that the claims of the Indiana workers be severed from the Wisconsin complaint so that they could be transferred to this District, and requested Plaintiffs to provide a proposed amended complaint for the Indiana workers.

3.    Each Plaintiff has provided his or her written consent to participate in this litigation as required by 29 U.S.C. § 216(b). Copies of Plaintiffs' consents to join this action are attached hereto as Exhibit A, and have been filed with the Court in accordance with 29 U.S.C. § 216(b). Plaintiffs previously filed their consents to join this

action in the collective action captioned *DeKeyser, et al. v. ThyssenKrupp Waupaca, Inc.*, Case No. 1:08-cv-00488 (E.D. Wis.).

4.    In addition to the Plaintiffs, all persons presently or formerly employed by Defendant in similar employment positions which are not exempt from the minimum wage and overtime requirements of the FLSA, are entitled to collectively participate in this action by choosing to "opt in" and submit a written consent to join form.

## PARTIES

5.    Plaintiffs all are or were nonexempt foundry workers employed by Defendant at its plant located in Tell City, Indiana.

6.    During the class period, Plaintiff Christopher Adams resided in Tell City, Indiana.  Plaintiff Adams filed his consent to join on January 26, 2009.

7.    During the class period, Plaintiff Jared Ahl resided in Tobinsport, Indiana. Plaintiff Ahl filed his consent to join on January 26, 2009.

8.    During the class period, Plaintiff Eric Alderson resided in Hawesville, Kentucky.  Plaintiff Alderson filed his consent to join on January 26, 2009.

9.    During the class period, Plaintiff Christopher Applegate resided in Tell City, Indiana.  Plaintiff Applegate filed his consent to join on January 30, 2009.

10.    During the class period, Plaintiff John Aull resided in Hawesville, Kentucky.  Plaintiff Aull filed his consent to join on February 6, 2009.

11.    During the class period, Plaintiff Gary Austin resided in English, Indiana. Plaintiff Austin filed his consent to join on February 19, 2009.

4

12.     During the class period, Plaintiff Kenneth Austin resided in Owensboro, Kentucky. Plaintiff Austin filed his consent to join on February 17, 2009.

13.     During the class period, Plaintiff Scott Austin resided in English, Indiana. Plaintiff Austin filed his consent to join on January 29, 2009.

14.     During the class period, Plaintiff Wesley Ball resided in Tobinsport, Indiana. Plaintiff Ball filed his consent to join on July 28, 2008.

15.     During the class period, Plaintiff John Ballew resided in Philpot, Kentucky. Plaintiff Ballew filed his consent to join on January 26, 2009.

16.     During the class period, Plaintiff Casey Banks resided in Owensboro, Kentucky. Plaintiff Banks filed his consent to join on February 13, 2009.

17.     During the class period, Plaintiff David Beertzer, Jr. resided in Leopold, Indiana. Plaintiff Beertzer filed his consent to join on February 17, 2009.

18.     During the class period, Plaintiff Steven Bell, II resided in Otwell, Indiana. Plaintiff Bell filed his consent to join on January 26, 2009.

19.     During the class period, Plaintiff Michael Berry resided in Owensboro, Kentucky. Plaintiff Berry filed his consent to join on February 20, 2009.

20.     During the class period, Plaintiff Edward Boehman resided in Maceo, Kentucky. Plaintiff Boehman filed his consent to join on January 30, 2009.

21.     During the class period, Plaintiff Kevin Brock resided in Santa Claus, Indiana. Plaintiff Brock filed his consent to join on February 23, 2009.

22.     During the class period, Plaintiff Jeremy Brown resided in Lewisport, Kentucky. Plaintiff Lewisport filed his consent to join on August 5, 2008.

5

Case 1:08-cv-00483-WCG   Document 272   Filed 09/07/07   Page 5 of 170

23.     During the class period, Plaintiff Stephen Bruce resided in Hawesville, Kentucky.  Plaintiff Bruce filed his consent to join on February 20, 2009.

24.     During the class period, Plaintiff Donald Buckman resided in Coralville, Iowa.  Plaintiff Buckman filed his consent to join on January 26, 2009.

25.     During the class period, Plaintiff Brian Burnett, Jr. resided in Cloverport, Kentucky.  Plaintiff Burnett filed his consent to join on January 27, 2009.

26.     During the class period, Plaintiff James Burns resided in Elkton, Kentucky.  Plaintiff Burns filed his consent to join on September 24, 2008.

27.     During the class period, Plaintiff Gary Butts resided in Owensboro, Kentucky.  Plaintiff Butts filed his consent to join on July 28, 2008.

28.     During the class period, Plaintiff Bernard Byrd resided in Sheboygan, Wisconsin.  Plaintiff Byrd filed his consent to join on January 26, 2009.

29.     During the class period, Plaintiff Stephen Byrne resided in Owensboro, Kentucky.  Plaintiff Byrne filed his consent to join on February 27, 2009.

30.     During the class period, Plaintiff Timothy Campbell resided in Tell City, Indiana.  Plaintiff Campbell filed his consent to join on February 23, 2009.

31.     During the class period, Plaintiff Richard Carlisle resided in Utica, Kentucky.  Plaintiff Carlisle filed his consent to join on January 26, 2009.

32.     During the class period, Plaintiff Paul Carver resided in Owensville, Kentucky and Cookeville, Tennessee.  Plaintiff Carver filed his consent to join on August 18, 2008.

Case 1:08-cv-00483-WCG   Document 70-2   Filed 09/07/07   Page 6 of 130

33.     During the class period, Plaintiff William Carwile, Jr. resided in Hardinsburg, Kentucky. Plaintiff Carwile filed his consent to join on January 26, 2009.

34.     During the class period, Plaintiff Anthony Castello resided in Evanston, Indiana. Plaintiff Castello filed his consent to join on January 26, 2009.

35.     During the class period, Plaintiff Gerald Chamberlain resided in Chrisney, Indiana. Plaintiff Chamberlain filed his consent to join on January 29, 2009.

36.     During the class period, Plaintiff Mark Christian resided in Owensboro, Kentucky. Plaintiff Christian filed his consent to join on January 26, 2009.

37.     During the class period, Plaintiff Aaron Cook resided in Cloverport, Kentucky. Plaintiff Cook filed his consent to join on January 26, 2009.

38.     During the class period, Plaintiff Larry Cooper, Jr. resided in Greensburg, Kentucky. Plaintiff Cooper filed his consent to join on February 2, 2009.

39.     During the class period, Plaintiff James Craig resided in Saint Marys, Georgia. Plaintiff Craig filed his consent to join on February 17, 2009.

40.     During the class period, Plaintiff Merle Denny, Jr. resided in Oakland City, Indiana. Plaintiff Denny filed his consent to join on January 26, 2009.

41.     During the class period, Plaintiff Dewey Dever, III resided in Hardinsburg, Kentucky. Plaintiff Dever filed his consent to join on February 23, 2009.

42.     During the class period, Plaintiff Bryan Devine resided in Owensboro, Kentucky. Plaintiff Devine filed his consent to join on January 26, 2009.

43.     During the class period, Plaintiff Scott DeWitt resided in Hawesville, Kentucky. Plaintiff Dewitt filed his consent to join on January 27, 2009.

7

44.     During the class period, Plaintiff Steven DeWitt resided in Hardinsburg, Kentucky.  Plaintiff Dewitt filed his consent to join on February 24, 2009.

45.     During the class period, Plaintiff Trevor Dunn resided in Rockport, Indiana. Plaintiff Dunn filed his consent to join on March 2, 2009.

46.     During the class period, Plaintiff Bradley Eberle resided in Tell City, Indiana.  Plaintiff Eberle filed his consent to join on February 2, 2009.

47.     During the class period, Plaintiff Nicholas Edge resided in Whitesville, Kentucky.  Plaintiff Edge filed his consent to join on January 26, 2009.

48.     During the class period, Plaintiff Terrence Evrard resided in Dale, Indiana. Plaintiff Evrard filed his consent to join on January 26, 2009.

49.     During the class period, Plaintiff James Faught resided in Henderson, Kentucky.  Plaintiff Faught filed his consent to join on January 26, 2009.

50.     During the class period, Plaintiff Brandon Ford resided in Louisville, Kentucky.  Plaintiff Ford filed his consent to join on January 27, 2009.

51.     During the class period, Plaintiff James Franz resided in Gentryville, Indiana.  Plaintiff Franz filed his consent to join on February 9, 2009.

52.     During the class period, Plaintiff Eric Frizzell resided in Cannelton, Indiana.  Plaintiff Frizzell filed his consent to join on January 23, 2009.

53.     During the class period, Plaintiff Gregory Frizzell resided in Cannelton, Indiana.  Plaintiff Frizzell filed his consent to join on January 23, 2009.

54.     During the class period, Plaintiff Stanley Fuqua, Jr. resided in Hardinsburg, Kentucky.  Plaintiff Fuqua filed his consent to join on January 30, 2009.

8

55.   During the class period, Plaintiff Jeremy Galloway resided in Tell City, Indiana. Plaintiff Galloway filed his consent to join on February 13, 2009.

56.   During the class period, Plaintiff Hoy Garrett, Jr. resided in Bristow, Indiana. Plaintiff Garrett filed his consent to join on March 9, 2009.

57.   During the class period, Plaintiff Joseph Gillespie resided in Owensboro, Kentucky. Plaintiff Gillespie filed his consent to join on March 5, 2009.

58.   During the class period, Plaintiff Robert Gogel, Jr. resided in Tell City, Indiana. Plaintiff Gogel filed his consent to join on January 23, 2009.

59.   During the class period, Plaintiff Terry Graham resided in Tell City, Indiana. Plaintiff Graham filed his consent to join on January 26, 2009.

60.   During the class period, Plaintiff Donald Graves resided in Tell City, Indiana. Plaintiff Graves filed his consent to join on January 30, 2009.

61.   During the class period, Plaintiff Kyle Greenwell resided in Cannelton, Indiana. Plaintiff Greenwell filed his consent to join on January 26, 2009.

62.   During the class period, Plaintiff David Gunn resided in Rockport, Indiana. Plaintiff Gunn filed his consent to join on January 29, 2009.

63.   During the class period, Plaintiff David Hakes resided in Tell City, Indiana. Plaintiff Hakes filed his consent to join on February 17, 2009.

64.   During the class period, Plaintiff Matthew Hakes resided in Tell City, Indiana. Plaintiff Hakes filed his consent to join on February 4, 2009.

65.   During the class period, Plaintiff Joshua Hardin resided in Attleboro, Massachusetts. Plaintiff Hardin filed his consent to join on February 9, 2009.

9

66.     During the class period, Plaintiff Jonathan Hardman resided in Owensboro, Kentucky.  Plaintiff Hardman filed his consent to join on February 6, 2009.

67.     During the class period, Plaintiff Thomas Hardman resided in Hardinsburg, Kentucky.  Plaintiff Hardman filed his consent to join on January 26, 2009.

68.     During the class period, Plaintiff Jeremy Higdon resided in Owensboro, Kentucky.  Plaintiff Higdon filed his consent to join on January 26, 2009.

69.     During the class period, Plaintiff Michael Holder resided in Tell City, Indiana.  Plaintiff Holder filed his consent to join on January 23, 2009.

70.     During the class period, Plaintiff James Holmes, Jr. resided in Tell City, Indiana.  Plaintiff Holmes filed his consent to join on February 19, 2009.

71.     During the class period, Plaintiff Benjamin Horsting resided in Loogootee, Indiana.  Plaintiff Horsting filed his consent to join on March 2, 2009.

72.     During the class period, Plaintiff Roger Howard resided in Orange Station, Texas.  Plaintiff Howard filed his consent to join on January 26, 2009.

73.     During the class period, Plaintiff Ronald Howell, III resided in Evansville, Indiana.  Plaintiff Howell filed his consent to join on March 2, 2009.

74.     During the class period, Plaintiff Bruce Hunt resided in Gulfport, Mississippi.  Plaintiff Hunt filed his consent to join on January 26, 2009.

75.     During the class period, Plaintiff Josh Hurm resided in Leopold, Indiana. Plaintiff Hurm filed his consent to join on February 6, 2009.

76.     During the class period, Plaintiff Robert Johnson resided in Owensboro, Kentucky.  Plaintiff Johnson filed his consent to join on February 6, 2009.

10

Case 1:08-cv-00483-WOCG Document 99-2 Filed 09/07/10 Page 10 of 11-30

77. During the class period, Plaintiff Leon King resided in Tell City, Indiana. Plaintiff King filed his consent to join on January 23, 2009.

78. During the class period, Plaintiff Dean Knepper resided in Evanston, Indiana. Plaintiff Knepper filed his consent to join on January 26, 2009.

79. During the class period, Plaintiff Annette Kurger resided in Lewisport, Kentucky. Plaintiff Kurger filed her consent to join on February 13, 2009.

80. During the class period, Plaintiff John Lashley resided in Boonville, Indiana. Plaintiff Lashley filed his consent to join on February 17, 2009.

81. During the class period, Plaintiff James Lawson, Jr. resided in Cannelton, Indiana. Plaintiff Lawson filed his consent to join on January 29, 2009.

82. During the class period, Plaintiff Joseph LeDuff resided in Lehigh Acres, Florida. Plaintiff LeDuff filed his consent to join on January 26, 2009.

83. During the class period, Plaintiff Robert Lee, II resided in Evanston, Indiana. Plaintiff Lee filed his consent to join on February 2, 2009.

84. During the class period, Plaintiff Donald Lightfoot resided in Bowling Green, Kentucky. Plaintiff Lightfoot filed his consent to join on February 2, 2009.

85. During the class period, Plaintiff Dustin Lindsey resided in Evanston, Indiana. Plaintiff Lindsey filed his consent to join on February 23, 2009.

86. During the class period, Plaintiff Thomas Marshall resided in Cannelton, Indiana. Plaintiff Marshall filed his consent to join on March 6, 2009.

87. During the class period, Plaintiff Eric Martin resided in Owensboro, Kentucky. Plaintiff Martin filed his consent to join on January 26, 2009.

11

88. During the class period, Plaintiff William Martin resided in Tell City, Indiana. Plaintiff Martin filed his consent to join on January 26, 2009.

89. During the class period, Plaintiff Justin Masterson resided in Hardinsburg, Kentucky. Plaintiff Masterson filed his consent to join on February 17, 2009.

90. During the class period, Plaintiff Jim McCallister resided in Tell City, Indiana. Plaintiff McCallister filed his consent to join on March 9, 2009.

91. During the class period, Plaintiff Darrell McCarthy resided in Reynolds Stations, Kentucky. Plaintiff McCarthy filed his consent to join on February 17, 2009.

92. During the class period, Plaintiff Isaac McCarty resided in Owensboro, Kentucky. Plaintiff McCarty filed his consent to join on February 6, 2009.

93. During the class period, Plaintiff Thomas McCauley, Jr. resided in Hardinsburg, Kentucky. Plaintiff McCauley filed his consent to join on February 23, 2009.

94. During the class period, Plaintiff Charles McCoy resided in Cloverport, Kentucky. Plaintiff McCoy filed his consent to join on March 9, 2009.

95. During the class period, Plaintiff David McStoots resided in Clarkson, Kentucky. Plaintiff McStoots filed his consent to join on January 30, 2009.

96. During the class period, Plaintiff Matthew Milburn resided in Evansville, Indiana. Plaintiff Milburn filed his consent to join on January 26, 2009.

97. During the class period, Plaintiff Clyde Miller, Jr. resided in Owensboro, Kentucky. Plaintiff Miller filed his consent to join on February 17, 2009.

12

98.　During the class period, Plaintiff James Moore resided in Hardinsburg, Kentucky. Plaintiff Moore filed his consent to join on February 9, 2009.

99.　During the class period, Plaintiff Steven Nunn resided in Grandview, Indiana. Plaintiff Nunn filed his consent to join on January 26, 2009.

100.　During the class period, Plaintiff Anthony Owens resided in Elnora, Indiana. Plaintiff Owens filed his consent to join on January 29, 2009.

101.　During the class period, Plaintiff Nicholas Payne resided in Lewisport, Kentucky. Plaintiff Payne filed his consent to join on March 9, 2009.

102.　During the class period, Plaintiff Alan Petri resided in Hawesville, Kentucky. Plaintiff Petri filed his consent to join on February 17, 2009.

103.　During the class period, Plaintiff Anthony Plantz resided in Rockport, Indiana. Plaintiff Plantz filed his consent to join on February 11, 2009.

104.　During the class period, Plaintiff Jason Powers resided in Owensboro, Kentucky. Plaintiff Powers filed his consent to join on February 9, 2009.

105.　During the class period, Plaintiff Rodney Powers resided in Tell City, Indiana. Plaintiff Powers filed his consent to join on January 26, 2009.

106.　During the class period, Plaintiff Michael Richards resided in Hawesville, Kentucky. Plaintiff Richards filed his consent to join on February 26, 2009.

107.　During the class period, Plaintiff Stephen Richards resided in Fordsville, Kentucky. Plaintiff Richards filed his consent to join on January 26, 2009.

108.　During the class period, Plaintiff Joseph Riley resided in Owensboro, Kentucky. Plaintiff Riley filed his consent to join on January 29, 2009.

13

109. During the class period, Plaintiff Christopher Risley resided in Rockport, Indiana. Plaintiff Risley filed his consent to join on January 26, 2009.

110. During the class period, Plaintiff Howell Roach, Jr. resided in Whitesville, Kentucky. Plaintiff Roach filed his consent to join on January 27, 2009.

111. During the class period, Plaintiff Chris Roark resided in Cannelton, Indiana. Plaintiff Roark filed his consent to join on February 13, 2009.

112. During the class period, Plaintiff Joseph Roccia resided in Evansville, Indiana. Plaintiff Roccia filed his consent to join on February 6, 2009.

113. During the class period, Plaintiff Robert Rudd resided in Tell City, Indiana. Plaintiff Rudd filed his consent to join on January 26, 2009.

114. During the class period, Plaintiff David Sandage resided in Plainfield, Indiana. Plaintiff Sandage filed his consent to join on January 26, 2009.

115. During the class period, Plaintiff Mark Sandage resided in Cannelton, Indiana. Plaintiff Sandage filed his consent to join on July 22, 2008.

116. During the class period, Plaintiff Traci Schaefer resided in Tell City, Indiana. Plaintiff Schaefer filed her consent to join on January 30, 2009.

117. During the class period, Plaintiff Michael Seibert resided in English, Indiana. Plaintiff Seibert filed his consent to join on January 30, 2009.

118. During the class period, Plaintiff Kevin Sexton resided in Owensboro, Kentucky. Plaintiff Sexton filed his consent to join on January 26, 2009.

119. During the class period, Plaintiff Kenneth Sexton, Jr. resided in Owensboro, Kentucky. Plaintiff Sexton filed his consent to join on January 26, 2009.

14

120. During the class period, Plaintiff Michael Simmons resided in Cloverport, Kentucky. Plaintiff Simmons filed his consent to join on March 9, 2009.

121. During the class period, Plaintiff Matthew Sims resided in Gentryville, Indiana. Plaintiff Sims filed his consent to join on January 26, 2009.

122. During the class period, Plaintiff James Spurling, II resided in Tell City, Indiana. Plaintiff Spurling filed his consent to join on July 22, 2008.

123. During the class period, Plaintiff Jason Stallings resided in Owensboro, Kentucky. Plaintiff Stallings filed his consent to join on January 26, 2009.

124. During the class period, Plaintiff Jason Stiles resided in Tell City, Indiana. Plaintiff Stiles filed his consent to join on January 29, 2009.

125. During the class period, Plaintiff Clint Stoner resided in Bloomfield, Indiana. Plaintiff Stoner filed his consent to join on January 28, 2009.

126. During the class period, Plaintiff Aaron Strahl resided in Cannelton, Indiana. Plaintiff Strahl filed his consent to join on March 9, 2009.

127. During the class period, Plaintiff Gregory Strathmann resided in Newburgh, Indiana. Plaintiff Strathmann filed his consent to join on January 26, 2009.

128. During the class period, Plaintiff Danny Sturgeon resided in Troy, Indiana. Plaintiff Sturgeon filed his consent to join on February 2, 2009.

129. During the class period, Plaintiff Jeremiah Sturgeon resided in Lewisport, Kentucky. Plaintiff Sturgeon filed his consent to join on February 17, 2009.

130. During the class period, Plaintiff Jefferson Taylor resided in Tell City, Indiana. Plaintiff Taylor filed his consent to join on January 26, 2009.

15

131.  During the class period, Plaintiff John Thomas resided in Owensboro, Kentucky. Plaintiff Thomas filed his consent to join on January 26, 2009.

132.  During the class period, Plaintiff Michael Thorn resided in Tobinsport, Indiana. Plaintiff Thorn filed his consent to join on March 4, 2009.

133.  During the class period, Plaintiff William Tinch, II resided in Tell City, Indiana. Plaintiff Tinch filed his consent to join on January 29, 2009.

134.  During the class period, Plaintiff Troy Todd resided in Calhoun, Kentucky. Plaintiff Todd filed his consent to join on January 26, 2009.

135.  During the class period, Plaintiff Jesse Underhill resided in English, Indiana. Plaintiff Underhill filed his consent to join on January 29, 2009.

136.  During the class period, Plaintiff Jamie Waninger resided in Lamar, Indiana. Plaintiff Waninger filed his consent to join on January 26, 2009.

137.  During the class period, Plaintiff Gregory Weise resided in Owensboro, Kentucky. Plaintiff Weise filed his consent to join on January 26, 2009.

138.  During the class period, Plaintiff Kenneth Williams resided in Hawesvile, Kentucky. Plaintiff Williams filed his consent to join on March 2, 2009.

139.  During the class period, Plaintiff Kenneth Williamson resided in Grand Rivers, Kentucky. Plaintiff Williamson filed his consent to join on January 26, 2009.

140.  During the class period, Plaintiff Nathan Winings resided in Ireland, Indiana. Plaintiff Winings filed his consent to join on February 6, 2009.

141.  During the class period, Plaintiff Dane Winkler resided in Grandview, Indiana. Plaintiff Winkler filed his consent to join on January 26, 2009.

16

Case 1:08-cv-00483-WCG Document 272 Filed 09/07/10 Page 16 of 130

142.  During the class period, Plaintiff Keith Yano resided in Tell City, Indiana. Plaintiff Yano filed his consent to join on January 30, 2009.

143.  During the class period, Plaintiff Bryan Young resided in Owensboro, Kentucky.  Plaintiff Young filed his consent to join on January 26, 2009.

144.  During the class period, Plaintiff David Zazzetti resided in Lincoln City, Indiana.  Plaintiff Zazzetti filed his consent to join on January 26, 2009.

145.  Defendant is a Wisconsin corporation with its principal place of business in Waupaca, Wisconsin. Defendant is the successor in interest to ThyssenKrupp Waupaca, Inc.

146.  Defendant is a foundry specializing in supplying numerous industries with cast metal products.

## JURISDICTION AND VENUE

147.  Jurisdiction over the Plaintiffs' federal claims is based upon Section 16(b) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. § 216 and 29 U.S.C. §§ 1331 and 1337.

148.  This Court is empowered to issue a declaratory judgment under 28 U.S.C. §§ 2201 and 2202.

149.  The Southern District of Indiana, Evansville Division, has personal jurisdiction over Defendant because Defendant does business in Indiana and in this District, and because many of the acts complained of and giving rise to the claims alleged occurred or are occurring in this District.

17

150. Venue is proper because Defendant resides in this District and because a substantial part of the events or omissions giving rise to the claims alleged occurred in this District.

## FACTUAL ALLEGATIONS

151. Upon information and belief, Defendant operates six ferrous foundries in Tell City, Indiana, Etowah, Tennessee, Marinette, Wisconsin, and Waupaca, Wisconsin, which serve numerous industries, such as agriculture, automotive, construction, and power tools. Between its six foundries, Defendant employs approximately 4,000 people. Defendant produces gray, ductile, and compacted graphite iron castings.

152. Defendant is a member of a highly regulated industry, and is subject to the scrutiny of federal and state environmental and occupational work safety agencies and administrative regulations, which require, among other things, that Defendant provide proper environmental controls to ensure worker safety and the means for workers to protect themselves from the dangers presented by their jobs.

153. Foundry workers at Defendant's foundries are nonexempt hourly employees, and the work performed by these Plaintiff employees is nonexempt work.

154. Defendant has not compensated its nonexempt employees for all hours worked as required by law.

    A. Defendant has not paid its nonexempt employees full overtime compensation for the hours worked as required by law.

    B. Defendant refuses to fully compensate its foundry employees for the time spent at the beginning of shifts donning and doffing safety and personal

18

protective gear and equipment that protects them from the strenuous and dangerous work conditions at its foundries, including but not limited to steel-toed boots with metatarsal shield protection, safety glasses, ear protection, flame-retardant uniforms, face shield, fire retardant leather gloves, and hard hats, and at the end of shifts for removing and returning these same items; such time is necessary and indispensable to the foundry worker's jobs.

C.    Defendant also does not compensate its foundry workers for time spent showering after their shifts, time which is necessary and indispensable to their work, as the employees work with toxic or corrosive chemicals, and are exposed to silica and other foundry dusts that adhere to the skin and clothing, presenting a health hazard to the employees and any family members who come into contact with them.

D.    Additionally, Defendant does not compensate its nonexempt workers for time spent walking to and from changing areas and the production floor.

E.    Failing to pay these employees overtime pay for time spent donning and doffing gear and equipment, showering, and walking to and from the production floor at the foundries violates the applicable law.

155. Defendant did not exercise good faith in willfully failing to fully compensate its employees under the FLSA.  Defendant consciously excluded from "hours worked" the time spent by foundry employees donning and doffing gear and equipment, showering, and walking to and from the production floor at the foundries.

19

156. Defendant's practices violate the laws pled herein. Plaintiffs equitable relief, overtime compensation for all overtime work required, suffered or permitted by Defendant, liquidated, or other damages and penalties permitted by applicable law, interest, and attorneys' fees and costs.

## COLLECTIVE ACTION ALLEGATIONS

157. Plaintiffs' first cause of action is brought under Section 16(b) of the FLSA, 29 U.S.C. § 216(b), as a collective action on behalf of the FLSA Class.

158. The Named Plaintiffs and members of the FLSA Class are similarly situated in that they have substantially similar job requirements and pay provisions, are subject to Defendant's common practice, policy, or plan of unlawfully failing to pay for all hours worked, including pay at overtime rates.

159. The names and addresses of the FLSA Class are available from Defendant's records. The last collective action notice was disseminated in 2009, and no notice has been sent since that date. An updated notice, informing similarly situated employees that this action is pending, should be provided to the FLSA Class via both first class mail and by posting in Defendant's foundries as soon as possible.

## FIRST CAUSE OF ACTION
## VIOLATION OF THE FAIR LABOR STANDARDS ACT OF 1938

160. Plaintiffs re-allege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

161. The FLSA regulates, among other things, the payment of all hours worked, including overtime pay by employers whose employees are engaged in commerce, or

Case 1:08-cv-00893-WCG Document 272 Filed 09/06/17 Page 20 of 130

engaged in the production of goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce. 29 U.S.C. § 207(a)(1). Defendant is, and was, subject to the pay requirements of the FLSA, because it is an enterprise engaged in commerce and its employees are engaged in commerce.

162. FLSA requires employers to pay employees for all hours in which the employee is suffered or permitted to work, including preparatory and concluding time. Hours worked includes time spent preparing for and concluding shifts, *i.e.*, time spent showering and donning and doffing safety and personal protective clothing and equipment, as well as donning and doffing before and after meal and other breaks. These types of activities are integral and indispensable parts of Defendant's employees' jobs.

163. Section 7(a)(1) of the FLSA, 29 U.S.C. § 207(a)(1), requires employers to pay non-exempt employees who work longer than 40 hours in a workweek overtime rates for hours worked in the workweek in excess of 40 hours. Defendant's employees, including the Named Plaintiffs, regularly worked more than 40 hours per week. Defendant violated the FLSA by requiring foundry employees to perform compensable work in excess of 40 hours without proper compensation.

164. By failing to keep, record, report or preserve records of hours worked by the Named Plaintiffs and members of the FLSA Class, Defendant has failed to make, keep, and preserve records with respect to each of its employees sufficient to determine their wages, hours, and other conditions and practices of employment, in violation of 29 U.S.C. § 201 et seq.

21

165. Members of the FLSA Class are entitled to damages equal to the amount of all uncompensated time, including overtime premium pay within the three years preceding the filing of this complaint, plus periods of equitable tolling. Defendant's failure to pay overtime to members of the FLSA Class was "willful" within the meaning of Section 6(a) of the Portal-to-Portal Pay Act, as amended, 29 U.S.C. § 255(a), because Defendant did not act in good faith in failing to pay proper overtime pay, and had no reason to believe that its failure to do so was not a violation of the FLSA, within the meaning of Section 11 of the Portal-to-Portal Pay Act, as amended, 29 U.S.C. § 260. Accordingly, the FLSA Class is entitled to an award of liquidated damages in an amount equal to the amount of unpaid overtime pay described above, pursuant to Section 16(b) of the FLSA. Alternatively, should the Court find that Defendant did not act willfully in failing to pay overtime pay, the FLSA Class is entitled to an award of prejudgment interest at the applicable legal rate.

166. Plaintiffs also seek reasonable attorneys' fees and costs, to be paid by Defendant, as provided by Section 16(b) of the FLSA, 29 U.S.C. § 216(b).

## SECOND CAUSE OF ACTION
## COMMON LAW BREACH OF CONTRACT

167. Plaintiffs re-allege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

168. As at-will employees, the Named Plaintiffs and members of the Indiana Class are entitled to compensation for all time they work, as consideration for the services they provide to Defendant.

22

Case 1:08-cv-00483-WCG Document 272 Filed 09/07/10 Page 22 of 130

169. Defendant promises its employees, at the time employees are hired, that they will be compensated at specified hourly base rates, plus piecework, for the hours they work. Defendant also promises its employees, at times during their employment, that they will be given additional consideration, in the form of raises or shift differentials, for the hours they work. The specified hourly base rates provide the basis for calculating the overtime compensation owed the Named Plaintiffs and members of the Indiana Class.

170. Defendant breached the terms of the employment agreements by failing to provide the Named Plaintiffs and the Indiana Class with full payment based upon all of the hours they worked.

171. Defendant is liable to the Named Plaintiffs and the Class for damages incurred as a result of its breach.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiffs, on behalf of themselves and all members of the FLSA Class, pray for relief as follows:

1. Designation of this action as a collective action on behalf of the proposed FLSA Class and prompt issuance of notice to all similarly situated members, apprising them of the pendency of this action, and permitting them to assert timely FLSA claims by filing individual Consents to Sue;

2. A declaratory judgment that the practices complained of herein are unlawful under the FLSA;

23

3.     An award of damages, according to proof, including liquidated damages, to be paid by Defendant;

4.     Costs of the action incurred herein, including expert fees;

5.     Attorneys' fees, including fees pursuant to 29 U.S.C. § 216;

6.     Pre- and post-judgment interest, as provided by law; and

7.     For any other and further relief the Court may deem just or equitable.

Dated: _9/5_, 2017

Respectfully Submitted,

**LARSON • KING, LLP**

By: _T. Joe S_

T. Joseph Snodgrass (MN#231071)
Kelly A. Lelo (MN#330838)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN  55101
Telephone: (651) 312-6510

Kyle F. Biesecker (TN#_____)
**BIESECKER DUTKANYCH &
MACER, LLC**
411 Main Street
Evansville, IN 47708
Telephone: (812) 424-1000

J. Gordon Rudd, Jr. (MN#222082)
**ZIMMERMAN REED, L.L.P.**
1100 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400

*ATTORNEYS FOR PLAINTIFFS*

1644944

Case 1:18-cv-00483-WCG Document 9-6 Filed 09/07/17 Page 24 of 30

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* **Christopher** **Michael** **Adams**
       *First*     *Middle*     *Last*

Address:* **18225 Lace Lane**
   *No.*  *Street, Road, Route, Etc.*    *Apt., Lot, Suite No.*

   **Tell City**  **In**  **47586**
   *City*    *State*    *Zip Code*

Home Telephone:* **(812) 719 6028** Work Telephone:* **(812) 937-4489**

E-mail (if applicable): **Ody99 @ MSN . Com**

Name & Phone Number of Alternative Contact Person: **Tiffani Adams 812 719 6025**

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _(signature)_     Date: **1·21·9**

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    Jared      Lee      Ahl
                    *First*             *Middle*           *Last*

Address:*    747 State Road 166
       *No.*      *Street, Road, Route, Etc.*      *Apt., Lot, Suite No.*

     Tobinsport      IN      47520
      *City*         *State*        *Zip Code*

Home Telephone:* (812) 547-6511    Work Telephone:* (812) 719-3483

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Jared Lee Ahl        Date: 1-22-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Eric</u> <u>Brandon</u> <u>Alderson</u>
                                  First                     Middle              Last

Address:* <u>6067 Little Tar Springs Rd.</u>
       No.              Street, Road, Route, Etc.        Apt., Lot, Suite No.

<u>Hawesville</u> <u>Ky</u> <u>42348</u>
    City           State          Zip Code

Home Telephone:* <u>(270) 903-0500</u>  Work Telephone:* (  ) same

E-mail (if applicable): <u>calderson0009@yahoo.com</u>

Name & Phone Number of Alternative Contact Person: <u>Tonya Taylor (Fiance) 812-719-3776</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>Eric B. Alderson</u>     Date: <u>1/21/09</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Christopher — First — Lee — Middle — Applegate — Last

Address:* 47 — No. — 10th St, — Street, Road, Route, Etc. — Apt. Lot, Suite No.

Tell City — City — IN — State — 47586 — Zip Code

Home Telephone:* (812) 547-4295   Work Telephone:* (812) 719-7627

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Amber Applegate (812) 719-7627

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____   Date: 1-26-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*  __John__          __Scott__          __Aull__
                        First                Middle                Last

Address:*  __12140   Hwy   1513__
           No.        Street, Road, Route, Etc.          Apt., Lot, Suite No.

           __Hawesville__        __KY__          __42348__
           City                  State           Zip Code

Home Telephone:*  __(270) 281-0103__   Work Telephone:*  (    )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person:  __Shelly Aull  (270) 281-0103__

*Required field. Information will be used solely for purposes of this lawsuit.

Signature:  __John Scott Aull__          Date:  __1-20-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Gary_ _Wayne_ _Austin_
                         First                            Middle                           Last

Address:* _20416 Old State Rd. 37_
             No.             Street, Road, Route, Etc.               Apt, Lot, Suite No.
_Branchville_ _In_ _47514_
            City             State             Zip Code

Home Telephone:* _(812) 719-4043_    Work Telephone:* _(812) 547-0700_

E-mail (if applicable): _buckbuster12004@yahoo.com_

Name & Phone Number of Alternative Contact Person: _Lou Ann Walton 812-843-5580_

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _Gary W. Austin_      Date: _1-20-09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
# E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*  KENNETH          DWAYNE          AUSTIN
                       First            Middle          Last

Address:*  97 STATE ROUTE 1957
           No.     Street, Road, Route, Etc.        Apt., Lot, Suite No.

           LEWISPORT        Ky.              42351
           City             State            Zip Code

Home Telephone:*  (270) 295-3586   Work Telephone:*  (270) 922-0350

E-mail (if applicable):  RETURNODAREAPER@AOL.COM

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _____          Date: 2-12-09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*   Scott    Andrew    Austin
                   *First*        *Middle*        *Last*

Address:*   1731 E. Denton Rd.
       *No.*       *Street, Road, Route, Etc.*       *Apt., Lot, Suite No.*

      English       IN       47118
       *City*        *State*        *Zip Code*

Home Telephone:*   (812) 596 4503    Work Telephone:*   ( )   SAME

E-mail (if applicable):      N/A

Name & Phone Number of Alternative Contact Person:   N/A

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:                           Date:   1-23-09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. ' 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

Wesley N. Ball
Name

2307 st. Rd. 166
Address

Tobinsport                 IN              47520
City                       State           Zip

812 - 547 - 7470
Phone

I am a current or (former) employee of _Thyssen Krupp Waupaca plant 5_ Tell City I

_Wesley N. Ball_
Signature

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>John     Daniel     Ballew</u>
                            *First*             *Middle*               *Last*

Address:* <u>5776     Old Ky Hwy 54</u>
          *No.*       *Street, Road, Route, Etc*       *Apt., Lot, Suite No.*
<u>Philpot     Ky     42366</u>
      *City*            *State*           *Zip Code*

Home Telephone:* (270) 729-2578 Work Telephone:* ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: 270 729-4431     Winda Ballew

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: *(signature)*            Date: Jan 20 2009

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

RECD FEB 1 3 2009

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Casey</u>    <u>Glen</u>    <u>Banks</u>
                       *First*              *Middle*            *Last*

Address:* <u>827</u>  <u>Walnut St.</u>
         *No.*     *Street, Road, Route, Etc.*     *Apt., Lot, Suite No.*

        <u>Owensboro</u>    <u>KY</u>    <u>42301</u>
          *City*        *State*     *Zip Code*

Home Telephone:* <u>(270) 302-9460</u>   Work Telephone:* <u>( ) N/A</u>

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: <u>Cathy Banks 270-313-9558</u>

*\*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>Casey Banks</u>     Date: <u>2-8-09</u>

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __David_____ __A_____ __Beertzer Jr_____
                            *First*                      *Middle*                *Last*

Address:* __15280__ __Owen Lane._____
            *No.*           *Street, Road, Route, Etc.*         *Apt., Lot, Suite No.*

      __Leopold__       __IN__       __47551__
        *City*           *State*         *Zip Code*

Home Telephone:* __(812 )431- 3104__     Work Telephone:* __(270) 927 - 6961__ __ext 536__

E-mail (if applicable): __Oavebeertzer@Hotmail.com__

Name & Phone Number of Alternative Contact Person: __Angel Beertzer__ __(812) 719-9389__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __David Beertzer_____        Date: __2-12-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Steven     Michae|     Bell II
    First         Middle         Last

Address:* P.O.    Box    224
    No.     Street, Road, Route, Etc.     Apt., Lot, Suite No.

    Otwell     IN     47564
    City       State       Zip Code

Home Telephone:* (8·2) 582-3055    Work Telephone:* (8·2) 582-3055   512 354-8658

E-mail (if applicable): N/A

Name & Phone Number of Alternative Contact Person: Steve Bell JR. 354-7621

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Steven M. Bell II     Date: 1-21-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Michael    Ricardo    Berry
First      Middle      Last

Address:* 2514 Highpointe Cove
No.    Street, Road, Route, Etc.    Apt., Lot, Suite No.

Owensboro    KY    42303
City      State      Zip Code

Home Telephone:* 270 688-0326    Work Telephone:* ( )

E-mail (if applicable): Ashley.Berry@ky.gov

Name & Phone Number of Alternative Contact Person: Ashley Berry 270 314-3258

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____    Date: 2-17-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Edward    Wayne    Boehman
                      *First*             *Middle*          *Last*

Address:* 1615 Pearl St.
          *No.*    *Street, Road, Route, Etc.*        *Apt., Lot, Suite No.*

          Owensboro    KY        42303
          *City*          *State*        *Zip Code*

Home Telephone:* (270) 315-5384   Work Telephone:* (270) 993-8389

E-mail (if applicable): edaddshadayd4@aol.com

Name & Phone Number of Alternative Contact Person: Shadley Boehman 270-689-7229

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: *(signature)*        Date: 1-27-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    Kevin    Franklin    Brock
           *First*        *Middle*        *Last*

Address:*   1091   W   Chestnut   by   the   Fire
      *No.*       *Street, Road, Route, Etc.*       *Apt., Lot, Suite No.*

      SANTA   CLAUS      IN    47579
      *City*       *State*       *Zip Code*

Home Telephone:*   (812) 686-0093   Work Telephone:*   (812) 547 0756

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person:   Courtney Brock    (812) 568 7865

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____      Date:   2/19/09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

Jeremy "Shane" Brown
Name

175 Robin circle
Address

Lewisport                Kentucky                42351
City                     State                   Zip

270-295-4820  or  270-314-8056
Phone

I am a current or former employee of ThyssenKrupp Waupaca.

Signature

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    STEPHEN     ADAM     BRUCE
                             *First*           *Middle*           *Last*

Address:*    60     SCENIC   HILLTOP   LN.
        *No.*       *Street, Road, Route, Etc.*     *Apt., Lot, Suite No.*

          HAWESVILLE     KY       42348
           *City*        *State*       *Zip Code*

Home Telephone:* (270) 922-7598   Work Telephone:* (812) 547-0700

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: STEPHANIE THOMPSON   270-922-7596

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Stephen Bruce_     Date: 2-14-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___DONALD___ ___L.___ ___BUCKMAN___
                             *First*            *Middle*          *Last*

Address:* ___1870___ ___Hatfield Stevens___ ___Rd.___
         *No.*      *Street, Road, Route, Etc.*      *Apt., Lot, Suite No.*

___Calhoun___ ___Ky.___ ___42327___
    *City*       *State*      *Zip Code*

Home Telephone:* ___270 499-1345___ Work Telephone:* ___270 926-6554___

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: ___Michelle Buckman 270 499-1735___

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____ Date: ___1-21-09___

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca.* I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    Brian               Jeffrey               Burnett
                          *First*              *Middle*              *Last*

Address:*    4855 Tar Springs Road
             *No.*      *Street, Road, Route, Etc.*          *Apt., Lot, Suite No.*

             Cloverport               Kentucky          40111
             *City*                   *State*           *Zip Code*

Home Telephone:*  (270)617-3880      Work Telephone:*  (270)617-3880

E-mail (if applicable):  cptace3@gmail.com

Name & Phone Number of Alternative Contact Person:

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:  _Bi 95_                                      Date:  1/20/09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

James m Burns
_____
Name

747 13TH street
_____
Address

Tell city          IN          47586
_____
City              State        Zip

706 - 764 - 6582
_____
Phone

I am a current or former employee of ThyssenKrupp Waupaca.

James Burns
_____
Signature

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

Gary Butts
_____
Name

10025 Hwy 144
_____
Address

Philpot                    Ky                    42366
_____
City                       State                 Zip

(270) 281 - 9558
_____
Phone

I am a current or former employee of ThyssenKrupp Waupaca.

Gary W Butts
_____
Signature

Case 1:08-cv-00488-WCG Document 60-2 Filed 09/07/10 Page 46 of 170

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Bernard    W    Byrd
               *First*        *Middle*       *Last*

Address:* 1020    Pestalozzi St
         *No.*     *Street, Road, Route, Etc.*      *Apt., Lot, Suite No.*

         Tell City     IN     47586
         *City*      *State*     *Zip Code*

Home Telephone:* (423 920 2749    Work Telephone:* (   )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Bernard W Byrd      Date: / 20 09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Stephen_    _Lee_    _Byrne_
                    First             Middle               Last

Address:* _6118 Sutterlp West_
       No.         Street, Road, Route, Etc.         Apt., Lot, Suite No.

_Owensboro_    _KY_    _42303_
     City           State          Zip Code

Home Telephone:* _(270) 281-9364_    Work Telephone:* ( ) _NA_

E-mail (if applicable): _NA_

Name & Phone Number of Alternative Contact Person: _270 683 7477_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Stephen L Byrne_      Date: _____

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Timothy / M. / Campbell
   First            Middle            Last

Address:* 1015  23rd St.  Apt # 205
   No.      Street, Road, Route, Etc.    Apt., Lot, Suite No.

Tell City    IN    47586
   City      State    Zip Code

Home Telephone:* (812) 547-4919   Work Telephone:* (812) 547-4919

E-mail (if applicable): NA

Name & Phone Number of Alternative Contact Person: Jeff Campbell  (812) 547-7299

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: J. M. Campbell    Date: 2-18-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Richard</u> <u>Bradley</u> <u>Carlisle</u>
First           Middle           Last

Address:* <u>730</u> <u>Rand Rd</u> _____
No.     Street, Road, Route, Etc.     Apt., Lot, Suite No.

<u>Owensboro</u> <u>KY</u> <u>42301</u>
City      State      Zip Code

Home Telephone:* <u>(270) 222-0943</u> Work Telephone:* <u>(270) 684-3944</u>

E-mail (if applicable): <u>leslie @shanecoxins.com</u>

Name & Phone Number of Alternative Contact Person: <u>Leslie Carlisle (wife) 270-222-0943</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____ Date: <u>1/21/09</u>

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

PAUL CARVER
Name

4353 Landsdowne North
Address

Owensboro     Ky     42303
City           State          Zip

(270) 302-9753
Phone

I am a current or former employee of ThyssenKrupp Waupaca.

Paul Carver
Signature

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __William__ __Dewayne__ __Carwile Jr__
                              *First*                *Middle*              *Last*

Address:* __1238__ __Flood Road__
          *No.*            *Street, Road, Route, Etc.*          *Apt., Lot, Suite No.*

        __Hardinsburg__ __Ky__ __40143__
          *City*           *State*          *Zip Code*

Home Telephone:* __(270)617-0481__  Work Telephone:* __(812) 547-0700__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __Destiny Carwile (270)617-0480__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __William DC__  Date: __1-20-09__

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___ANTHONY___ ___WAYNE___ ___CASTELLO___
                                First                Middle             Last

Address:* ___9049 E. CR. 900 N.___
         No.       Street, Road, Route, Etc.      Apt., Lot, Suite No.

___EVANSTON___ ___IN.___ ___47531___
    City         State        Zip Code

Home Telephone:* ___(812) 362-7798___    Work Telephone:* ___(812) 547-0768___

E-mail (if applicable): ___CASTELLOA26@YAHOO.COM___

Name & Phone Number of Alternative Contact Person: ___BARBARA CASTELLO (812)362-7798___

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: ___Anthony W. Castello___      Date: ___1/21/09___

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>GERALD    WAYNE    CHAMBERLAIN</u>
                          *First*                   *Middle*             *Last*

Address:* <u>1621  13TH  ST</u>
          *No.*          *Street, Road, Route, Etc.*      *Apt., Lot, Suite No.*

<u>TELL CITY     IN     47586</u>
      *City*          *State*       *Zip Code*

Home Telephone:* <u>(812) 608 1007</u> Work Telephone:* ( ) <u>UNEMPLOYED</u>

E-mail (if applicable): <u>~~BIG~~ JYSTER 40 @ HOTMAIL . COM</u>

Name & Phone Number of Alternative Contact Person: <u>JUDY HUDSON 812 367-2150</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>Gerald Wayne Chamberlin</u> Date: <u>1/23/09</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Mark</u>    <u>Dwayne</u>    <u>Christian</u>
                        *First*            *Middle*            *Last*

Address:* <u>503   Hill Ave.</u>
         *No.*      *Street, Road, Route, Etc.*         *Apt., Lot, Suite No.*

<u>Owensboro</u>     <u>KY</u>     <u>42301</u>
     *City*         *State*        *Zip Code*

Home Telephone:* <u>(270) 686 - 3485</u>   Work Telephone:* <u>(270) 485 - 1390</u>

E-mail (if applicable): <u>mchristian @ roadrunner.com</u>

Name & Phone Number of Alternative Contact Person: <u>Marsha Christian (270) 686 - 3485</u>
                                                             (270) 485 - 1512

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>Phil Vogel</u>         Date: <u>1/30/09</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*   Aaron     Ray     Cook
       *First*       *Middle*       *Last*

Address:*   1295    Pennsylvania    Ave
     *No.*     *Street, Road, Route, Etc.*     *Apt., Lot, Suite No.*

    Lewisport     Ky     42351
    *City*     *State*     *Zip Code*

Home Telephone:* (270) 922-7795    Work Telephone:* (270) 922-7795

E-mail (if applicable): ARAY.71@Hotmail.com

Name & Phone Number of Alternative Contact Person: Wayne Cook (270) 927-8147

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Aaron R Cook        Date: 1-20-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __LARRY__ __LOUIS__ __COOPER__ JR
 _First_  _Middle_  _Last_

Address:* __155__ __GOLF COUSE ROAD__
 _No._  _Street, Road, Route, Etc._  _Apt., Lot, Suite No._

__GREENS BURG__ __KENTUCK__ __42743__
 _City_  _State_  _Zip Code_

Home Telephone:* (270) 932 - 6294  CELL  Work Telephone:* (270) 922 - 0726

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __LARRY COOPER SR__  270-405-6502

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _[signature]_  Date: 1-29-04

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>James</u>    <u>Roger</u>    <u>Craig</u>
                      *First*                *Middle*               *Last*

Address:* <u>102</u>  <u>Palmetto st.</u>  /  <u>PO Box 5027</u>
           *No.*         *Street, Road, Route, Etc.*       *Apt., Lot, Suite No.*

       <u>St. Marys,</u>  <u>GA</u>         <u>31558</u>
         *City*       *State*        *Zip Code*

Home Telephone:* <u>(912) 882-7352</u>   Work Telephone:* <u>(912) 322 7109</u>

E-mail (if applicable): <u>rgr craig@ yahoo.com</u>

Name & Phone Number of Alternative Contact Person: <u>April Craig</u>   <u>912-322-7974</u>

*\*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: *James Craig*                Date: <u>1-27-2009</u>

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

**ThyssenKrupp Waupaca Case Consent to Participate**
**E.D Wis. Case No. 08-C-488**

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___Merle___ ___Wayne___ ___Denny Jr.___
                First            Middle          Last

Address:* ___13040___ ___E. Hickory LN.___ _____
       No.      Street, Road, Route, Etc.    Apt., Lot, Suite No.

___Oakland City___ ___Indiana___ ___47660___
    City         State       Zip Code

Home Telephone:* (812) 749-4541    Work Telephone:* (812) 664-2246

E-mail (if applicable): psword9@yahoo.com

Name & Phone Number of Alternative Contact Person: ___Patsy Denny___ (812) 664-2245

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: ___[signature]___      Date: 1-21-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Dewey / Allen / Dever
First / Middle / Last

Address:* 102 / Rose Ave / 
No. / Street, Road, Route, Etc. / Apt., Lot, Suite No.

Irvington / KY / 40146
City / State / Zip Code

Home Telephone:* (270) 547-5514   Work Telephone:* (270) 945-1035

E-mail (if applicable): dylan08@bbtel.com

Name & Phone Number of Alternative Contact Person: Sarah Dever (270) 945-3121

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _____   Date: 2-18-09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Bryan__ __Lemuel__ __Devine__
                 *First*                 *Middle*             *Last*

Address:* __1834__ __Cecelia__ __Ct__
       *No.*         *Street, Road, Route, Etc.*         *Apt., Lot, Suite No.*

__Owensboro__ __KY__ __42301__
    *City*                 *State*              *Zip Code*

Home Telephone:* (270) 929-6877     Work Telephone:* (270) 929-6877

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __[signature]__         Date: __1/21/09__

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*   Scott    Orville    DeWitt
       *First*      *Middle*      *Last*

Address:*   PO Box 164
     *No.*    *Street, Road, Route, Etc.*     *Apt., Lot, Suite No.*

   Hawesville Ky.     42348
     *City*     *State*     *Zip Code*

~~Home Telephone:~* cell #~~ (270) 316-6968   Work Telephone:* (  )

E-mail (if applicable):   mjabbey0231@att.net

Name & Phone Number of Alternative Contact Person:   Mandy J. DeWitt (Wife)
                                                 270-315-2687

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:   Scott O. DeWitt      Date: 1/24/2009

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Steven Ray_ _____ DrNh-I_
                          First                     Middle              Last

Address:* _i-r_ _1 King Ct_ _____
          No.             Street, Road, Route, Etc.        Apt., Lot, Suite No.

_Hardinsburg_ _KY_ _4C 143_
          City                 State            Zip Code

Home Telephone:* _(273) 314-6476_    Work Telephone:* _(  )_

E-mail (if applicable): _Hindy53@ aol. com_

Name & Phone Number of Alternative Contact Person: _Lirnit Pr Wit (273) 314-6477_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Jb Ki_           Date: _2/20/09_

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca.* I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    TREVOR     WAYNE     DUNN
                       *First*         *Middle*        *Last*

Address:*    3295   W   CR   100 S
      *No.*       *Street, Road, Route, Etc.*      *Apt., Lot, Suite No.*
       Rockport     IN         47635
      *City*           *State*         *Zip Code*

Home Telephone:*   (812) 205 7040   Work Telephone:*   ( )

E-mail (if applicable):   N / A

Name & Phone Number of Alternative Contact Person: DIANA   FEUERBACH   812 686 - 1493

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:   Trevor Wayne Dunn          Date: 2/22/09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Bradley__ __D.__ __Eberle__
                       *First*                    *Middle*                 *Last*

Address:* __9100__ __steward Road__
          *No.*             *Street, Road, Route, Etc.*        *Apt., Lot, Suite No.*

           __Tell city__       __IN__       __47586__
           *City*           *State*        *Zip Code*

Home Telephone:* __(812) 547-8053__    Work Telephone:* __(812) 719-9638__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __Bill Eberle__    __812-686-0314__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __Brad D Eberle__        Date: __1-27-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Nicholas_ _Todd_ _Edge_
　　　　　　　　　　　First　　　　　　Middle　　　　　　Last

Address:* _9030_ _Stillhouse Rd._ _____
　　　　　　No.　　　　Street, Road, Route, Etc.　　Apt, Lot, Suite No.

_Whitesville Ky._ _42378_
City　　　　　　State　　　　Zip Code

Home Telephone:* _(270) 233-5548_ Work Telephone:* _( ) 608-2294_

E-mail (if applicable): _NA_

Name & Phone Number of Alternative Contact Person: _Sharon Edge 233-5548_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Nick Edge_ 　　　　Date: _1/20/09_

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca.* I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __TERRENCE__    __L__    __EVRARD__
                      *First*             *Middle*           *Last*

Address:* __30.2 W VINE ST__
        *No.*      *Street, Road, Route, Etc.*      *Apt., Lot, Suite No.*

        __DALE__    __IN.__    __47523__
        *City* (812) 568-1940 *State*      *Zip Code*

Home Telephone:* __(812) 937-2216__ Work Telephone:* __(812) 547-0700__

E-mail (if applicable): __bull_lqdle2@yahoo.com__

Name & Phone Number of Alternative Contact Person: __MIKE EVRARD   (812) 827-0750__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____    Date: __23 JAN 09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

**ThyssenKrupp Waupaca Case Consent to Participate**
**E.D Wis. Case No. 08-C-488**

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*  ___JAmes___ ___Adam___ ___Faught___
 　　　　　　　　　　　　　　*First*　　　　　　　*Middle*　　　　　　　*Last*

Address:*  ___16429 Bluff City Rd.___  _____
 　　　　　*No.*　　　　*Street, Road, Route, Etc.*　　　　*Apt., Lot, Suite No.*

___Henderson___  ___Ky___  ___42420___
*City*　　　　　　　　　　*State*　　　　*Zip Code*

Home Telephone:*  ( 812 ) 229-7879  Work Telephone:*  ( )  Same

E-mail (if applicable):  ___adcu777 @ hotmail.com___

Name & Phone Number of Alternative Contact Person:  ___270-4653723___  JAmes Faught

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:  _____  Date:  ___1-21-09___

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca.* I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*   Brandon _____ R _____ Ford
 _____First_____   Middle   Last

Address:*   8432 S. Hwy. 261 _____
 No.   Street, Road, Route, Etc.   Apt., Lot, Suite No.

Fulls of Rough _____ KY _____ 40119
 City   State   Zip Code

Home Telephone:*  (270) 756.6149 _____ Work Telephone:* ( ) N/A

E-mail (if applicable):  brandonford1987@ yahoo.com

Name & Phone Number of Alternative Contact Person:  Jessica Clark  502-681-6340

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:  Brandon Ford _____   Date: 1/21/09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___James___ ___Aaron___ ___Franz___
First · Middle · Last

Address:* ___6711 Simpson Road___
No. · Street, Road, Route, Etc. · Apt., Lot, Suite No.

___Gentryville___ ___IN___ ___47537___
City · State · Zip Code

Home Telephone:* (812) 567-4533   Work Telephone:* (812) 393-9407

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: ___Stacy Franz   812-598-1514___

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____   Date: 2-4-09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*   Eric   Wayne   Frizzell
                              *First*               *Middle*               *Last*

Address:*   42   ZURICH WAY
           *No.*        *Street, Road, Route, Etc.*         *Apt., Lot, Suite No.*

           Tell City   IN   47586
           *City*       *State*       *Zip Code*

Home Telephone:*  (812) 547-8166  Work Telephone:*  (812) 719-4680

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person:  GREG Frizzell  812-719-2819

*Required field. Information will be used solely for purposes of this lawsuit.

Signature:  *Eric W. Frizzell*   Date:  1-21-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca.* I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* GREGORY / WAYNE / FRIZZELL
First / Middle / Last

Address:* 42 / ZURICH WAY /
No. / Street, Road, Route, Etc. / Apt., Lot, Suite No.

TELL CITY / IN. / 47586
City / State / Zip Code

Home Telephone:* (812) 547-8166 Work Telephone:* 502-974-8852

E-mail (if applicable): gregoryfrizzell@sbcglobal.net

Name & Phone Number of Alternative Contact Person: TINA FRIZZELL 812-547-8166

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _[signature]_ Date: 1-20-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Stanley ___ Glenn ___ Fuqua Jr.
First / Middle / Last

Address:* 417 ___ East 7th Street ___
No. / Street, Road, Route, Etc. / Apt., Lot, Suite No.

Hardinsburg ___ Ky ___ 40143
City / State / Zip Code

Home Telephone:* (270) 256-4930 Work Telephone:* ( ) N/A

E-mail (if applicable): MaryeFuqua@yahoo.com

Name & Phone Number of Alternative Contact Person: Mary Fuqua (270) 315 3723

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: Stanley Fuqua ___ Date: 1-21-2009

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    Jeremy      K      Galloway
                 First            Middle           Last

Address:*    1206    Main St
        No.          Street, Road, Route, Etc.      Apt., Lot, Suite No.

        Tell City      IN      47586
        City           State         Zip Code

Home Telephone:* (   ) None      Work Telephone:* (812) 719-2881

E-mail (if applicable):   jgalloway @ PSCI.Net

Name & Phone Number of Alternative Contact Person:   Bonnie Fuchs ,   270 927-6103

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:   Jeremy Galloway        Date: 2/10/09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

**ThyssenKrupp Waupaca Case Consent to Participate**
**E.D Wis. Case No. 08-C-488**

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Hoy ___ Thomas ___ Garrett Jr.
                      First        Middle          Last

Address:* P.O. Box 32
          No.    Street, Road, Route, Etc.    Apt., Lot, Suite No.

          Bristow ___ In. ___ 47515
          City        State        Zip Code

Home Telephone:* (812) 843 5014  Work Telephone:* (812) 547 0727

E-mail (if applicable): hoy @ psci.net

Name & Phone Number of Alternative Contact Person: Hoy T Garrett Sr. 812 829 4162

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____  Date: 2/16/09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402



ZIMMERMAN REED

TERRE HAUTE IN 473

06 MAR 2009 PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

REC'D MAR 0 9 2009

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 26979    MINNEAPOLIS MN

POSTAGE WILL BE PAID BY ADDRESSEE

J. GORDON RUDD, JR.
ZIMMERMAN REED PLLP
651 NICOLLET MALL STE 501
MINNEAPOLIS MN 55402-9615

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    JOSeph      R      Gillespie
                     *First*             *Middle*           *Last*

Address:*   P.O. BOX       21083
        *No.*        *Street, Road, Route, Etc.*     *Apt., Lot, Suite No.*

         Owensboro      Ky      42304
           *City*          *State*        *Zip Code*

Home Telephone:* (270)2480595    Work Telephone:* ( )
                 244-0595

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Roxie Gillespie, 270-315-2768

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Joseph Gillespie      Date: 3/1/09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Robert</u> (First) <u>J.</u> (Middle) <u>Gogel Jr.</u> (Last)

Address:* <u>1037</u> (No.) <u>Main St</u> (Street, Road, Route, Etc.) <u></u> (Apt., Lot, Suite No.)

<u>Tell City</u> (City) <u>IN</u> (State) <u>47586</u> (Zip Code)

Home Telephone:* <u>(812) 719-0073</u>   Work Telephone:* ( )

E-mail (if applicable): joeygogel@yahoo.com   Chevyguy-@att.blackberry.net

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: <u>Robert J Gogel Jr.</u>   Date: <u>1-20-09</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

E-mail: Chevyguy-@att.blackberry.net
                 OR
         joeygogel@yahoo.com

         either or both email
         will work

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___TERRY_____ ___A___ ___GRAHAM___
                          First                       Middle          Last

Address:* ___27 LOOP DRIVE_____
        No.          Street, Road, Route, Etc.        Apt., Lot, Suite No.

       ___TELL CITY___ ___IN___ ___47586___
         City           State           Zip Code

Cell City 812 719 8389
Home Telephone:* (812) 547-5721 Work Telephone:* (812) 547-6700

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: JAMES GRAHAM 812 547-5721

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: ___Terry Graham___ Date: 1-20-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>DoNAld</u> <u>H</u> <u>GRAVES</u>
    *First*  *Middle*  *Last*

Address:* <u>13245 Autumn Rd</u>
    *No.*  *Street, Road, Route, Etc.*  *Apt., Lot, Suite No.*

<u>Tell City</u> <u>Ind.</u> <u>47586</u>
    *City*  *State*  *Zip Code*

Home Telephone:* <u>(812) 836-2341</u>  Work Telephone:* <u>(812) 547 7071</u>

E-mail (if applicable): <u>habsdogravez@psci.net</u>

Name & Phone Number of Alternative Contact Person: <u>Susan Boove 812 719</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>Donald H Graves</u>  Date: <u>1-26-09</u>

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* **Kyle** *First* **Edward** *Middle* **Greenwell** *Last*

Address:* **50** *No.* **Hamilton Smith Square** *Street, Road, Route, Etc.* _____ *Apt., Lot, Suite No.*

**Cannelton** *City* **IN** *State* **93520** *Zip Code*

Home Telephone:* **(812) 547-3785** Work Telephone:* **(812) 547-7981**

E-mail (if applicable): **Kyle.greenwell2000@yahoo.com**

Name & Phone Number of Alternative Contact Person: **Brad Clem 1-270-922-6495**

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____ Date: **1-21-09**

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __David__ __Scott__ __Gunn__
First · Middle · Last

Address:* __4110__ __N. Maple St.__
No. · Street, Road, Route, Etc. · Apt., Lot, Suite No.

__Richland__ __IN__ __47634__
City · State · Zip Code

Home Telephone:* __(812) 359-5662__   Work Telephone:* __(812) 649-4360__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __Julie Bissett__ __(812) 649-2439__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____   Date: __1/17/09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*   DAVID     ROGER     HAKES
           *First*         *Middle*         *Last*

Address:*   928 - ELEVENTH STREET
      *No.*     *Street, Road, Route, Etc.*     *Apt., Lot, Suite No.*

      TELL CITY , IN     47586
      *City*       *State*       *Zip Code*

Home Telephone:*   812-547-2876   Work Telephone:*   812719-0082

E-mail (if applicable):   drh-69me@yahoo.com

Name & Phone Number of Alternative Contact Person:   MATTHEW D HAKES   (SAME AS ABOVE)

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____     Date: 2/7/09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Matthew__ __David__ __Hakes__
 First    Middle    Last

Address:* __928__ __11th street__
 No.    Street, Road, Route, Etc.    Apt., Lot, Suite No.

__Tell City__ __IN.__ __47586__
 City    State    Zip Code

Home Telephone:* _1(812) 547-6896_     Work Telephone:* _1(812) 719-2774_

E-mail (if applicable): _Bigdaddy Hakes @ yahoo.com_

Name & Phone Number of Alternative Contact Person: _Julic Hakes_ _1-812-547-6896_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Matthew D. Hakes_     Date: _1/31/2009_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    JOSH       E       Harding
                      First             Middle             Last

Address:*    244     Pike Ave
          No.          Street, Road, Route, Etc.        Apt., Lot, Suite No.

           Attsboro         MA         02703
           City            State         Zip Code

Home Telephone:*   (508) 222-5824     Work Telephone:*   (270) 313-0038

E-mail (if applicable):   nascar-Josh 24 @ ybhoo.com

Name & Phone Number of Alternative Contact Person:   Ashley Cameron    508-726-7314

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:     *[signature]*                    Date: 2/2/09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    Jonathan      Richard      Hardman
                 *First*             *Middle*          *Last*

Address:*    3436   Deer Trail
        *No.*         *Street, Road, Route, Etc.*        *Apt., Lot, Suite No.*

       Owensboro       Kentucky       42301
        *City*            *State*           *Zip Code*

Home Telephone:*   (270) 929-5452    Work Telephone:*   ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person:   Greta Hardman   (270) 929-5456

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____      Date: 1-31-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Thomes__ __Van__ __Hardman__
First        Middle        Last

Address:* __142 Chapin Ln.__
No.    Street, Road, Route, Etc.        Apt., Lot, Suite No.

__Hardinsburg__ __Ky.__ __40143__
City        State        Zip Code

Home Telephone:* __(270) 788-6235__ Work Telephone:* __(   )__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __Dawn Hardman (270) 617-1531__

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: __Thomas V Hardman__      Date: __1-20-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___Jeremy___ ___K___ ___Higdon___
First    Middle    Last

Address:* __2216__ __Landsdowne South__ _____
No.    Street, Road, Route, Etc.    Apt., Lot, Suite No.

__Owensboro__ __Ky__ __42303__
City    State    Zip Code

Home Telephone:* __270,316-0141__ Work Telephone:* __(270) 684-0706__

E-mail (if applicable): __Higdon,j@Hotmail.com__

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____ Date: __Jan-20-2009__

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

**ThyssenKrupp Waupaca Case Consent to Participate**
**E.D Wis. Case No. 08-C-488**

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Michael</u> <u>Hayworth</u> <u>Holder</u>
                                  *First*                             *Middle*                      *Last*

Address:* <u>915 7th Street</u>
          *No.*              *Street, Road, Route, Etc.*          *Apt., Lot, Suite No.*

          <u>Tell City</u>    <u>Indiana</u>    <u>47586</u>
            *City*             *State*          *Zip Code*

Home Telephone:* <u>(812)661-1655</u> Work Telephone:* ( ) <u>N/A</u>

E-mail (if applicable): <u>MCHLHOLDER @ AOL. COM</u>

Name & Phone Number of Alternative Contact Person: <u>Laurie Holder</u>   <u>812-661-1670</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>Michael H. Holder</u>           Date: <u>01-20-09</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___JAMES___ ___ALLEN___ ___HOLMES JR.___
First Middle Last

Address:* ___648 - 17TH STREET___
No. Street, Road, Route, Etc. Apt., Lot, Suite No.

___TELL CITY , IN.___ ___47582___
City State Zip Code

Home Telephone:* ___(812) 547-6459___ Work Telephone:* ___(812) 843-4222___

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: ___MONICA HOLMES 812-719-5012___

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: ___James A Holmes Jr.___ Date: ___2-15-09___

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* BENJAMIN LEE HORSTING
First / Middle / Last

Address:* 5246 NEWBURGH HEIGHTS DR APT G
No. / Street, Road, Route, Etc. / Apt., Lot, Suite No.

NEWBURGH EH 47630
City / State / Zip Code

Home Telephone:* (812) 827-6747  Work Telephone:* (   )

E-mail (if applicable): ben.horsting@yahoo.com

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____  Date: 2-14-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    ROGER      Timothy      Howard
                  First             Middle          Last

Address:*    1015   Windward   Heights   Loop
        No.          Street, Road, Route, Etc.        Apt., Lot, Suite No.

        Lewisport        Ky        42351
        City          State        Zip Code

Home Telephone:*   (425) 244 · 1814     Work Telephone:*   (812) 547 - 0786

E-mail (if applicable):   Kyrakuli kami @ Yahoo.com

Name & Phone Number of Alternative Contact Person:   Suzanne Howard   (207)-272- 3873

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: *Roger M Howard*          Date: 1-21-09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Ronald__ __Mack__ __Howell III__
First          Middle          Last

Address:* __6460__ __Beachfront Dr__ _____
No.         Street, Road, Route, Etc.         Apt., Lot, Suite No.

__Evansville__ __In__ __47715__
City         State         Zip Code

Home Telephone:* __(812) 661-9159__    Work Telephone:* __(   )__

E-mail (if applicable): __ronniehowell1985@yahoo.com__

Name & Phone Number of Alternative Contact Person: __Cheryl Noblitt 812-661-1269__

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: __R_____ Date: __2-26-2009__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___Bruce___ ___Alan___ ___Hunt___
                        First       Middle      Last

Address:* ___318 East Houston Street___
           No.    Street, Road, Route, Etc.    Apt., Lot, Suite No.

___Cloverport___ ___Ky___ ___40111___
    City          State     Zip Code

Home Telephone:* ___(270) 788-5904___  Work Telephone:* ___(502) 414-2063___

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: ___270-788-5904  Barbara Slusser___

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: ___[signature]___                    Date: ___1-21-09___

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

**ThyssenKrupp Waupaca Case Consent to Participate**
**E.D Wis. Case No. 08-C-488**

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___Joshua___ ___Curtis___ ___Hurm___
                              *First*         *Middle*               *Last*

Address:* ___18272___ ___Leopold Onica Rd.___ _____
         *No.*        *Street, Road, Route, Etc.*      *Apt., Lot, Suite No.*

        ___Leopold___, ___IN___ ___47551___
            *City*          *State*       *Zip Code*

Home Telephone:* (812) 843-4845  Work Telephone:* (812) 719-0333

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: ___Lindsay Hurm 719-2201___

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____  Date: ___2-3-09___

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Robert</u> <u>P</u> <u>Johnson</u>
First            Middle            Last

Address:* <u>2313</u> <u>West Parrish Ave</u> _____
No.       Street, Road, Route, Etc.       Apt., Lot, Suite No.

<u>Owensboro</u> <u>Ky</u> <u>42301</u>
City        State        Zip Code

Home Telephone:* <u>(270) 314-9889</u>    Work Telephone:* <u>(270) 314-9889</u>

E-mail (if applicable): <u>johnsonrjohnson@yahoo.com</u>

Name & Phone Number of Alternative Contact Person: <u>Lynn Edmonson (270) 316-4362</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>Robert P. Johnson</u>      Date: <u>1-26-09</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

**ThyssenKrupp Waupaca Case Consent to Participate**
**E.D Wis. Case No. 08-C-488**

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Leon</u>        "<u>Derek</u>"        <u>KinG</u>
           First                    Middle                   Last

Address:* <u>P. O. Box 89</u>
           No.              Street, Road, Route, Etc.              Apt., Lot, Suite No.

<u>Troy</u>                    <u>IN</u>              <u>47588</u>
           City                    State                    Zip Code

Home Telephone:* (<u>812</u>) <u>547-1213</u>    Work Telephone:* (   )

E-mail (if applicable): <u>theKingClan@PSCI.net</u>

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _____    Date: <u>19 Jan 2009</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED
ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*   Dean     CRAIG     KNEPPER
                  *First*            *Middle*          *Last*

Address:*   8030   N   OLD   LAMAR   Hwy
       *No.*         *Street, Road, Route, Etc.*       *Apt., Lot, Suite No.*

      EVANSTON       IN       47531
       *City*          *State*        *Zip Code*

Home Telephone:*   (812) 547-2395     Work Telephone:*   (812) 547-0700

E-mail (if applicable):   deanc @ coopscne.com

Name & Phone Number of Alternative Contact Person:   CARMEN KNEPPER   812-719-3333

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:   Dean C. Knepper         Date:   1-21-09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

RECD FEB 1 3 2009

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Annette_ _M._ _Hodskins, new. Kruger_
First / Middle / Last

Address:* _500 Hickory Ridge Rd_
No. / Street, Road, Route, Etc. / Apt., Lot, Suite No.

_Lewisport_ _ky_ _42351_
City / State / Zip Code

Home Telephone:* _(270) 991-5112_    Work Telephone:* ( )

E-mail (if applicable): —

Name & Phone Number of Alternative Contact Person: _Alan Kruger · 270-302-9973_

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _Annette M. Kruger_    Date: _2-5-09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __John__ (First) __N__ (Middle) __LASHLEY__ (Last)

Address:* __914__ (No.) __EAST MONROE STREET__ (Street, Road, Route, Etc.) _____ (Apt., Lot, Suite No.)

__Boonville__ (City) __IN__ (State) __47601__ (Zip Code)

Home Telephone:* __(812) 897-8914__   Work Telephone:* __(812) 449-0715__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __Brenda Hachmeister (812) 897-4357__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____   Date: __2-12-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __James__ __Robert__ __Lawson Jr__
First          Middle          Last

Address:* __21 Lafayette LN__
No.    Street, Road, Route, Etc.       Apt., Lot, Suite No.

__Cannelton__ __Indiana__ __47520__
City         State        Zip Code

Home Telephone:* __(812) 547-3707__ Work Telephone:* __(812) 547-0089__

E-mail (if applicable): __jlawson@psci.net__

Name & Phone Number of Alternative Contact Person: __Renae Lawson 812-599-1477__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __James R Lawson__        Date: __1-20-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___Joseph___ ___E___ ___LeDuff___
　　　　　　　　　　　　　　First　　　　　　　　　Middle　　　　　　　　Last

Address:* ___2139 Boarmon DV___
　　　　　　No.　　　　Street, Road, Route, Etc.　　　　Apt., Lot, Suite No.

___Owensboro___ ___KY___ ___42301___
　　City　　　　　State　　　　　Zip Code

Home Telephone:* ___(270) 315-6515___　Work Telephone:* ( ___)___

E-mail (if applicable): ___

Name & Phone Number of Alternative Contact Person: ___

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: ___　　　　　　　　　　Date: ___1-22-09___

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __ROBERT__ ____EDWARD____ __LEE__
First                Middle               Last

Address:* __10730__ __E 1400 N__ _____
No.      Street, Road, Route, Etc.       Apt., Lot, Suite No.

__EVANSTON__ __IN__ __47531__
City         State        Zip Code

Home Telephone:* __(812) 717 2013__ Work Telephone:* __(812) 686 9026__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __Robert Lee__       Date: __1-28-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Donald__ __Wayne__ __Lightfoot__
                       *First*              *Middle*              *Last*

Address:* __1240 N. Lee Street__
       *No.*       *Street, Road, Route, Etc.*       *Apt., Lot, Suite No.*

       __Bowling Green__    __KY__    __42101__
       *City*     270-904-0385 *State*     *Zip Code*

Home Telephone:* __(270) 586-9165__    Work Telephone:* __(270) 586-7144__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __Delios Lightfoot 586-9165__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __Donald W. Lightfoot__     Date: __1-25-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Dustin *First*   Alan *Middle*   Lindsey *Last*

Address:* 10265 N *No.*  Co. RD. *Street, Road, Route, Etc.*  1250 E *Apt., Lot, Suite No.*

Evanston *City*   IN *State*   47531 *Zip Code*

Home Telephone:* (812) 719-5708  Work Telephone:* (812) 937 1923

E-mail (if applicable): NN

Name & Phone Number of Alternative Contact Person: David Lindsey 812-685-2585

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Dustin A Lindsey   Date: 2-12-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _THOMAS_ _Lee_ _MARSHALL_
First        Middle        Last

Address:* _5954_ _Boyd_ _Road_
No.        Street, Road, Route, Etc.        Apt., Lot, Suite No.

_CHANDLER_ _IN_ _47520 - 9774_
City        State        Zip Code

Home Telephone:* _(812) 547-7036_   Work Telephone:* ( ) _71/14_

E-mail (if applicable): _TMARSHAL@SW-Indimun-NET_

Name & Phone Number of Alternative Contact Person: _Rodney D. Wheeler_
_812-547-3495_

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _DMarshall_        Date: _03/04/09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ERIC SCOTT MARTIN
First — Middle — Last

Address:* 5225 OLD HARTFORD Rd
No. — Street, Road, Route, Etc. — Apt., Lot, Suite No.

OWENSBORO KY 42303
City — State — Zip Code

Home Telephone:* (270) 929-4734 Work Telephone:* (270) 302-2021

E-mail (if applicable): BECKLM30 AT YAHOO.COM

Name & Phone Number of Alternative Contact Person: JUDY WEDDING (270) 688-8042 HOME

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: Eric S. Martin Date: Jan. 21, 2009

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>William</u> <u>Wayne</u> <u>Martin</u>
                              First                      Middle              Last

Address:* <u>19075 State Road 37</u>
         No.          Street, Road, Route, Etc.        Apt., Lot, Suite No.

         <u>Tell City,</u>   <u>In.</u>     <u>47586</u>
         City           State          Zip Code

Home Telephone:* <u>(812) 719 3669</u>   Work Telephone:* ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: <u>TERRY MARTIN   423 559 8853</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>Wayne Martin</u>        Date: <u>Jan. 22, 2008</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Justin _____ Tyler _____ Masterson
                        First        Middle        Last

Address:* 531 _____ Salias Miller LN, _____
          No.    Street, Road, Route, Etc.     Apt., Lot, Suite No.

Hardinsburg _____ KY _____ 40143
        City             State        Zip Code

Home Telephone:* (270) 617 3909    Work Telephone:* (270) 617 - 3909

E-mail (if applicable): None

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _Justin Masterson_    Date: 2-9 09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*   Jim    B    McCallister
     *First*      *Middle*      *Last*

Address:*   9929 old State Road   37
   *No.*    *Street, Road, Route, Etc.*    *Apt., Lot, Suite No.*

   Tell City    IN    47586
   *City*    *State*    *Zip Code*

Home Telephone:* (812) 719-2949   Work Telephone:* (812) 719-2949

E-mail (if applicable): N/A

Name & Phone Number of Alternative Contact Person: Chelsea Schaaf (812)719-0941

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____     Date: 3/4/09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402



ZIMMERMAN REED

TERRE HAUTE IN 478

06 MAR 2009 PM 1 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

REC'D MAR 09 2009

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL    PERMIT NO. 26979    MINNEAPOLIS MN

POSTAGE WILL BE PAID BY ADDRESSEE

J. GORDON RUDD, JR.
ZIMMERMAN REED PLLP
651 NICOLLET MALL STE 501
MINNEAPOLIS MN 55402-9615



## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* DARRELL ___Neil___ M^C CARThY
　　　　　　　　　　　　*First*　　　　　　　*Middle*　　　　　　　*Last*

Address:* 2724 Hawesville Rd
　　　　　*No.*　　*Street, Road, Route, Etc.*　　　*Apt., Lot, Suite No.*

　　　Reynolds　　　KY　　　42368
　　　*City*　　　　　*State*　　　*Zip Code*
　　　　　　　　　　　(?) 314-0341

Home Telephone:* (270) 233-2275　Work Telephone:* (　)

E-mail (if applicable): KY 2724 @ 901 a com

Name & Phone Number of Alternative Contact Person: Sonia M^CCARTLy

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Darrell McCarthy _____ Date: 2-11-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Isaac__   __James__   __McCarty__
                    *First*              *Middle*            *Last*

Address:* __10809__   __Powers Ln__
        *No.*         *Street, Road, Route, Etc.*        *Apt., Lot, Suite No.*

        __Owensboro__   __Ky__   __42301__
          *City*         *State*        *Zip Code*

Home Telephone:* __(270) 302-2785__   Work Telephone:* __(   )__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __Heather McCarty (270) 313-3349__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __Isaac McCary__   Date: __2-01-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Thomas__ __Gerald__ __McCauley Jr.__
First       Middle       Last

Address:* __65__ __Easy Ln.__ _____
No.    Street, Road, Route, Etc.    Apt., Lot, Suite No.

__Hardinsburg__ __Ky__ __40143__
City     State     Zip Code

Home Telephone:* __(270) 257-0702__ Work Telephone:* __(270) 617-2138__

E-mail (if applicable): __CATMAN2138@Hotmail.com__

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __Thomas G. McCauley Jr__ Date: __2/18/09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca.* I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Charles    E.    McCoy
     First      Middle      Last

Address:* 908 West Houston Street
   No.    Street, Road, Route, Etc.    Apt., Lot, Suite No.

Cloverport    Ky.    40111
   City    State    Zip Code

Home Telephone:* (270) 617-2971    Work Telephone:* (812) 547-0700

E-mail (if applicable): kcoy33@yahoo.com

Name & Phone Number of Alternative Contact Person: Kellie M McCoy    270-617-2243

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _____    Date: 3/6/09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402



LOUISVILLE KY 402

06 MAR 2009 PM 3 L

USA 42

RECD MAR 0 9 2009

Charles E. McLay
908 West Howards
Clanyport, KS 40011

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 50
Minneapolis, Minnesota
55402

554024-1667

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* David _____ Allen _____ McStoots
      First            Middle           Last

Address:* 110 Laymon Dr.
      No.    Street, Road, Route, Etc.        Apt., Lot, Suite No.

Leitchfield _____ Ky _____ 42754
      City            State        Zip Code

Home Telephone:* 270-230-8258   Work Telephone:* (812)547-5060

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: April McStoots (270)668-7506

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: David McStoots _____ Date: 1-26-2009

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Matthew Lee Milburn
                              _First_                  _Middle_             _Last_

Address:* 509 North 7th Street
       _No._                _Street, Road, Route, Etc._        _Apt., Lot, Suite No._

       Cannelton IN 47520
         _City_             _State_         _Zip Code_

Home Telephone:* (812) 719-9312     Work Telephone:* ( )

E-mail (if applicable): Matt24tc@hotmail.com

Name & Phone Number of Alternative Contact Person:

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Matthew Lee Milburn       Date: 12-21-2009

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Clyde     Allen     Miller Jr

        First         Middle         Last

Address:* 3802    Mark Twain Ct

       No.      Street, Road, Route, Etc.      Apt., Lot, Suite No.

       Owensboro    KY    42303

       City       State       Zip Code

Home Telephone:* (270) 683 9962 Work Telephone:* (270) 929 8328

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____ Date: 2-14-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___James___ ___Andrew___ ___Moore___
                                    First                Middle              Last

Address:* ___3327___ ___East Hwy. 144___ ___40143___
           No.      Street, Road, Route, Etc.      Apt., Lot, Suite No.

___Hardinsburg___ ___Ky.___ ___40143___
    City        State      Zip Code

Home Telephone:* (270) 788-3972    Work Telephone:* (270) 617-3343

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: ___James A. Moore___      Date: ___1-3-09___

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Steven</u>   <u>Ray</u>   <u>Nunn</u>
First                Middle           Last

Address:* <u>621 W 8th St.</u>
No.        Street, Road, Route, Etc.        Apt., Lot, Suite No.

<u>Grandview, IN 47615</u>
City        State        Zip Code

Home Telephone:* <u>(812) 649-2978</u>   Work Telephone:* <u>(970) 315-2171</u>

E-mail (if applicable): <u>nunn-180@yahoo.com</u>

Name & Phone Number of Alternative Contact Person: <u>Charlene Nunn (812) 649-2978</u>

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: <u>Steven Nunn</u>        Date: <u>1-21-09</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Anthony__ __W.__ __Owens__
First      Middle      Last

Address:* __14442 N. State Rd. 58__
No.    Street, Road, Route, Etc.      Apt., Lot, Suite No.

__Elnora__      __IN__      __47529__
City      State      Zip Code

Home Telephone:* __(812) 692-5251__    Work Telephone:* __(812) 698-0254__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __Michelle Owens__ __698-7351__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____      Date: __1-26-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*  <u>Nicholas</u>   <u>Dewayne</u>   <u>Payne</u>
   First    Middle    Last

Address:*  <u>695</u>   <u>Market Street</u>
   No.   Street, Road, Route, Etc.   Apt., Lot, Suite No.

<u>Lewisport</u>   <u>Ky</u>   <u>42351</u>
   City   State   Zip Code

Home Telephone:*  <u>(270) 295-4180</u>  Work Telephone:*  <u>(270) 927-6923</u>

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person:  <u>Rachel Gail Payne</u>

*Required field. Information will be used solely for purposes of this lawsuit.

Signature:  <u>Nicholas Payne</u>   Date: <u>3/5/09</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

SOUTH CENTRAL
KY 421 2▮▮
05 MAR 2009 PM

RECD MAR 0 0 2009

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 26978    MINNEAPOLIS MN

POSTAGE WILL BE PAID BY ADDRESSEE

J. GORDON RUDD, JR.
ZIMMERMAN REED PLLP
651 NICOLLET MALL STE 501
MINNEAPOLIS MN 55402-9615



ZIMMERMAN REED

Z R

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    Alan      Wayne      Petri
               *First*        *Middle*        *Last*

Address:*    11072    STATE Rte 951
       *No.*      *Street, Road, Route, Etc.*      *Apt., Lot, Suite No.*

     Hawesville     KY     42348
       *City*        *State*        *Zip Code*

Home Telephone:* (270) 281-9270    Work Telephone:* (270) 316-9270

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Dana Petri (270) 903-5020

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Alan Petri           Date: 1-21-09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Anthony</u> <u>WAYNE</u> <u>Plantz</u>
    First         Middle         Last

Address:* <u>827 Sycamore St. Lot 9</u>
    No.    Street, Road, Route, Etc.    Apt., Lot, Suite No.

<u>Rockport IN</u>    <u>47635</u>
    City         State         Zip Code

Home Telephone:* <u>(812) 937-4370</u>  Work Telephone:* (812) <u>719 7941</u> cell

E-mail (if applicable): <u>N2deep.3700 @ yahoo</u>

Name & Phone Number of Alternative Contact Person: <u>WAYNE Plantz 812 937 4370</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>Anthony W Plantz</u>    Date: <u>Feb 4-2009</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    JASON      Todd      Powers
                *First*           *Middle*         *Last*

Address:*   8356    Richland   Rd
        *No.*        *Street, Road, Route, Etc.*       *Apt., Lot, Suite No.*

        Livermore      Ky       42352
        *City*         *State*       *Zip Code*

Home Telephone:*   (270) 314-5462    Work Telephone:*   (270) 314-5462

E-mail (if applicable):   JTP01234@aol.com

Name & Phone Number of Alternative Contact Person:   Melissa Powers   270-499-2516

*\*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:                    Date:   2/3/09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __RODNEY__ __DEAN__ __POWERS__
                            *First*                    *Middle*                *Last*

Address:* __21388 APRICOT Rd.__
         *No.*       *Street, Road, Route, Etc.*           *Apt., Lot, Suite No.*

         __BRISTOW__    __IN.__       __47515__
           *City*           *State*           *Zip Code*

Home Telephone:* ( )           Work Telephone:* __(812) 719-4504__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __DONNA POWERS (812) 719-4505 (WIFE)__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __[signature]__          Date: __01-20-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

RECD FEB 26 2009

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Michael__ __Gene__ __Richards__
  First       Middle       Last

Address:* __385 Clay St Apt #5__
  No.    Street, Road, Route, Etc.    Apt., Lot, Suite No.

__Hawesville__    __Ky__    __42348__
  City    State    Zip Code

Home Telephone:* __(270) 922-0666__    Work Telephone:* __(   )__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __Jimmy Hagan  812-547-0908__

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: __Michael C. Richards__    Date: __2-24-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca.* I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___Stephen___ ___P.___ ___Richards___
                       *First*             *Middle*              *Last*

Address:* ___240___ ___Countyline Rd.___ _____
        *No.*        *Street, Road, Route, Etc.*       *Apt., Lot, Suite No.*

___Fordsville___ ___KY___ ___42343___
    *City*            *State*         *Zip Code*

Home Telephone:* (270) 276-3520 Work Telephone:* (270) 316-4749

E-mail (if applicable): ___None___

Name & Phone Number of Alternative Contact Person: ___Debra Richards 270-316-4748___

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: ___Stephen P. Richards___      Date: ___1-20-09___

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Joseph</u>    <u>Wesley</u>    <u>Riley</u>
               *First*               *Middle*        *Last*

Address:* <u>1002</u>    <u>20th Street</u>    <u>Apt. 1</u>
        *No.*      *Street, Road, Route, Etc.*    *Apt, Lot, Suite No.*

    <u>Tellcity</u>    <u>Indiana</u>    <u>47586</u>
      *City*        *State*       *Zip Code*

Home Telephone:* <u>(270) 922-7099</u>    Work Telephone:* <u>(812) 547-7500</u>

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: <u>Peggy Riley    (270) 993-8460</u>

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: <u>Joey Riley</u>    Date: <u>1-24-09</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

ThyssenKrupp Waupaca Case Consent to Participate
E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Christopher Eugene Risley
                      First        Middle        Last

Address:* 1834 N. Silverdale Rd.
          No.    Street, Road, Route, Etc.        Apt., Lot, Suite No.

          Rockport        IN        47635
          City            State     Zip Code

Home Telephone:* (812) 431-6428 Work Telephone:* (812) 431-6428

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _____ Date: 1/20/09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Howell</u> <u>Curtis</u> <u>Roach Jr.</u>
First Middle Last

Address:* <u>1016</u> <u>Sugar Grove Rd.</u>
No. Street, Road, Route, Etc. Apt., Lot, Suite No.

<u>Whitesville</u> <u>Ky</u> <u>42378</u>
City State Zip Code

Home Telephone:* <u>(270) 233-1596</u> Work Telephone:* <u>(270) 316-6479</u>

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: <u>Kathy Roach 270-316-6480</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>Howell Roach Jr.</u> Date: <u>1-21-09</u>

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

**ThyssenKrupp Waupaca Case Consent to Participate**
**E.D Wis. Case No. 08-C-488**

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___Christopher___ ___Michael___ ___Roark___
                            First              Middle              Last

Address:* ___5625___ ___ANTLER LANE___ _____
              No.      Street, Road, Route, Etc.    Apt., Lot, Suite No.

___Tell City___ ___INDIANA___ ___47586___
      City              State            Zip Code

Home Telephone:* (812) 719-7545  Work Telephone:* (812) 547-3618

E-mail (if applicable): JAmie.Roark@OLD NAtioNAL.Com

Name & Phone Number of Alternative Contact Person: JAmie Roark 1-812-367-1540

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _____  Date: 2-10-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    Joseph      Benjumin      Roccia
                       First              Middle            Last

Address:*    3029      Saratoga Dr.
          No.       Street, Road, Route, Etc.       Apt., Lot, Suite No.

       Evansville    IN        47715
         City       State       Zip Code

Home Telephone:*   (812) 719-7945    Work Telephone:*   (812) 484-6501

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person:   Sheena McNair   812-550-6998

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____     Date: 1-31-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED
ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

**ThyssenKrupp Waupaca Case Consent to Participate**
**E.D Wis. Case No. 08-C-488**

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca.* I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___Robert___ ___Neal___ ___Rudd___
  First　　　　　　Middle　　　　　　Last

Address:* __25__ ___William Tell Blvd___ _____
  No.　　Street, Road, Route, Etc.　　Apt., Lot, Suite No.

___Tell City___ ___IN___ ___47586___
  City　　　　　State　　　　Zip Code

Home Telephone:* _(812) 719 8136_　Work Telephone:* _(812) 547-0700_

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _Ashley Rudd 812 719 8428_

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _[signature]_　　　Date: _1-22-08_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca.* I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>David</u> <u>Lee</u> <u>Sandage</u>
         First             Middle            Last

Address:* <u>205</u> <u>Taylor Street</u> <u>    </u>
       No.      Street, Road, Route, Etc.      Apt., Lot, Suite No.

<u>Cannelton</u> <u>Indiana</u> <u>47520</u>
   City         State       Zip Code

Home Telephone:* <u>1(812) 547-4873</u>   Work Telephone:* <u>1(812) 362-8808</u>

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: <u>Alice Sandage</u> <u>1-812-719-0514</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>David Lee Sandage</u>    Date: <u>1-20-2009</u>

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. ' 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

Mark Allen Sandage
Name

616 St. Louis Ave Ca
Address

Cannelton                    IN                    47520
City                         State                 Zip

(812) 547-6903
Phone

I am a current or former employee of _Thyssen Krupp Waupaca_

Marl Sandage
Signature

Case 1:08-cv-00488-WCG   Document 70-2   Filed 09/07/10   Page 138 of 170

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Traci _(First)_ Lynn _(Middle)_ Schaefer _(Last)_

Address:* 13680 _(No.)_ Deer Creed Rd _(Street, Road, Route, Etc.)_ _(Apt., Lot, Suite No.)_

Tell City _(City)_ IN _(State)_ 47586 _(Zip Code)_

Home Telephone:* 812 836-4688  Work Telephone:* 812 719-6889 (cell)

E-mail (if applicable): logannewton@hotmail.com

Name & Phone Number of Alternative Contact Person: Don Schaefer 812-896-4688

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Traci Schaefer    Date: 1-26-2009

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*   Michael     Paul     Seibert
                                             *First*                      *Middle*                      *Last*

Address:*   109   Temple Street   English IN   47118
          *No.*                    *Street, Road, Route, Etc.*           *Apt., Lot, Suite No.*

          *City*                 *State*           *Zip Code*

Home Telephone:*   (812) 613-0398        Work Telephone:*   (812) 613-0398

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person:   Same.

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:   Michael P. Seibert        Date:  1-26-09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Kevin_ _Lynn_ _Sexton_
                             First            Middle          Last

Address:* _2175_ _westerfield Dr._
         No.       Street, Road, Route, Etc.        Apt., Lot, Suite No.

     _Owensboro_ _Ky_ _42303_
        City         State       Zip Code

Home Telephone:* _(270) 993-7791_   Work Telephone:* _(270) 926-0093_

E-mail (if applicable): _NA_

Name & Phone Number of Alternative Contact Person: _Tina marsh 270-926-0093_

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _Kevin Sexton_        Date: _1-21-09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Kenneth__ (First) __Lee__ (Middle) __Sexton Jr.__ (Last)

Address:* __3414__ (No.) __Surrey Dr E.__ (Street, Road, Route, Etc.) _____ (Apt., Lot, Suite No.)

__Owensboro__ (City) __KY__ (State) __42301__ (Zip Code)

Home Telephone:* __(270) 315-3072__  Work Telephone:* __(270) 316-1103__

E-mail (if applicable): __lsexton19@aol.com__

Name & Phone Number of Alternative Contact Person: __Lindsay Sexton  270-316-1103__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____  Date: __1-21-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

**ThyssenKrupp Waupaca Case Consent to Participate**
**E.D Wis. Case No. 08-C-488**

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Michael_ _Ray_ _Simmons_
                               First              Middle               Last

Address:* _203_ _Cherry Street_
             No.       Street, Road, Route, Etc.      Apt., Lot, Suite No.

        _Cloverport_ _Ky_ _40111_
         City        State        Zip Code

Home Telephone:* _(270) 617-0037_ Work Telephone:* _(270) 927-7506_

E-mail (if applicable): _simmons326@bellsouth.net_

Name & Phone Number of Alternative Contact Person: _270-617-1218 Lisa Simmons_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Mike Simmons_               Date: _3-4-09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

ZIMMERMAN·REED

LOUISVILLE KY 402
05 MAR. 2009 PM 4 T

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

REC'D MAR 0 9 2009

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 26979    MINNEAPOLIS MN

POSTAGE WILL BE PAID BY ADDRESSEE

J. GORDON RUDD, JR.
ZIMMERMAN REED PLLP
651 NICOLLET MALL STE 501
MINNEAPOLIS MN 55402-9615

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca.* I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Matthew_ _Dean_ _Sims_
                              *First*              *Middle*              *Last*

Address:* _109_ _West White Pine DR._
       *No.*         *Street, Road, Route, Etc.*        *Apt., Lot, Suite No.*

      _Santa Claus_      _I.N._     _47579_
      *City*           *State*          *Zip Code*

Home Telephone:* (812) 719-4730    Work Telephone:* (812) 719-4730

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _Jeanetta Sims_ _812-547-7822_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Matthew Sims_         Date: _1/20/09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. ' 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

James E Spurling II
Name

615, 12th street
Address

Tell City          IN.          47586
City               State        Zip

(812) 719.5652
Phone

I am a current or former employee of ThyssenKrupp Waupaca, Inc.

James E Spurling II
Signature

Case 1:08-cv-00488-WCG     Document 270-2     Filed 09/07/10     Page 146 of 170

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Jason__ __M.__ __Stallings__
First / Middle / Last

Address:* __900__ __Peppertree Ln.__ __Apt #7__
No. / Street, Road, Route, Etc. / Apt., Lot, Suite No.

__Owensboro__ __Ky__ __42303__
City / State / Zip Code

Home Telephone:* (270) 903-1203    Work Telephone:* (270) 683-3176

E-mail (if applicable): stallingsjason@gmail.com

Name & Phone Number of Alternative Contact Person: Kristy Smith 812-319-3651

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __Jason Stallings__    Date: 1/20/08

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

Case 1:08-cv-00488-WCG Document 90-2 Filed 09/07/10 Page 147 of 170

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* JASON     Keith     Stiles
                  *First*            *Middle*         *Last*

Address:* 5975   Sheena RD            
        *No.*       *Street, Road, Route, Etc.*         *Apt., Lot, Suite No.*

Cannelton     IN     47520
    *City*        *State*      *Zip Code*

Home Telephone:* (812) 547-6681   Work Telephone:* (270) 688-2000

E-mail (if applicable): jkstiles@ccopsone.com

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: *Jason Stiles*             Date: 1-20-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*   Clint    Eugene    Storer
                   *First*        *Middle*        *Last*

Address:*   9930   W Co Rd 75 S
       *No.*       *Street, Road, Route, Etc.*      *Apt., Lot, Suite No.*

     French Lick    IN        47432
      *City*        *State*        *Zip Code*

Home Telephone:*   (812) 936-3020   Work Telephone:*   (812) 827-6759

E-mail (if applicable):   N/A

Name & Phone Number of Alternative Contact Person:   Daniella Storer   812-936-3020

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:                         Date:   1/23/09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

RECD MAR 1 2 2009

ZIMMERMAN REED

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 26979    MINNEAPOLIS MN

POSTAGE WILL BE PAID BY ADDRESSEE

J. GORDON RUDD, JR.
ZIMMERMAN REED PLLP
651 NICOLLET MALL STE 501
MINNEAPOLIS MN 55402-9615

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Aaron    L    Strahl
<br>First      Middle      Last

Address:* 4800 Sapphire Rd
<br>No.    Street, Road, Route, Etc.    Apt, Lot, Suite No.

Cannelton    IN    47520
<br>City    State    Zip Code

Home Telephone:* 8D2547-3365   Work Telephone:* (279) 685-2493

E-mail (if applicable): aaronstrahl@hughes.net

Name & Phone Number of Alternative Contact Person: Aaron Strahl cell (812) 719-3060

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____    Date: 3-3-09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
<br>Zimmerman Reed, PLLP
<br>651 Nicollet Mall
<br>Suite 501
<br>Minneapolis, Minnesota 55402



ZIMMERMAN REED

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Gregory</u> <u>Paul</u> <u>Strathmann</u>
                             _First_             _Middle_          _Last_

Address:* <u>1402</u> <u>McElroy D.</u>
            _No._     _Street, Road, Route, Etc._     _Apt., Lot, Suite No._

<u>Boonville</u> <u>IN</u> <u>47601</u>
      _City_         _State_     _Zip Code_

Home Telephone:* (812) 641-0525   Work Telephone:* (812) 453-6135

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Beth Cox (812) 858 1312

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _____   Date: 1-21-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* 

First                Middle

*danny Sturgeon*

Address:* 

No.    Street, Road, Route, Etc.    Apt., Lot, S

City    State    Zip Code

Home Telephone:* (  )      Work Telephone:* (  )

E-mail (if applicable):

Name & Phone Number of Alternative Contact Person:

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:               Date:

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Jeremiah    Mark    Sturgeon
     *First*      *Middle*      *Last*

Address:* 1005   West   Houston St
   *No.*      *Street, Road, Route, Etc.*      *Apt., Lot, Suite No.*

Cloverport   KY   40111
   *City*      *State*      *Zip Code*

Home Telephone:* (270) 922 7133   Work Telephone:* (812) 547-0700

E-mail (if applicable): _____ cell

Name & Phone Number of Alternative Contact Person: April Sturgeon (270) 617-0755

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____    Date: 02-11-09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Jefferson       Douglas       Taylor
                               *First*                  *Middle*          *Last*

Address:* 726      7th St.
     *No.*        *Street, Road, Route, Etc.*          *Apt., Lot, Suite No.*

Tell City      IN      47586
   *City*        *State*       *Zip Code*

Home Telephone:* (812) 719-1639   Work Telephone:* ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Caroline Horton   1-812-547-2092

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____   Date: 1-21-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* John Lloyd Thomas
                                      *First*                      *Middle*            *Last*

Address:* 4549 Cove Pointe
       *No.*       *Street, Road, Route, Etc.*       *Apt., Lot, Suite No.*

Owensboro Ky 42301
     *City*        *State*      *Zip Code*

Home Telephone:* (270) 852-6651 Work Telephone:* ( )

E-mail (if applicable): WIREWIZP54 @ AOL.Com

Name & Phone Number of Alternative Contact Person: Kathy Thomas 270-993-6630

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: John L Thomas        Date: 1-22-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* MICHAEL          WILLIAM          THORN
                        First              Middle            Last

Address:* 1510          STATE ROAD 166                    _____
          No.           Street, Road, Route, Etc.        Apt., Lot, Suite No.

          TOBINSPORT          INDIANA          47520
          City                State            Zip Code

Home Telephone:* (812) 547-8503    Work Telephone; cell (812) 619-0464

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: Michael W. Thorn          Date: 1-2-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*   _William_     _Oscar_     _Tinch_
                   First              Middle              Last

Address:*   _7728_    _East State Road 66_
         No.          Street, Road, Route, Etc.        Apt., Lot, Suite No.

         _Grand View_      _Indiana_      _47615_
           City            State           Zip Code

Home Telephone:* _(812) 649-2056_    Work Telephone:* _(812) 547-3138_

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person:   _Paula Tinch_    _812-547-6712_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _William Tinch_                 Date: _1-25-09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___TROY___ ___ALLEN___ ___Todd___
                         First          Middle          Last

Address:* __205  East  4th  St.__
           No.      Street, Road, Route, Etc.       Apt., Lot, Suite No.

__Calhoun,__  __Ky.__  __42327__
  City          State      Zip Code

Home Telephone:* __(270) 273-6965__ Work Telephone:* __(270) 316-3094__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __Troy A Todd__ Date: __1/20/2009__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

Case 1:08-cv-00488-WCG Document 90-2 Filed 09/07/10 Page 160 of 170

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Jesse_ _____ _David_ _____ _Undirhill_
                         *First*               *Middle*            *Last*

Address:* _23430_ _N ST Rd_ _66_
        *No.*         *Street, Road, Route, Etc.*        *Apt., Lot, Suite No.*

        _English_     _IN_     _47118_
        *City*        *State*        *Zip Code*

Home Telephone:* _(812) 619-0329_     Work Telephone:* _(812) 619-0329_

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _Belinda Undirhill_ _(812) 843-4598_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____     Date: _1/26/09_

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___Jamie___ First ___L___ Middle ___Waninger___ Last

Address:* ___11257___ No. ___North County Road___ Street, Road, Route, Etc. ___700 East___ Apt., Lot, Suite No.

___Lamar___ City ___IN___ State ___47550___ Zip Code

Home Telephone:* (812) 529-8693    Work Telephone:* (812) 686-0758

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: ___Amie Waning or___ ___812-719-9859___

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: ___Jamie Waninger___    Date: ___1-20-09___

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Gregory</u> <u>Allen</u> <u>Weise</u>
First      Middle      Last

Address:* <u>2111 Graham Ln E.</u>
No.    Street, Road, Route, Etc.    Apt., Lot, Suite No.

<u>Greensboro</u>, <u>Ky</u>    <u>42303</u>
City      State      Zip Code

Home Telephone:* <u>(270) 281-5930</u>    Work Telephone:* <u>(270) 314-4572</u>

E-mail (if applicable): <u>Gweise@bellsouth.net</u>

Name & Phone Number of Alternative Contact Person: <u>Bill + Pat Weise 270-785-9530</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>Gregory Weise</u>    Date: <u>1-23-09</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Kenneth     E.     Williams
                        *First*              *Middle*            *Last*

Address:* 1904 Tickridge Rd.
        *No.*           *Street, Road, Route, Etc.*          *Apt., Lot, Suite No.*

         Hawesville       KY       42348
           *City*           *State*       *Zip Code*

Home Telephone:* (270) 927-1134    Cell   ~~Work~~ Telephone:* (270) 922-7900

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Ken E Williams         Date: 2-23-09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    Kenneth         L.        Williamson
                    *First*                  *Middle*              *Last*

Address:*    1870       Hawesville Rd
          *No.*         *Street, Road, Route, Etc.*       *Apt., Lot, Suite No.*

       Reynolds Station     Ky       42368
        */City*            *State*       *Zip Code*

Home Telephone:* (270) 363-1568    Work Telephone:* ( )

E-mail (if applicable):

Name & Phone Number of Alternative Contact Person:

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:    Kenneth L Williamson        Date:   1/22/09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Nathan    Keith    Winings
     *First*      *Middle*      *Last*

Address:* 2487 N Grant St. PO Box 1003
   *No.*    *Street, Road, Route, Etc.*    *Apt., Lot, Suite No.*

Ireland    IN    47545
   *City*    *State*    *Zip Code*

Home Telephone:* (812) 482-9316    Cell Work Telephone:* (812) 630-2834

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Angela Winings 812-309-2172

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: *[signature]*    Date: 2-2-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Dane_ _L_ _Winkler_
                    *First*            *Middle*          *Last*

Address:* _324_ _SOUTH 6th St._
        *No.*        *Street, Road, Route, Etc.*       *Apt., Lot, Suite No.*

_Rockport_ _IN_ _47635_
     *City*         *State*        *Zip Code*

Home Telephone:* _(812) 649-2566_ Work Telephone:* _(   )_

E-mail (if applicable): _Tammywinkler @ Roadrunner. Com_

Name & Phone Number of Alternative Contact Person: _812 686 3480_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Dane L. Winkler_      Date: _1/23/09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

REC'D JAN 3 0 2009

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _____Keith_____Robert_____Yano_____
                          First            Middle           Last

Address:* ____4569_____Ward Circle_____
              No.         Street, Road, Route, Etc.      Apt., Lot, Suite No.

_____Acworth_____GA._____30102_____
         City          State        Zip Code

Home Telephone:* (770) 693-0425   Work Telephone:* (678) 642 5555

E-mail (if applicable): ___Keithnlea @ att.net_____

Name & Phone Number of Alternative Contact Person: Babbie Yano (wife)   same #'s

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _____   Date: 1.24 09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Bryan__ __Scott__ __Young__
                      *First*                *Middle*           *Last*

Address:* __9500__ __Johnson Rd__ _____
         *No.*       *Street, Road, Route, Etc.*       *Apt., Lot, Suite No.*

            __Philpot__ __KY__ __42366__
            *City*        *State*       *Zip Code*

Home Telephone:* __(270)275-1622__   Work Telephone:* __(270) 927-1003__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __Mindy Young__ __270-316-9303__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __Bryan Young__       Date: __1-20-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __David__ __Joseph__ __Zazzetti__
                    *First*          *Middle*          *Last*

Address:* __16221 N. CR 325E__
        *No.*      *Street, Road, Route, Etc.*     *Apt., Lot, Suite No.*

__Lincoln City,__ __IN__ __47552__
   *City*       *State*      *Zip Code*

Home Telephone:* __(812) 582-0282__ Work Telephone:* ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __Joni Zazzetti__ __812·582-0324__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __David J Zazzetti__ Date: __1-21-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402