# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## CHATTANOOGA DIVISION

Jason Allen, Brian Allyn, Gary Bain,
Karl Bain, Travis Barnett, Michael Bartlett,
Matthew Bawgus, Jody Baxter, Jr., Charles
Billingsley, James Billingsley, Michael
Black, Timothy Bookout, William Braden,
Matthew Brinkley, William Brock,
Shannon Bromagen, Holly Bryan, William
Calhoun, Christopher Case, Justin Cook,
Jimmie Couch, Michael Courtney, Timothy
Crisp, Wesley Cronan, Murle Crowe,
Edward Curtis, John Daniel, Eugene
Davidson, Jr., Jacob Day, Adam Derrick,
Heath Derrick, David Desgranges, Shane
DeVine, Montazz Dickey, Joshua Doss,
Anthony Eaton, Christopher Ellis, Caleb
Farley, Daniel Francis, David Frantzen,
Paul Fretz, Jimmie Gallaher, Randall
Gamble, Samuel Gatlin, Kenneth Gosnell,
Dwaine Graves, David Gray, Devin Greene,
Monte Gregory, Nathaniel Grinter, Thomas
Gunter, Michael Hammond, Jr., William
Harris, Charles Hawkins, Keith Henry,
Harold Hicks, Jason Hollingsworth, Donald
Hollingsworth, Jr., Stevey Hope, Gary
Howard, Perry Howard, Edward Hubbell, III,
Avery Hughes, Johnny Hughes, Jr.,
Malcolm Jackson, Brandon Jarvis, Kenneth
Jenkins, Jason Johnson, Michael Johnson,
Ned-John Jones, Thomas Jones, William
Jones, Antwan Kennedy, Justin Key, Kevin
Kidd, Paul King, William King, Winston
King, Billy Kinser, Jeremy Kirkland, Ralph
Leight, John Linder, Sr., Larry Locke, Danny
Lovingood, Russell Mahery, Josh Maroon,
Johnny Martin, RV McCann, Chasity
McDermott, Jason McKenzie, Mark
McKenzie, Michael Merrell,

Civil No. _____

**COMPLAINT IN
COLLECTIVE ACTION**

**(DEMAND FOR JURY TRIAL)**

# EXHIBIT 3

Terrence Monnette, Anthony Montes,
Rodney Mooney, Clinton Moore, Jeremy
Moore, Randal Morgan, James Moses,
Edward Moss, Ricardo Munoz, Jeremy
Murphy, Glen Nadella, Derrick Neeley, Matt
Nichols, Christopher Norman, William
Omohundro, James Patrick, Raymond Payne,
Zachery Payne, Daniel Pendergrass, Dee
Pierce, Annette Pierson, Jeffrey Pierson,
Jeremy Pierson, Justin Pierson, James
Plemons, Michael Plemons, Douglas
Richards, Jason Richards, Domico Riley,
Charlie Rogers, David Rudy, Matthew
Silvers, Tony Sloop, Richard Smith, Wendell
Smith, Goldman Smith, Jr., Ronnie Smithers,
Jr., James Smyth, Jr., Richard Squires, Brian
Steele, Michael Stephens, Jeffrey Stewart,
Kenny Stokes, Carl Sutton, Danny Swafford,
Russell Todd, Christopher Towns, John
Turpeinen, Jr., Jason VanHoose, Donnie
Vaughn, Jr., Edgar Walden, Marcus
Whittaker, II, Stephen Williams, James
Wolfe, Tod Wooldridge,

on behalf of themselves and other similarly
situated,

      Plaintiffs and Collective Action
      Members,

-v-

Waupaca Foundry,

      Defendant.

2

Plaintiffs, on behalf of themselves and others similarly situated, by and through their attorneys, state and allege:

## PRELIMINARY STATEMENT

1. Plaintiffs are current and former foundry workers who are or were employed by Defendant Waupaca Foundry, Inc. (formerly, ThyssenKrupp Waupaca, Inc.). The Plaintiffs seek relief on a collective basis relating to Defendant's practice and policy of not fully compensating employees for all the time they spend working at Defendant's foundries. In particular, the Plaintiffs spent time donning and doffing gear and equipment, showering, and walking to and from the production floor. These activities were necessary and indispensable to the Named Plaintiffs' principal work but are not compensated for by Defendant.

2. Plaintiffs bring this action on behalf of themselves and all persons who were, are or will be employed by Defendant as foundry workers at its Etowah, Tennessee, plant, at any time within the three years prior to filing of this Complaint through the date of the final disposition of this action (the "FLSA Period"), and who have not received full compensation for all hours worked under the Fair Labor Standards Act ("FLSA"). This group is hereinafter referred to as the "FLSA Class." The District Court for the Eastern District of Wisconsin previously certified this case as a collective action on December 18, 2008. Dkt. 91, *DeKeyser, et al. v. ThyssenKrupp Waupaca, Inc.*, Case No. 1:08-cv-00488 (E.D. Wis.). On March 31, 2016, that Court ordered that the claims of the Tennessee workers be severed from the Wisconsin complaint so that they could be transferred to this

3

District, and requested Plaintiffs to provide a proposed amended complaint for the Tennessee workers.

3.      Each Plaintiff has provided his or her written consent to participate in this litigation as required by 29 U.S.C. § 216(b). Copies of Plaintiffs' consents to join this action are attached hereto as Exhibit A, and have been filed with the Court in accordance with 29 U.S.C. § 216(b). Plaintiffs previously filed their consents to join this action in the collective action captioned *DeKeyser, et al. v. ThyssenKrupp Waupaca, Inc.*, Case No. 1:08-cv-00488 (E.D. Wis.).

4.      In addition to the Plaintiffs, all persons presently or formerly employed by Defendant in similar employment positions which are not exempt from the minimum wage and overtime requirements of the FLSA, are entitled to collectively participate in this action by choosing to "opt in" and submit a written consent to join form.

## PARTIES

5.      Plaintiffs all are or were nonexempt foundry workers employed by Defendant at its plant located in Etowah, Tennessee.

6.      During the class period, Plaintiff Jason Allen resided in Benton, Tennessee. Plaintiff Allen filed his consent to join on January 26, 2009.

7.      During the class period, Plaintiff Brian Allyn resided in Hixson, Tennessee. Plaintiff Allyn filed his consent to join on January 26, 2009.

8.      During the class period, Plaintiff Gary Bain resided in Etowah, Tennessee. Plaintiff Bain filed his consent to join on February 9, 2009.

4

9.     During the class period, Plaintiff Karl Bain resided in Bayboro, Tennessee. Plaintiff Bain filed his consent to join on February 17, 2009.

10.     During the class period, Plaintiff Travis Barnett resided in Madisonville, Tennessee. Plaintiff Barnett filed his consent to join on February 6, 2009.

11.     During the class period, Plaintiff Michael Bartlett resided in Cleveland, Tennessee. Plaintiff Bartlett filed his consent to join on February 17, 2009.

12.     During the class period, Plaintiff Matthew Bawgus resided in Benton, Tennessee. Plaintiff Bawgus filed his consent to join on February 6, 2009.

13.     During the class period, Plaintiff Jody Baxter, Jr. resided in Cleveland, Tennessee. Plaintiff Baxter filed his consent to join on January 26, 2009.

14.     During the class period, Plaintiff Charles Billingsley resided in Chattanooga, Tennessee. Plaintiff Billingsley filed his consent to join on January 26, 2009.

15.     During the class period, Plaintiff James Billingsley resided in Englewood, Tennessee. Plaintiff Billingsley filed his consent to join on January 27, 2009.

16.     During the class period, Plaintiff Michael Black resided in Madisonville, Tennessee. Plaintiff Black filed his consent to join on February 3, 2009.

17.     During the class period, Plaintiff Timothy Bookout resided in Athens, Tennessee. Plaintiff Bookout filed his consent to join on January 30, 2009.

18.     During the class period, Plaintiff William Braden resided in Riceville, Tennessee. Plaintiff Braden filed his consent to join on March 2, 2009.

5

Case 1:08-cv-00483-WCG   Document 70   Filed 09/06/07   Page 5 of 180

19.     During the class period, Plaintiff Matthew Brinkley resided in Etowah, Tennessee. Plaintiff Brinkley filed his consent to join on January 29, 2009.

20.     During the class period, Plaintiff William Brock resided in Etowah, Tennessee. Plaintiff Brock filed his consent to join on January 26, 2009.

21.     During the class period, Plaintiff Shannon Bromagen resided in Benton, Tennessee. Plaintiff Bromagen filed his consent to join on July 9, 2008.

22.     During the class period, Plaintiff Holly Bryan resided in Etowah, Tennessee. Plaintiff Bryan filed her consent to join on January 26, 2009.

23.     During the class period, Plaintiff William Calhoun resided in Athens, Tennessee. Plaintiff Calhoun filed his consent to join on February 2, 2009.

24.     During the class period, Plaintiff Christopher Case resided in Cleveland, Tennessee. Plaintiff Case filed his consent to join on January 27, 2009.

25.     During the class period, Plaintiff Justin Cook resided in Madisonville, Tennessee. Plaintiff Cook filed his consent to join on January 26, 2009.

26.     During the class period, Plaintiff Jimmie Couch resided in Benton, Tennessee. Plaintiff Couch filed his consent to join on January 26, 2009.

27.     During the class period, Plaintiff Michael Courtney resided in Loudon, Tennessee. Plaintiff Courtney filed his consent to join on March 9, 2009.

28.     During the class period, Plaintiff Timothy Crisp resided in McDonald, Tennessee. Plaintiff Crisp filed his consent to join on January 26, 2009.

29.     During the class period, Plaintiff Wesley Cronan resided in Benton, Tennessee. Plaintiff Cronan filed his consent to join on January 26, 2009.

6

30. During the class period, Plaintiff Murle Crowe resided in Riceville, Tennessee. Plaintiff Crowe filed his consent to join on January 30, 2009.

31. During the class period, Plaintiff Edward Curtis resided in Englewood, Tennessee. Plaintiff Curtis filed his consent to join on March 9, 2009.

32. During the class period, Plaintiff John Daniel resided in Shelbyville, Tennessee. Plaintiff Daniel filed his consent to join on January 26, 2009.

33. During the class period, Plaintiff Eugene Davidson, Jr. resided in Chattanooga, Tennessee. Plaintiff Davidson filed his consent to join on February 9, 2009.

34. During the class period, Plaintiff Jacob Day resided in Cleveland, Tennessee. Plaintiff Day filed his consent to join on August 18, 2008.

35. During the class period, Plaintiff Adam Derrick resided in Athens, Tennessee. Plaintiff Derrick filed his consent to join on January 26, 2009.

36. During the class period, Plaintiff Heath Derrick resided in Englewood, Tennessee. Plaintiff Derrick filed his consent to join on February 3, 2009.

37. During the class period, Plaintiff David Desgranges resided in Cleveland, Tennessee. Plaintiff Desgranges filed his consent to join on February 2, 2009.

38. During the class period, Plaintiff Shane DeVine resided in Madisonville, Tennessee. Plaintiff DeVine filed his consent to join on July 28, 2008.

39. During the class period, Plaintiff Montazz Dickey resided in Cleveland, Tennessee. Plaintiff Dickey filed his consent to join on March 2, 2009.

7

40.     During the class period, Plaintiff Joshua Doss resided in Cleveland, Tennessee.  Plaintiff Doss filed his consent to join on March 3, 2009.

41.     During the class period, Plaintiff Anthony Eaton resided in Athens, Tennessee.  Plaintiff Eaton filed his consent to join on February 6, 2009.

42.     During the class period, Plaintiff Christopher Ellis resided in Old Fort, Tennessee.  Plaintiff Ellis filed his consent to join on January 26, 2009.

43.     During the class period, Plaintiff Caleb Farley resided in Etowah, Tennessee.  Plaintiff Farley filed his consent to join on February 20, 2009.

44.     During the class period, Plaintiff Daniel Francis resided in Gladys, Virginia.  Plaintiff Francis filed his consent to join on January 29, 2009.

45.     During the class period, Plaintiff David Frantzen resided in Athens, Tennessee.  Plaintiff Frantzen filed his consent to join on January 26, 2009.

46.     During the class period, Plaintiff Paul Fretz resided in Athens, Tennessee. Plaintiff Fretz filed his consent to join on January 26, 2009.

47.     During the class period, Plaintiff Jimmie Gallaher resided in Athens, Tennessee.  Plaintiff Gallaher filed his consent to join on January 26, 2009.

48.     During the class period, Plaintiff Randall Gamble resided in Etowah, Tennessee.  Plaintiff Gamble filed his consent to join on July 10, 2008.

49.     During the class period, Plaintiff Samuel Gatlin resided in Benton, Tennessee.  Plaintiff Gatlin filed his consent to join on February 17, 2009.

50.     During the class period, Plaintiff Kenneth Gosnell resided in Etowah, Tennessee.  Plaintiff Gosnell filed his consent to join on January 27, 2009.

8

51.     During the class period, Plaintiff Dwaine Graves resided in Athens, Tennessee. Plaintiff Graves filed his consent to join on August 25, 2008.

52.     During the class period, Plaintiff David Gray resided in Tellico Plains, Tennessee. Plaintiff Gray filed his consent to join on February 13, 2009.

53.     During the class period, Plaintiff Devin Greene resided in Etowah, Tennessee. Plaintiff Greene filed his consent to join on January 30, 2009.

54.     During the class period, Plaintiff Monte Gregory resided in La Fayette, Tennessee. Plaintiff Gregory filed his consent to join on January 26, 2009.

55.     During the class period, Plaintiff Nathaniel Grinter resided in Englewood, Tennessee. Plaintiff Grinter filed his consent to join on February 9, 2009.

56.     During the class period, Plaintiff Thomas Gunter resided in Athens, Tennessee. Plaintiff Gunter filed his consent to join on March 5, 2009.

57.     During the class period, Plaintiff Michael Hammond, Jr. resided in Cleveland, Tennessee. Plaintiff Hammond filed his consent to join on March 3, 2009.

58.     During the class period, Plaintiff William Harris resided in Tellico Plains, Tennessee. Plaintiff Harris filed his consent to join on January 30, 2009.

59.     During the class period, Plaintiff Charles Hawkins resided in Spring City, Tennessee. Plaintiff Hawkins filed his consent to join on January 26, 2009.

60.     During the class period, Plaintiff Keith Henry resided in Athens, Tennessee. Plaintiff Henry filed his consent to join on February 2, 2009.

61.     During the class period, Plaintiff Harold Hicks resided in Athens, Tennessee. Plaintiff Hicks filed his consent to join on February 2, 2009.

9

62.     During the class period, Plaintiff Jason Hollingsworth resided in Benton, Tennessee. Plaintiff Hollingsworth filed his consent to join on January 23, 2009.

63.     During the class period, Plaintiff Donald Hollingsworth, Jr. resided in Cleveland, Tennessee. Plaintiff Hollingsworth filed his consent to join on January 26, 2009.

64.     During the class period, Plaintiff Stevey Hope resided in Riceville, Tennessee. Plaintiff Hope filed his consent to join on January 29, 2009.

65.     During the class period, Plaintiff Gary Howard resided in Riceville, Tennessee. Plaintiff Howard filed his consent to join on January 26, 2009.

66.     During the class period, Plaintiff Perry Howard resided in Riceville, Tennessee. Plaintiff Howard filed his consent to join on January 26, 2009.

67.     During the class period, Plaintiff Edward Hubbell, III resided in Englewood, Tennessee. Plaintiff Hubbell filed his consent to join on June 19, 2008.

68.     During the class period, Plaintiff Avery Hughes resided in Madisonville, Tennessee. Plaintiff Hughes filed his consent to join on February 26, 2009.

69.     During the class period, Plaintiff Johnny Hughes, Jr. resided in Calhoun, Tennessee. Plaintiff Hughes filed his consent to join on January 26, 2009.

70.     During the class period, Plaintiff Malcolm Jackson resided in Etowah, Tennessee. Plaintiff Jackson filed his consent to join on February 6, 2009.

71.     During the class period, Plaintiff Brandon Jarvis resided in Athens, Tennessee. Plaintiff Jarvis filed his consent to join on February 9, 2009.

10

72.     During the class period, Plaintiff Kenneth Jenkins resided in Cleveland, Tennessee. Plaintiff Jenkins filed his consent to join on January 29, 2009.

73.     During the class period, Plaintiff Jason Johnson resided in Delano, Tennessee. Plaintiff Johnson filed his consent to join on February 2, 2009.

74.     During the class period, Plaintiff Michael Johnson resided in Athens, Tennessee. Plaintiff Johnson filed his consent to join on March 9, 2009.

75.     During the class period, Plaintiff Ned-John Jones resided in Etowah, Tennessee. Plaintiff Jones filed his consent to join on January 29, 2009.

76.     During the class period, Plaintiff Thomas Jones resided in Sweetwater, Tennessee. Plaintiff Jones filed his consent to join on January 26, 2009.

77.     During the class period, Plaintiff William Jones resided in Etowah, Tennessee. Plaintiff Jones filed his consent to join on January 26, 2009.

78.     During the class period, Plaintiff Antwan Kennedy resided in Etowah, Tennessee. Plaintiff Kennedy filed his consent to join on March 5, 2009.

79.     During the class period, Plaintiff Justin Key resided in Athens, Tennessee. Plaintiff Key filed his consent to join on February 17, 2009.

80.     During the class period, Plaintiff Kevin Kidd resided in Decatur, Tennessee. Plaintiff Kidd filed his consent to join on February 17, 2009.

81.     During the class period, Plaintiff Paul King resided in Millington, Tennessee. Plaintiff King filed his consent to join on January 30, 2009.

82.     During the class period, Plaintiff William King resided in Decatur, Tennessee. Plaintiff King filed his consent to join on February 2, 2009.

11

Case 1:08-cv-00413-WCG  Document 273  Filed 09/06/07/30  Page 14 of 11-80

83.     During the class period, Plaintiff Winston King resided in Athens, Tennessee. Plaintiff King filed his consent to join on January 30, 2009.

84.     During the class period, Plaintiff Billy Kinser resided in Sweetwater, Tennessee. Plaintiff Kinser filed his consent to join on June 27, 2008.

85.     During the class period, Plaintiff Jeremy Kirkland resided in Benton, Tennessee. Plaintiff Kirkland filed his consent to join on January 26, 2009.

86.     During the class period, Plaintiff Ralph Leight resided in Etowah, Tennessee. Plaintiff Leight filed his consent to join on February 3, 2009.

87.     During the class period, Plaintiff John Linder, Sr. resided in Athens, Tennessee. Plaintiff Linder filed his consent to join on February 2, 2009.

88.     During the class period, Plaintiff Larry Locke resided in Englewood, Tennessee. Plaintiff Locke filed his consent to join on March 9, 2009.

89.     During the class period, Plaintiff Danny Lovingood resided in Madisonville, Tennessee. Plaintiff Lovingood filed his consent to join on February 17, 2009.

90.     During the class period, Plaintiff Russell Mahery resided in Athens, Tennessee. Plaintiff Mahery filed his consent to join on January 26, 2009.

91.     During the class period, Plaintiff Josh Maroon resided in Benton, Tennessee. Plaintiff Maroon filed his consent to join on February 2, 2009.

92.     During the class period, Plaintiff Johnny Martin resided in Athens, Tennessee. Plaintiff Martin filed his consent to join on January 26, 2009.

12

93.     During the class period, Plaintiff RV McCann resided in Cleveland, Tennessee. Plaintiff McCann filed his consent to join on January 26, 2009.

94.     During the class period, Plaintiff Chasity McDermott resided in Athens, Tennessee. Plaintiff McDermott filed her consent to join on February 2, 2009.

95.     During the class period, Plaintiff Jason McKenzie resided in Cleveland, Tennessee. Plaintiff McKenzie filed his consent to join on July 9, 2008.

96.     During the class period, Plaintiff Mark McKenzie resided in Cleveland, Tennessee. Plaintiff McKenzie filed his consent to join on January 26, 2009.

97.     During the class period, Plaintiff Michael Merrell resided in Tellico Plains, Tennessee. Plaintiff Merrell filed his consent to join on January 26, 2009.

98.     During the class period, Plaintiff Terrence Monnette resided in Tennessee and Wisconsin. Plaintiff Monnette filed his consent to join on June 4, 2008.

99.     During the class period, Plaintiff Anthony Montes resided in Sweetwater, Tennessee. Plaintiff Montes filed his consent to join on February 13, 2009.

100.    During the class period, Plaintiff Rodney Mooney resided in Etowah, Tennessee. Plaintiff Mooney filed his consent to join on February 6, 2009.

101.    During the class period, Plaintiff Clinton Moore resided in Niota, Tennessee. Plaintiff Moore filed his consent to join on August 12, 2008.

102.    During the class period, Plaintiff Jeremy Moore resided in Etowah, Tennessee. Plaintiff Moore filed his consent to join on January 26, 2009.

103.    During the class period, Plaintiff Randal Morgan resided in Englewood, Tennessee. Plaintiff Morgan filed his consent to join on February 23, 2009.

13

104. During the class period, Plaintiff James Moses resided in Athens, Tennessee. Plaintiff Moses filed his consent to join on February 2, 2009.

105. During the class period, Plaintiff Edward Moss resided in Cleveland, Tennessee. Plaintiff Moss filed his consent to join on January 26, 2009.

106. During the class period, Plaintiff Ricardo Munoz resided in Athens, Tennessee. Plaintiff Munoz filed his consent to join on January 26, 2009.

107. During the class period, Plaintiff Jeremy Murphy resided in Etowah, Tennessee. Plaintiff Murphy filed his consent to join on February 2, 2009.

108. During the class period, Plaintiff Glen Nadella resided in Etowah, Tennessee. Plaintiff Nadella filed his consent to join on February 9, 2009.

109. P During the class period, laintiff Derrick Neeley resided in Athens, Tennessee. Plaintiff Neeley filed his consent to join on March 5, 2009.

110. During the class period, Plaintiff Matt Nichols resided in Athens, Tennessee. Plaintiff Nichols filed his consent to join on September 22, 2008.

111. During the class period, Plaintiff Christopher Norman resided in Englewood, Tennessee. Plaintiff Norman filed his consent to join on March 9, 2009.

112. During the class period, Plaintiff William Omohundro resided in Crossville, Tennessee. Plaintiff Omohundro filed his consent to join on February 9, 2009.

113. During the class period, Plaintiff James Patrick resided in Athens, Tennessee. Plaintiff Patrick filed his consent to join on January 26, 2009.

114. During the class period, Plaintiff Raymond Payne resided in Knoxville, Tennessee. Plaintiff Payne filed his consent to join on January 26, 2009.

14

115. During the class period, Plaintiff Zachery Payne resided in Tellico Plains, Tennessee. Plaintiff Payne filed his consent to join on February 2, 2009.

116. During the class period, Plaintiff Daniel Pendergrass resided in Loudon, Tennessee. Plaintiff Pendergrass filed his consent to join on February 13, 2009.

117. During the class period, Plaintiff Dee Pierce resided in Randleman, North Carolina. Plaintiff Pierce filed his consent to join on January 27, 2009.

118. During the class period, Plaintiff Annette Pierson resided in Decatur, Tennessee. Plaintiff Pierson filed her consent to join on February 20, 2009.

119. During the class period, Plaintiff Jeffrey Pierson resided in Decatur, Tennessee. Plaintiff Pierson filed his consent to join on February 20, 2009.

120. During the class period, Plaintiff Jeremy Pierson resided in Tennessee and Wisconsin. Plaintiff Pierson filed his consent to join on February 11, 2009.

121. During the class period, Plaintiff Justin Pierson resided in Decatur, Tennessee. Plaintiff Pierson filed his consent to join on February 20, 2009.

122. During the class period, Plaintiff James Plemons resided in Englewood, Tennessee. Plaintiff Plemons filed his consent to join on February 17, 2009.

123. During the class period, Plaintiff Michael Plemons resided in Englewood, Tennessee. Plaintiff Plemons filed his consent to join on February 2, 2009.

124. During the class period, Plaintiff Douglas Richards resided in Madisonville, Tennessee. Plaintiff Richards filed his consent to join on February 26, 2009.

125. During the class period, Plaintiff Jason Richards resided in Athens, Tennessee. Plaintiff Richards filed his consent to join on January 26, 2009.

15

Case 1:08-cv-00893-WCG Document 273 Filed 09/07/10 Page 15 of 180

126.   During the class period, Plaintiff Domico Riley resided in Williamsburg, Kentucky.  Plaintiff Riley filed his consent to join on January 26, 2009.

127.   During the class period, Plaintiff Charlie Rogers resided in Knoxville, Tennessee.  Plaintiff Rogers filed his consent to join on February 3, 2009.

128.   During the class period, Plaintiff David Rudy resided in Riceville, Tennessee.  Plaintiff Rudy filed his consent to join on January 26, 2009.

129.   During the class period, Plaintiff Matthew Silvers resided in Madisonville, Tennessee.  Plaintiff Silvers filed his consent to join on January 30, 2009.

130.   During the class period, Plaintiff Tony Sloop resided in Niota, Tennessee. Plaintiff Sloop filed his consent to join on March 5, 2009.

131.   During the class period, Plaintiff Richard Smith resided in Athens, Tennessee.  Plaintiff Smith filed his consent to join on July 21, 2008.

132.   During the class period, Plaintiff Wendell Smith resided in Etowah, Tennessee.  Plaintiff Smith filed his consent to join on January 23, 2009.

133.   During the class period, Plaintiff Goldman Smith, Jr. resided in Decatur, Tennessee.  Plaintiff Smith filed his consent to join on February 9, 2009.

134.   During the class period, Plaintiff Ronnie Smithers, Jr. resided in Etowah, Tennessee.  Plaintiff Smithers filed his consent to join on January 26, 2009.

135.   During the class period, Plaintiff James Smyth, Jr. resided in Englewood, Tennessee.  Plaintiff Smyth filed his consent to join on January 26, 2009.

136.   During the class period, Plaintiff Richard Squires resided in Sweetwater, Tennessee.  Plaintiff Squires filed his consent to join on February 3, 2009.

16

137. During the class period, Plaintiff Brian Steele resided in Riceville, Tennessee. Plaintiff Steele filed his consent to join on January 29, 2009.

138. During the class period, Plaintiff Michael Stephens resided in Cleveland, Tennessee. Plaintiff Stephens filed his consent to join on January 26, 2009.

139. During the class period, Plaintiff Jeffrey Stewart resided in Benton, Tennessee. Plaintiff Stewart filed his consent to join on March 5, 2009.

140. During the class period, Plaintiff Kenny Stokes resided in Athens, Tennessee. Plaintiff Stokes filed his consent to join on March 12, 2009.

141. During the class period, Plaintiff Carl Sutton resided in Athens, Tennessee. Plaintiff Sutton filed his consent to join on January 26, 2009.

142. During the class period, Plaintiff Danny Swafford resided in Riceville, Tennessee. Plaintiff Swafford filed his consent to join on January 29, 2009.

143. During the class period, Plaintiff Russell Todd resided in Etowah, Tennessee. Plaintiff Todd filed his consent to join on February 9, 2009.

144. During the class period, Plaintiff Christopher Towns resided in Statesboro, Georgia. Plaintiff Towns filed his consent to join on February 20, 2009.

145. During the class period, Plaintiff John Turpeinen, Jr. resided in Birchwood, Tennessee. Plaintiff Turpeinen filed his consent to join on January 26, 2009.

146. During the class period, Plaintiff Jason VanHoose resided in Decatur, Tennessee. Plaintiff VanHoose filed his consent to join on August 28, 2008.

147. During the class period, Plaintiff Donnie Vaughn, Jr. resided in Etowah, Tennessee. Plaintiff Vaughn filed his consent to join on July 31, 2008.

17

148. During the class period, Plaintiff Edgar Walden resided in Niota, Tennessee. Plaintiff Walden filed his consent to join on January 26, 2009.

149. During the class period, Plaintiff Marcus Whittaker, II resided in Cleveland, Tennessee. Plaintiff Whittaker filed his consent to join on January 26, 2009.

150. During the class period, Plaintiff Stephen Williams resided in Athens, Tennessee. Plaintiff Williams filed his consent to join on January 26, 2009.

151. During the class period, Plaintiff James Wolfe resided in Athens, Tennessee. Plaintiff Wolfe filed his consent to join on February 26, 2009.

152. During the class period, Plaintiff Tod Wooldridge resided in Riceville, Tennessee. Plaintiff Wooldridge filed his consent to join on March 9, 2009.

153. Defendant is a Wisconsin corporation with its principal place of business in Waupaca, Wisconsin. Defendant is the successor in interest to ThyssenKrupp Waupaca, Inc.

154. Defendant is a foundry specializing in supplying numerous industries with cast metal products.

## JURISDICTION AND VENUE

155. Jurisdiction over the Plaintiffs' federal claims is based upon Section 16(b) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. § 216 and 29 U.S.C. §§ 1331 and 1337.

156. This Court is empowered to issue a declaratory judgment under 28 U.S.C. §§ 2201 and 2202.

18

157. The Eastern District of Tennessee, Chattanooga Division, has personal jurisdiction over Defendant because Defendant does business in Tennessee and in this District, and because many of the acts complained of and giving rise to the claims alleged occurred or are occurring in this District.

158. Venue is proper because Defendant resides in this District and because a substantial part of the events or omissions giving rise to the claims alleged occurred in this District.

## FACTUAL ALLEGATIONS

159. Upon information and belief, Defendant operates six ferrous foundries in Tell City, Indiana, Etowah, Tennessee, Marinette, Wisconsin, and Waupaca, Wisconsin, which serve numerous industries, such as agriculture, automotive, construction, and power tools. Between its six foundries, Defendant employs approximately 4,000 people. Defendant produces gray, ductile, and compacted graphite iron castings.

160. Defendant is a member of a highly regulated industry, and is subject to the scrutiny of federal and state environmental and occupational work safety agencies and administrative regulations, which require, among other things, that Defendant provide proper environmental controls to ensure worker safety and the means for workers to protect themselves from the dangers presented by their jobs.

161. Foundry workers at Defendant's foundries are nonexempt hourly employees, and the work performed by these Plaintiff employees is nonexempt work.

162. Defendant has not compensated its nonexempt employees for all hours worked as required by law.

19

A.     Defendant has not paid its nonexempt employees full overtime compensation for the hours worked as required by law.

B.     Defendant refuses to fully compensate its foundry employees for the time spent at the beginning of shifts donning and doffing safety and personal protective gear and equipment that protects them from the strenuous and dangerous work conditions at its foundries, including but not limited to steel-toed boots with metatarsal shield protection, safety glasses, ear protection, flame-retardant uniforms, face shield, fire retardant leather gloves, and hard hats, and at the end of shifts for removing and returning these same items; such time is necessary and indispensable to the foundry worker's jobs.

C.     Defendant also does not compensate its foundry workers for time spent showering after their shifts, time which is necessary and indispensable to their work, as the employees work with toxic or corrosive chemicals, and are exposed to silica and other foundry dusts that adhere to the skin and clothing, presenting a health hazard to the employees and any family members who come into contact with them.

D.     Additionally, Defendant does not compensate its nonexempt workers for time spent walking to and from changing areas and the production floor.

E.     Failing to pay these employees overtime pay for time spent donning and doffing gear and equipment, showering, and walking to and from the production floor at the foundries violates the applicable law.

20

Case 1:08-cv-00483-WCG   Document 1   Filed 09/06/07   Page 20 of 180

163.  Defendant did not exercise good faith in willfully failing to fully compensate its employees under the FLSA.  Defendant consciously excluded from "hours worked" the time spent by foundry employees donning and doffing gear and equipment, showering, and walking to and from the production floor at the foundries.

164.  Defendant's practices violate the laws pled herein.  Plaintiffs equitable relief, overtime compensation for all overtime work required, suffered or permitted by Defendant, liquidated, or other damages and penalties permitted by applicable law, interest, and attorneys' fees and costs.

## COLLECTIVE ACTION ALLEGATIONS

165.  Plaintiffs' first cause of action is brought under Section 16(b) of the FLSA, 29 U.S.C. § 216(b), as a collective action on behalf of the FLSA Class.

166.  The Named Plaintiffs and members of the FLSA Class are similarly situated in that they have substantially similar job requirements and pay provisions, are subject to Defendant's common practice, policy, or plan of unlawfully failing to pay for all hours worked, including pay at overtime rates.

167.  The names and addresses of the FLSA Class are available from Defendant's records.   The last collective action notice was disseminated in 2009, and no notice has been sent since that date. An updated notice, informing similarly situated employees that this action is pending, should be provided to the FLSA Class via both first class mail and by posting in Defendant's foundries as soon as possible.

Case 1:08-cv-01893-WCG   Document 273   Filed 09/07/10   Page 24 of 180

## FIRST CAUSE OF ACTION
## VIOLATION OF THE FAIR LABOR STANDARDS ACT OF 1938

168.    Plaintiffs re-allege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

169.    The FLSA regulates, among other things, the payment of all hours worked, including overtime pay by employers whose employees are engaged in commerce, or engaged in the production of goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce. 29 U.S.C. § 207(a)(1). Defendant is, and was, subject to the pay requirements of the FLSA, because it is an enterprise engaged in commerce and its employees are engaged in commerce.

170.    FLSA requires employers to pay employees for all hours in which the employee is suffered or permitted to work, including preparatory and concluding time. Hours worked includes time spent preparing for and concluding shifts, *i.e.*, time spent showering and donning and doffing safety and personal protective clothing and equipment, as well as donning and doffing before and after meal and other breaks. These types of activities are integral and indispensable parts of Defendant's employees' jobs.

171.    Section 7(a)(1) of the FLSA, 29 U.S.C. § 207(a)(1), requires employers to pay non-exempt employees who work longer than 40 hours in a workweek overtime rates for hours worked in the workweek in excess of 40 hours. Defendant's employees, including the Named Plaintiffs, regularly worked more than 40 hours per week. Defendant violated the FLSA by requiring foundry employees to perform compensable work in excess of 40 hours without proper compensation.

22

172.   By failing to keep, record, report or preserve records of hours worked by the Named Plaintiffs and members of the FLSA Class, Defendant has failed to make, keep, and preserve records with respect to each of its employees sufficient to determine their wages, hours, and other conditions and practices of employment, in violation of 29 U.S.C. § 201 et seq.

173.   Members of the FLSA Class are entitled to damages equal to the amount of all uncompensated time, including overtime premium pay within the three years preceding the filing of this complaint, plus periods of equitable tolling.   Defendant's failure to pay overtime to members of the FLSA Class was "willful" within the meaning of Section 6(a) of the Portal-to-Portal Pay Act, as amended, 29 U.S.C. § 255(a), because Defendant did not act in good faith in failing to pay proper overtime pay, and had no reason to believe that its failure to do so was not a violation of the FLSA, within the meaning of Section 11 of the Portal-to-Portal Pay Act, as amended, 29 U.S.C. § 260. Accordingly, the FLSA Class is entitled to an award of liquidated damages in an amount equal to the amount of unpaid overtime pay described above, pursuant to Section 16(b) of the FLSA.   Alternatively, should the Court find that Defendant did not act willfully in failing to pay overtime pay, the FLSA Class is entitled to an award of prejudgment interest at the applicable legal rate.

174.   Plaintiffs also seek reasonable attorneys' fees and costs, to be paid by Defendant, as provided by Section 16(b) of the FLSA, 29 U.S.C. § 216(b).

23

## SECOND CAUSE OF ACTION
## COMMON LAW BREACH OF CONTRACT

175.   Plaintiffs re-allege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

176.   As at-will employees, the Named Plaintiffs and members of the Tennessee Class are entitled to compensation for all time they work, as consideration for the services they provide to Defendant.

177.   Defendant promises its employees, at the time employees are hired, that they will be compensated at specified hourly base rates, plus piecework, for the hours they work.  Defendant also promises its employees, at times during their employment, that they will be given additional consideration, in the form of raises or shift differentials, for the hours they work.  The specified hourly base rates provide the basis for calculating the overtime compensation owed the Named Plaintiffs and members of the Tennessee Class.

178.   Defendant breached the terms of the employment agreements by failing to provide the Named Plaintiffs and the Tennessee Class with full payment based upon all of the hours they worked.

179.   Defendant is liable to the Named Plaintiffs and the Class for damages incurred as a result of its breach.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiffs, on behalf of themselves and all members of the FLSA Class, pray for relief as follows:

24

1.      Designation of this action as a collective action on behalf of the proposed FLSA Class and prompt issuance of notice to all similarly situated members, apprising them of the pendency of this action, and permitting them to assert timely FLSA claims by filing individual Consents to Sue;

2.      A declaratory judgment that the practices complained of herein are unlawful under the FLSA;

3.      An award of damages, according to proof, including liquidated damages, to be paid by Defendant;

4.      Costs of the action incurred herein, including expert fees;

5.      Attorneys' fees, including fees pursuant to 29 U.S.C. § 216;

6.      Pre- and post-judgment interest, as provided by law; and

7.      For any other and further relief the Court may deem just or equitable.


Dated: _9/5_____, 2017                 Respectfully Submitted,

                                       **LARSON ● KING, LLP**


                                       By:_T · Y_____
                                       T. Joseph Snodgrass (admitted pro hac)
                                       Kelly A. Lelo (MN#330838)
                                       2800 Wells Fargo Place
                                       30 E. Seventh Street
                                       St. Paul, MN  55101
                                       Telephone: (651) 312-6510


25

David W. Garrison
**BARRETT JOHNSTON MARTIN &
GARRISON, LLC**
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN  37219
Telephone: (615) 244-2202

J. Gordon Rudd, Jr. (MN#222082)
**ZIMMERMAN REED, L.L.P.**
1100 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400

*ATTORNEYS FOR PLAINTIFFS*

1644939

Case 1:08-cv-01883-WCG Document 9-7 Filed 09/07/10 Page 26 of 180

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    Jason      George      Allen
                      First          Middle        Last

Address:*   P.O. Box 343
         No.          Street, Road, Route, Etc.       Apt., Lot, Suite No.

      Benton        TN       37307
      City          State       Zip Code

Home Telephone:* (423) 650 5548    Work Telephone:* (    )

E-mail (if applicable):

Name & Phone Number of Alternative Contact Person: LEE ALLEN    423 338 8173

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Jason Allen_        Date: 1-22 08

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Brian</u>     <u>Mathew</u>     <u>Allyn</u>
                    First                  Middle                Last

Address:* <u>307</u>     <u>Fisher St</u>    
        No.          Street, Road, Route, Etc.         Apt., Lot, Suite No.

<u>Athens</u>     <u>TN</u>     <u>37303</u>
   City          State        Zip Code

Home Telephone:* <u>(423) 381 - 9129</u> Work Telephone:* ( ) <u>N/A</u>

E-mail (if applicable): <u>ALLYNBRIAN@comcast.net</u>

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>Brian M. Allyn</u>          Date: <u>01/21/09</u>

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* GARY L BAIN
First              Middle                Last

Address:* 723 Pennsylvania Avenue
No.    Street, Road, Route, Etc.    Apt., Lot, Suite No.

Etowah, Tennessee 37331
City    State    Zip Code

Home Telephone:* (423) 263-6610    Work Telephone:* (423) 263-6000

E-mail (if applicable): —

Name & Phone Number of Alternative Contact Person: 423-506-1597

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Gary L. Bain    Date: 2-6-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    Karl        Odell        Bain
                        First           Middle         Last

Address:*    404    Bill st. 
           No.          Street, Road, Route, Etc.       Apt., Lot, Suite No.

         Bayboro         NC        28515
          City          State       Zip Code

Home Telephone:* (423) 920 - 1456     Work Telephone:* ( )

E-mail (if applicable): Clydebein @ yahoo.com

Name & Phone Number of Alternative Contact Person: Lisa Bain (252) 229 - 3221

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Karl Bain                 Date: 2-10-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _TRAVIS_ _WAYLON_ _BARNETT_
  First   Middle   Last

Address:* _47_ _GLENN Drive_ _____
  No.   Street, Road, Route, Etc.   Apt., Lot, Suite No.

_MADiSONViLLE_ _TENN_ _37354_
  City   State   Zip Code

Home Telephone:* (   )   Work Telephone:* (   )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _ANN BARNETT 423-404-1193_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Travis Waylon Barnett_   Date: _1-29-09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*   Michael    A    Bartlett
                   *First*           *Middle*         *Last*

Address:*   159   Co Rd 650
        *No.*       *Street, Road, Route, Etc.*       *Apt., Lot, Suite No.*

       Etowah      TN      37331
       *City*         *State*       *Zip Code*

Home Telephone:*   (423) 263·3400    Work Telephone:*   ( )

E-mail (if applicable):

Name & Phone Number of Alternative Contact Person:   Melissa   423 507 3079

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:   *Michael Bartlett*           Date:   2/1·09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* MATTHEW LAWRENCE BAWGUS
                        First        Middle              Last

Address:* 869 BENTON STATION RD
           No.   Street, Road, Route, Etc.   Apt., Lot, Suite No.

           BENTON        TN        37307
           City          State     Zip Code

Home Telephone:* (423) 338-5141    Work Telephone:* (423) 385-5911

E-mail (if applicable): CBAWGUS @ AOL. Com

Name & Phone Number of Alternative Contact Person: CONNIE BAWGUS 423-385-5685

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: *Matthew Bawgus*          Date: 02-01-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Jody__ __Fred__ __Baxter Jr__
                        *First*               *Middle*               *Last*

Address:* __190 Parker Dr. NE__
        *No.*        *Street, Road, Route, Etc.*        *Apt., Lot, Suite No.*

        __Cleveland__ __TN__ __37323__
            *City*           *State*        *Zip Code*

Home Telephone:* __423 424·6184__ Work Telephone:* __423 6014 1000__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __Natalie Baxter 423-504-5130__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __Jody J Baxter Jr.__ Date: __1-20-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Charles    Tyrone    Billingsley
                     *First*           *Middle*           *Last*

Address:* P.O. Box 178 / 176 County Road 629
         *No.*       *Street, Road, Route, Etc.*      *Apt., Lot, Suite No.*

        Etowah        TN       37331
         *City*          *State*       *Zip Code*

Home Telephone:* (423) 333-5601 Work Telephone:* (423) 333-5601

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Angela Billingsley (423) 263-5315

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____ Date: 1-21-2009

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___Ames___ (First) ___Adair___ (Middle) ___Billingsley___ (Last)

Address:* ___621___ (No.) ___Co Rd 571___ (Street, Road, Route, Etc.) _____ (Apt., Lot, Suite No.)

___Englewood___ (City) ___Tn.___ (State) ___37329___ (Zip Code)

Home Telephone:* ___(423) 649 - 0388___   Work Telephone:* ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: ___Angela Billingsley 423] 263.5815___

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: ___James Billingsley___   Date: ___1-22-09___

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Michael     O'Brien     Black
       First        Middle        Last

Address:* 549   Circle St.
    No.     Street, Road, Route, Etc.     Apt., Lot, Suite No.

    Madisonville     Tn.     37354
    City     State     Zip Code

Home Telephone:* (423) 442-5422    Work Telephone:* (423) 253-5393

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Michelle Diggs (805) 213-8200
                                                       Ext. 456

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Michael Black        Date: 2-1-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Timothy _____ Lewis _____ Bodrout
               First            Middle           Last

Address:* 711 Hamby St. Lot 1# _____ LOT 1##
      No.         Street, Road, Route, Etc.     Apt. (Lot) Suite No.

         Athens: _____ TNN _____ 37303
         City          State       Zip Code

Home Telephone:* (423) 744-142     Work Telephone:* (423) 435-3340

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Bill Baxter 920-2576

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Timothy L Bodrout          Date: 1-26-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca.* I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* William    Loren    Braden
                                    *First*                 *Middle*             *Last*

Address:* 121    CR  451
         *No.*        *Street, Road, Route, Etc.*        *Apt., Lot, Suite No.*

Athens    TN    37303
     *City*        *State*        *Zip Code*

Home Telephone:* (423) 745-7057  (423) 780-9412    Work Telephone:* (423) 331-8711

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Kyle Atkins "Father" 423-435-3609

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____          Date: 2-20-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Matthew</u>    <u>Scott</u>    <u>Brinkley</u>
                         First              Middle           Last

Address:* <u>1106</u>    <u>Ohio Ave</u>    <u></u>
            No.        Street, Road, Route, Etc.    Apt, Lot, Suite No.

<u>Etowah</u>    <u>TN</u>    <u>37331</u>
  City           State      Zip Code

Home Telephone:* <u>(423) 368 - 0958</u>    Work Telephone:* <u>(423) 472 - 3371</u>

E-mail (if applicable): <u>matt.217@hotmail.com</u>

Name & Phone Number of Alternative Contact Person: <u>Christie Brinkley    (423) 368 - 1209</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>Matthew B.</u>    Date: <u>1-20-08</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _William_ _____ _Henry_ _____ _BRock_

                       *First*                         *Middle*                   *Last*

Address:* _122 Kimbrough Street_ _____

         *No.*         *Street, Road, Route, Etc*                 *Apt., Lot, Suite No.*

        _Etowah_ _____ _TN_ _____ _37331_

         *City*              *State*            *Zip Code*

Home Telephone:* _(423) 506-2537_    Work Telephone:* _(423) 263-6000_

E-mail (if applicable): _N/A_

Name & Phone Number of Alternative Contact Person: _N/A_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _William H. Brock_              Date: _1/20/09_

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

Shannon E. Bromagen
Name

P.O. Box 771 / 132 Commerce St.
Address

Benton Tn. 37307
City State Zip

(423) 338-8347 / (317) 695-5938
Phone Cell.

Signature

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Holly</u> <u>Renea</u> <u>Bryan</u>
                    *First*                    *Middle*                 *Last*

Address:* <u>257 Co. Rd. 792 Etowah, TN. 37331</u>
      *No.*       *Street, Road, Route, Etc.*       *Apt., Lot, Suite No.*

       <u>Etowah</u>      <u>TN.</u>      <u>37331</u>
       *City*         *State*       *Zip Code*

Home Telephone:* <u>(423) 263-4370</u>   Work Telephone:* <u>( ) NA</u>

E-mail (if applicable): <u>NA</u>

Name & Phone Number of Alternative Contact Person: <u>James or Joye Bryan (423) 263-9287</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>Holly Bryan</u>        Date: <u>1-21-09</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __William__ __Travis__ __Calhoun__
                          *First*          *Middle*         *Last*

Address:* __305 E. Farrell St.__
           *No.*   *Street, Road, Route, Etc.*      *Apt., Lot, Suite No.*

__Niota__      __TN__          __37826__
*City*          *State*         *Zip Code*

Cell
Home Telephone:* __(423) 435-4213__  Work Telephone:* __(423) 263-6000__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __Denise Calhoun (423) 435-4212__

*Required field. Information will be used solely for purposes of this lawsuit.*

                          William Calhoun
Signature: __Denise Calhoun__                Date: __1-30-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Christopher_ _____ _James_ _____ _Case_
                               *First*                  *Middle*                 *Last*

Address:* _3441_ _HuGttes RD SE_ _____
       *No.*            *Street, Road, Route, Etc.*          *Apt., Lot, Suite No.*

         _Cleveland_    _TN_    _37323_
           *City*           *State*        *Zip Code*

Home Telephone:* _(423) 728·5499_    Work Telephone:* _(   )_

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _Sonya Case 423 728 5499_

*\*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Christopher Case_        Date: _1-23-09_

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___Justin___ ___Dean___ ___Cook___
First       Middle       Last

Address:* ___1928___ ___Co. Road 700,___ _____
No.      Street, Road, Route, Etc.      Apt., Lot, Suite No.

___Riceville,___ ___TN.___ ___37370___
City      State      Zip Code

Home Telephone:* ___(423)453-0647___ Work Telephone:* ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: ___Christina Cook (wife) 423-368-4113___

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: ___Justin Cook___ Date: ___Jan 21- 2009___

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Jimmie Lee Couch
         *First*         *Middle*        *Last*

Address:* 252 Crowe Hill Circle
     *No.*    *Street, Road, Route, Etc.*    *Apt., Lot, Suite No.*

Benton TN 37307
*City*    *State*    *Zip Code*

Home Telephone:* 423 331-8796 Work Telephone:* ( ) N/A

E-mail (if applicable): tennille-couch-yahoo.com

Name & Phone Number of Alternative Contact Person: Sharon Coppinger 423-338-1539

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Jimmie Couch    Date: 1-20-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Michael_ _John_ _Courtney_
    First          Middle          Last

Address:* _596 Old Mine Rd._
    No.    Street, Road, Route, Etc.    Apt., Lot, Suite No.

_Sweetwater_    _TN_    _37874_
    City         State      Zip Code

Home Telephone:* _(865) 715-2918_    Work Telephone:* _(865) 719-2918_

E-mail (if applicable): _mjcourtneysr@hotmail.com_

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _[signature]_    Date: _2-26-09_

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402



Mr. Courtney
540 Old Mine Rd.
Sweetwater, TN 37874

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

RECD MAR 09 2009

55402+1646

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Timothy__ __Nathan__ __Crisp__
                             First               Middle               Last

Address:* __300__ __Withrow Rd__
             No.        Street, Road, Route, Etc.         Apt., Lot, Suite No.

__McDonald__ __TN__ __37353__
        City          State         Zip Code

Home Telephone:* __(423) 790-4639__ Work Telephone:* __(4)3 790-4166__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __Leon Crisp 1-751-779-4214__

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _____ Date: __1-22-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Wesley_ ___ _Shawn_ ___ _Cronan_
                                   _First_               _Middle_          _Last_

Address:* _P.O. Box 415_ ___ _139 Park Circle_
           _No._          _Street, Road, Route, Etc._      _Apt., Lot, Suite No._

_Benton_ ___ _Tenn_ ___ _37307_
_City_              _State_          _Zip Code_

Home Telephone:* _(423) 338-3955_ Work Telephone:* ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _(423) 584-2713_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Wesley S. Cronan_    Date: _Jan 21, 2009_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Murle_ _Lynn_ _Crowe_
                             *First*             *Middle*                   *Last*

Address:* _3074 Co. Rd. 700_
           *No.*          *Street, Road, Route, Etc.*        *Apt., Lot, Suite No.*

          _Riceville_      _Tenn._     _37370_
           *City*              *State*         *Zip Code*

Home Telephone:* _(423) 336-1523_ Work Telephone:* (  )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _Sue Crowe (423) 435-5235_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Murle Lynn Crowe_       Date: _1-20-09_

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

ThyssenKrupp Waupaca Case Consent to Participate
E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __EDWARD__ __"Scott"__ __Curtis__
                        First              Middle            Last

Address:* __212 Co Rd 520__
           No.        Street, Road, Route, Etc.        Apt., Lot, Suite No.

__ENGLEWOOD__ __TN__ __37329__
City              State        Zip Code

Home Telephone:* __(423) 887-5180__    Work Telephone:* __(   )__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: __Edward Scott Cx__              Date: __3-3-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

CHATTANOOGA
TN 374 1 T
0⁵ MAR 2009 PM

REC'D MAR 09 2009

ZIMMERMAN REED



## BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 26979    MINNEAPOLIS MN

POSTAGE WILL BE PAID BY ADDRESSEE

J. GORDON RUDD, JR.
ZIMMERMAN REED PLLP
651 NICOLLET MALL STE 501
MINNEAPOLIS MN 55402-9615



# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* JOHN     PHILLIP     DANIEL
     *First*      *Middle*      *Last*

Address:* 5124    CREEKBEND CIR.
   *No.*     *Street, Road, Route, Etc.*     *Apt., Lot, Suite No.*

   CLEVELAND   TN    37312
   *City*     *State*     *Zip Code*

Home Telephone:* (423)650-6776    Work Telephone:* (423) 472-1732

E-mail (if applicable): N/A

Name & Phone Number of Alternative Contact Person: CLARISSA SCHMIDT

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: *John Phillip Daniel*    Date: 1/22/09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Eugene_ (NMN) _Davidson Jr_
   First        Middle            Last

Address:* _531_ _Meadowview Ln_ _____
   No.   Street, Road, Route, Etc.    Apt., Lot, Suite No.

_Madisonville_ _TN_ _37354_
   City        State        Zip Code

Home Telephone:* _(423) 836-1071_ Work Telephone:* ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _Lewis Brock (423) 442-5529_

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _____ Date: _2-3-09_

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

Jacob Day
Name

418 Bohannon RD.
Address

Cleveland                TN.                37323
City            State            Zip

(423) 333-9505
Phone

Signature

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Adam__ __Steven__ __Derrick__
                                         *First*                      *Middle*                    *Last*

Address:* __1117__ __Jones Street__
          *No.*         *Street, Road, Route, Etc.*              *Apt., Lot, Suite No.*

__Athens__ __TN__ __37303__
     *City*             *State*           *Zip Code*

Home Telephone:* __(423) 745 - 2696__   Work Telephone:* __( ) NA__

E-mail (if applicable): __acjbr5@comcast.net__

Name & Phone Number of Alternative Contact Person: __(423) 381- 2032__ __(Christi Derrick)__

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: __Adam S. Derrick__      Date: __1-20-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    HEATH      DAVID      DERRICK
                         *First*             *Middle*           *Last*

Address:*    131 CR 256
        *No.*        *Street, Road, Route, Etc.*        *Apt., Lot, Suite No.*

       Niota          TN          37826
       *City*          *State*          *Zip Code*

Home Telephone:*   (423) 745-5084   Work Telephone:*   ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person:   DAVID DERRICK

*Required field. Information will be used solely for purposes of this lawsuit.*    423-368-1878

Signature:   *Heath Rile*        Date:   1/30/09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __David__ (First) __Lee__ (Middle) __Desgranges__ (Last)

Address:* __2709 Henderson Ave__
No. / Street, Road, Route, Etc. / Apt., Lot, Suite No.

__Cleveland__ (City) __TN__ (State) __37312__ (Zip Code)

Home Telephone:* __(423) 506-8837__   Work Telephone:* __(423) 263-6000__

E-mail (if applicable): __daviddesgranges2005@hotmail.com__

Name & Phone Number of Alternative Contact Person: __Dusty Desgranges   423-368-5854__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____   Date: __1-28-08__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

Shane A. DeVine
Name

759 Ballplayschool Rd
Address

Tellico Plains     Tn.          37385
City                State         Zip

(423) 253-2603
Phone

Shane A. DeVine
Signature

Case 1:08-cv-00488-WCG   Document 25   Filed 09/07/10   Page 61 of 180

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*  _Montazz_  _A._  _Dickey_
                             *First*                    *Middle*               *Last*

Address:*  _1203 Victory St._
         *No.*        *Street, Road, Route, Etc.*        *Apt., Lot, Suite No.*

                _Cleveland,_    _TN._    _37311_
                 *City*               *State*          *Zip Code*

Home Telephone:*  _(423) 479-4097_    Work Telephone:*  _(  )_

E-mail (if applicable):  _____

Name & Phone Number of Alternative Contact Person:  _Father, Michael L. Dickey (423)715-2304_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:  _Montazz A. Dickey_          Date:  _2-10-09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Joshua</u> <u>Swain</u> <u>Doss</u>
                             First                     Middle             Last

Address:* <u>3629</u> <u>Redland Road</u>
        No.          Street, Road, Route, Etc.        Apt., Lot, Suite No.

<u>Franklin</u> <u>GA</u> <u>30217</u>
    City            State          Zip Code

Home Telephone:* (706) 675 6279     Work Telephone:* (423) 298 - 1520

E-mail (if applicable): Jdoss1179@yahoo.com

Name & Phone Number of Alternative Contact Person: Lindsay Doss (423) 298-1567

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____      Date: 2/26/2009

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Anthony / First    Jason / Middle    Eaton / Last

Address:* 4410 / No.    County Rd. 705 / Street, Road, Route, Etc.    / Apt., Lot, Suite No.

Hixns / City    TN / State    37303 / Zip Code

Home Telephone:* (423) 453-0774    Work Telephone:* (423) 263-0000

E-mail (if applicable): jnjseaton960ool.com

Name & Phone Number of Alternative Contact Person: Jennifer Eaton (423)453.0775

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Anthony Jason Eaton    Date: 1·21·09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

**ThyssenKrupp Waupaca Case Consent to Participate**
**E.D Wis. Case No. 08-C-488**

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Christopher Douglas Ellis
First — Middle — Last

Address:* 224 Silvers Road
No. — Street, Road, Route, Etc. — Apt., Lot, Suite No.

OLD FORT TN. 37362
City — State — Zip Code

Home Telephone:* (423) 476-2675 Work Telephone:* (423) 463-1805

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Aliena Green 423 413-9505

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: Christopher D. Ellis Date: 1-20-2009

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___CALEB___ ___MICHAEL___ ___FARLEY___
   First                         Middle                    Last

Address:* __H.O. CO. 40.5.H__ _____ ___HOUSE___
   No.              Street, Road, Route, Etc.      Apt., Lot, Suite No.

__SMYRNA__ ___TENNESSEE___ ___37331___
   City                 State                 Zip Code

Home Telephone:* (423) 263-7357 Work Telephone:* ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __CREW FARLEY__ __212-263-9731__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____ Date: 2-14-2009

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Daniel</u> <u>Louis</u> <u>Francis</u>
                                  *First*                       *Middle*                   *Last*

Address:* <u>4803</u> <u>Three Creeks Rd</u>
        *No.*               *Street, Road, Route, Etc.*          *Apt., Lot, Suite No.*

<u>Gladys</u> <u>VA</u> <u>24554</u>
    *City*               *State*            *Zip Code*

Home Telephone:* <u>(540) 986-5725</u>    Work Telephone:* <u>(434) 316-5775</u>

E-mail (if applicable): <u>fear.9 @ Hotmail.Com</u>

Name & Phone Number of Alternative Contact Person: <u>Desirea Monroe (434) 376-1990</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _[signature]_            Date: <u>1-25-09</u>

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___David___ ___LaVerne___ ___Frantzen___
                                  First                Middle              Last

Address:* ___700___ ___Cumberland___ ___Ave___
          No.         Street, Road, Route, Etc.         Apt., Lot, Suite No.

           ___Athens___ ___TN.___ ___37303___
             City           State         Zip Code

Home Telephone:* (423) 506-2587    Work Telephone:* (423) 506-2587

E-mail (if applicable): durangeDave2000@yahoo.com

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: ___David L. Frant___        Date: 1/21/09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Paul     Richard     Fretz
    *First*     *Middle*     *Last*

Address:* 103 Kincaid Rd
    *No.*     *Street, Road, Route, Etc.*     *Apt., Lot, Suite No.*

Madisonville     TN     37354
    *City*     *State*     *Zip Code*

Home Telephone:* (423)420-3446     Work Telephone:* (423)261-5237

E-mail (if applicable): Ironman17@netzero.com

Name & Phone Number of Alternative Contact Person: Niki Fretz 423-261-5236

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Paul Fretz     Date: 1-21-09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

**ThyssenKrupp Waupaca Case Consent to Participate**
**E.D Wis. Case No. 08-C-488**

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Jimmie_ _Eugene_ _Gallaher_
                            First              Middle                    Last

Address:* _917 N. Ave._
          No.        Street, Road, Route, Etc.        Apt., Lot, Suite No.
          _Athens_          _Tn_          _37303_
          City                State             Zip Code

Home Telephone:* _(423) 435-5508_ Work Telephone:* ( ) _N/A_

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _N/A_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Jimmie E Gallaher_          Date: _1-21-09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

Randall E Gamble
Name

144 Co. Rd. 883
Address

Etowah ___ TN ___ 37331
City ___ State ___ Zip

(423) 263 9305
Phone

Randall E Gamble
Signature

Case 1:08-cv-00488-WCG   Document 70-2   Filed 09/07/10   Page 71 of 180

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Samuel</u>       <u>Trampas</u>      <u>Gatlin</u>
                              *First*                         *Middle*               *Last*

Address:* <u>111</u>     <u>Franklin dr.</u>
          *No.*        *Street, Road, Route, Etc.*       *Apt., Lot, Suite No.*

        <u>Benton</u>      <u>TN</u>      <u>37307</u>
           *City*          *State*        *Zip Code*

Home Telephone:* <u>(423) 338 - 7050</u>   Work Telephone:* ( )

E-mail (if applicable): <u>packtan 30 @ msn. com</u>

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: ~~Samuel T. Gatlin~~     Date: <u>2 - 2 - 2009</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*  Kenneth    J.    Gosnell
                            *First*                   *Middle*                  *Last*

Address:*  818  Oak Street    Apt. 218
          *No.*          *Street, Road, Route, Etc.*         *Apt., Lot, Suite No.*

      Kingsport    TN.    37660
         *City*          *State*         *Zip Code*

Home Telephone:*  (423) 863-9490    Work Telephone:*  (   )

E-mail (if applicable):

Name & Phone Number of Alternative Contact Person:  Benita Gosnell    423-453-0738

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:  Kenneth Gosnell    Date: 1-22-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

DWAINE A. GRAVES
Name

1617 HAMMER HILL RD.
Address

ATHENS, TN.        37303
City          State          Zip

(423) 745-5460
Phone

I am a current or former employee of ThyssenKrupp Waupaca.

Dwaine A. Graves
Signature

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* David E. Gray
First — Middle — Last

Address:* 115 Mountain Rd
No. — Street, Road, Route, Etc. — Apt., Lot, Suite No.

Tellico Plains TN. 37385
City — State — Zip Code

Home Telephone:* (423) 253-6482 Work Telephone:* (423) 404-263

E-mail (if applicable): Tiffys Dad65@aol.com

Name & Phone Number of Alternative Contact Person: 423-371-2677

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: David E. Gray          Date: 2-10-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Devin (Devin)__   __Tyler__   __Greene__
  First      Middle      Last

Address:* __1352 County Road 875__
  No.    Street, Road, Route, Etc.    Apt., Lot, Suite No.

__Etowah__   __TN__   __37331__
  City    State    Zip Code

Home Telephone:* __(423)263-0986__   Work Telephone:* __(423)462-1448__

E-mail (if applicable): __devin8995@peoplepc.com__

Name & Phone Number of Alternative Contact Person: __Annette McCaslin (423)-263-0986__

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: __Devin T. Greene__   Date: __1/26/2009__

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___Monte___ ___Edward___ ___Gregory___
 First                        Middle                      Last

Address:* ___162 Priscilla DR.___
 No.          Street, Road, Route, Etc.          Apt., Lot, Suite No.

___Ringgold___ ___GA___ ___30736.___
 City                    State              Zip Code

Home Telephone:* ___(423) 305-5585___ Work Telephone:* ___( )___

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: ___Joan Gregory   423-305-5585___

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: ___Monte Gregory___ Date: ___1-20-2009___

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Nathaniel_ _Bruce_ _Grinter_
First      Middle      Last

Address:* _404 North Nista Rd._
No.    Street, Road, Route, Etc.     Apt., Lot, Suite No.

_Englewood_ _TN_ _37329_
City      State      Zip Code

Home Telephone:* _(423) 606-0098_ Work Telephone:* _(423) 746-0022_

E-mail (if applicable): _bowhunter-926@yahoo.com_

Name & Phone Number of Alternative Contact Person: _Karen Wilson (423) 806-4461_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Nathaniel B. Grinter_ Date: _1/22/09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*  _Thomas_   _Waylon_   _Gunter_
First          Middle         Last

Address:*  _368_   _County Rd 750_            _____
No.       Street, Road, Route, Etc.      Apt., Lot, Suite No.

_Athens_        _Tn_        _37303_
City          State        Zip Code

Home Telephone:*  _(423) 920-2800_     Work Telephone:*  _(423) 337-3934_

E-mail (if applicable):  _____

Name & Phone Number of Alternative Contact Person:  _Diane & John Gunter_  / _423-253-7576_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:  _____      Date:  _1/24/09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Michael</u> <u>Lee</u> <u>Hammond Jr.</u>
First         Middle        Last

Address:* <u>1011 Ellis Dr. SE</u>
No.    Street, Road, Route, Etc.    Apt., Lot, Suite No.

<u>Cleveland</u> <u>TN</u> <u>37323</u>
City     State     Zip Code

Home Telephone:* <u>(423)605-6652</u>  Work Telephone:* <u>(423) 263-6000</u>

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: <u>Traci Hammond 605-8822</u>

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: <u>Michael L Hammond Jr.</u>  Date: <u>2-26-09</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
# E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _William_ _Jason_ _Harris_
                 First                  Middle            Last

Address:* _799_ _Old State Rd._
          No.        Street, Road, Route, Etc.        Apt., Lot, Suite No.

_Tellico Plains_ _TN_ _37385_
     City             State        Zip Code

Home Telephone:* _(623) 253 - 7682_ Work Telephone:* ( )

E-mail (if applicable): _rjteharris@TDS.Net_

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _William Jason Harris_       Date: _1-25-09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Charles__ __Brent__ __Hawkins__
      *First*        *Middle*        *Last*

Address:* __5250__ __Wolf creek Rd.__
      *No.*        *Street, Road, Route, Etc.*        *Apt. Lot, Suite No.*

      __Spring City__ __TN.__ __37381__
      *City*        *State*        *Zip Code*

Home Telephone:* __(423) 365-4636__ Work Telephone:* __(423) 263-6400__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __Pamela S. Hawkins 423-309-855__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __Charles Brent Hawkins__ Date: __1-21-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005, and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Keith _____ Avery _____ Henry
                        *First*                   *Middle*                  *Last*

Address:* 303 County Road 778 _____
         *No.*        *Street, Road, Route, Etc.*              *Apt., Lot, Suite No.*

Athens _____ TN _____ 37303
      *City*    263-7143     *State*            *Zip Code*

Home Telephone:* (423) 507-9473   Work Telephone:* (423) 507-9473

E-mail (if applicable): h.henrod@yahoo.com

Name & Phone Number of Alternative Contact Person: Dana Henry (423) 507-4140

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Keith A. Henry        Date: 1/29/09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Harold</u>      <u>Emerson</u>      <u>Hicks</u>
                          First                    Middle                Last

Address:* <u>305</u>      <u>County Road 778</u>
          No.          Street, Road, Route, Etc.          Apt., Lot, Suite No.

<u>Athens</u>      <u>TN</u>      <u>37303</u>
    City          State          Zip Code

Home Telephone:* <u>423 506-8630</u>   Work Telephone:* ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>Harold E Hicks</u>      Date: <u>1-30-09</u>

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __JLSON__ __"ERIC"__ __Hollingsworth__
                 *First*                     *Middle*                         *Last*

Address:* __PO BOX 198__
        *No.*        *Street, Road, Route, Etc.*        *Apt., Lot, Suite No.*

             __Etowah__        __T,N.__        __37331__
              *City*             *State*          *Zip Code*

Home Telephone:* __(423) 435-2127__ Work Telephone:* __(   )__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __Stacy Hollingsworth (sisster)__
                                                      __(423) 829-7096__

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: __Eric Hollingsworth__             Date: __1/20/09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* **Donald** (First) **James** (Middle) **Hollingsworth Jr.** (Last)

Address:* **2418** (No.) **Ella De.S.E.** (Street, Road, Route, Etc.) _____ (Apt., Lot, Suite No.)

**Cleveland** (City) **TN** (State) **37323** (Zip Code)

Home Telephone:* **(423) 303-8232**    Work Telephone:* ( — )

E-mail (if applicable): **djholling1@yahoo.com**

Name & Phone Number of Alternative Contact Person: **DeAnna Hollingsworth 423-584-0810**

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: *[signature]*    Date: **01/21/09**

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Stevey</u> <u>Dewn</u> <u>Hope</u>
                             First                Middle                Last

Address:* <u>110</u> <u>County road</u> <u>151</u>
              No.        Street, Road, Route, Etc.        Apt., Lot, Suite No.

<u>hixeville</u> <u>TN</u> <u>37320</u>
     City           State        Zip Code

Home Telephone:* <u>(423) 745-1185</u>    Work Telephone:* ( )

E-mail (if applicable): <u>SShopes @ yahoo, com</u>

Name & Phone Number of Alternative Contact Person: <u>Cayci Hope (423) 507-7545</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>SSDMT</u>        Date: <u>1/24/09</u>

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca.* I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*   Gary     Wayne     Howard
                   *First*            *Middle*            *Last*

Address:*   107   Co Rd 720  
        *No.*       *Street, Road, Route, Etc.*       *Apt., Lot, Suite No.*

    Riceville      TN      37370
      *City*           *State*          *Zip Code*

Home Telephone:*   (423) 506-8336   Work Telephone:*   ( )

E-mail (if applicable):   howardgw@aol.com

Name & Phone Number of Alternative Contact Person:   423-506-8535

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:   Gary W Howard      Date:   1-21-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    Perry      Austin      Holwxso
                                *First*              *Middle*              *Last*

Address:*    107      Co. Rd.   720
            *No.*       *Street, Road, Route, Etc.*      *Apt., Lot, Suite No.*

       Riceville       TN.       37370
         *City*           *State*          *Zip Code*

Home Telephone:*   (423) 435-5502    Work Telephone:*   ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person:   Garry Howard   (423) 506-8336

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:   Austin Holwxso            Date:   1-21-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

Edward Hubbell
Name

967 Hwy 39 East
Address

Englewood            TN                    37329
City                        State                      Zip

(423) 606-0086
Phone

Edward Hubbell
Signature

**ThyssenKrupp Waupaca Case Consent to Participate**
**E.D Wis. Case No. 08-C-488**

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Edward</u>   <u>orren</u>   <u>Hubbell</u>  <u>III</u>
                       *First*                   *Middle*                   *Last*

Address:* <u>967</u>   <u>Hwy 39 East</u>
          *No.*      *Street, Road, Route, Etc.*         *Apt., Lot, Suite No.*

       <u>Englewood</u>   <u>TN</u>       <u>37329</u>
        *City*       *State*         *Zip Code*

Home Telephone:* <u>(423) 693-6159</u> Work Telephone:* ( )

E-mail (if applicable): 

Name & Phone Number of Alternative Contact Person: <u>Ed Hubbell Jr. (812) 608-0353</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>Edward Hubbell III</u>       Date: <u>1-20-09</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

**ThyssenKrupp Waupaca Case Consent to Participate**
**E.D Wis. Case No. 08-C-488**

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Avery _____ Hughes
                First              Middle        Last

Address:* 1134 _____ Southgate _____ Apt., Lot, Suite No.
     No.      Street, Road, Route, Etc.

      Madisonville _____ TN _____ 37354
      City        State      Zip Code

Home Telephone:* (423) 836-4129   Work Telephone:* ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Ruth Asford (423) 333-4101

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: Avery Hughes        Date: 1-28-2009

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

**ThyssenKrupp Waupaca Case Consent to Participate**
**E.D Wis. Case No. 08-C-488**

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Johnny_ _Ray_ _Hughes JR_
                        First                    Middle            Last

Address:* _500_ _County Rd 41_
         No.         Street, Road, Route, Etc.         Apt., Lot, Suite No.

Cell 423-400-2262 _Calhoun_ _TN_ _37309_
                      City         State        Zip Code

Home Telephone:* (423) 780-9229 Work Telephone:* (423) 479-1795

E-mail (if applicable): _JHJohnPNetzero.com_

Name & Phone Number of Alternative Contact Person: _Christy Roberts 423-650-830c_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Johnny Hughes_        Date: _1-22-09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Malcolm Dante__ __Jamal__ __Jackson__
                                   *First*                  *Middle*                *Last*

Address:* __142__ __County Road__ __812__
           *No.*     *Street, Road, Route, Etc.*     *Apt., Lot, Suite No.*

         __Etowah__ __TN__ __37331__
          *City*         *State*       *Zip Code*

Home Telephone:* __(423) 368-6186__ Work Telephone:* ( )

E-mail (if applicable): __hotboy-mj@hotmail.com__

Name & Phone Number of Alternative Contact Person: __Melinda Taylor 423-506-6293__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: ___[signature]___ Date: __1-30-08 09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*  Brandon     David     Jarvis
                First            Middle         Last

Address:* 1011   Jones Street
        No.     Street, Road, Route, Etc.       Apt., Lot, Suite No.

        Athens     TN     37303
        City      State      Zip Code

Home Telephone:* (423) 265-7316   Work Telephone:* ( ) —

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Brandi Wheaton   423-435-5423

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Brandon D. Ja——      Date: 2-3-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Kenneth__ __Lee__ __Jenkins__
                            *First*                  *Middle*                 *Last*

Address:* __315__ __N. Crest Cir__ __#31__
               *No.*          *Street, Road, Route, Etc.*        *Apt., Lot, Suite No.*

         __Cleveland__ __TN__ __37312__
             *City*            *State*            *Zip Code*

Home Telephone:* (423) 650-9792   Work Telephone:* ( ) N/A  unemployed thru waupaca

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person. __FarrahNaz Hrebenar__  __423 310 4149__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __Kennet J.__   Date: __26 Jun 09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*   Jason    Raymond    Johnson
               *First*          *Middle*          *Last*

Address:*   995    Chestnee Rd
        *No.*     *Street, Road, Route, Etc.*     *Apt., Lot, Suite No.*

      Delano      TN      37325
      *City*       *State*      *Zip Code*

Home Telephone:*   (423) 338-1217    Work Telephone:*   ( ) unemployed

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person:   Crystal Jorden 584-6098

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:   *Jason Johnson*      Date: 1/23/09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

**ThyssenKrupp Waupaca Case Consent to Participate**
**E.D Wis. Case No. 08-C-488**

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Michael__ __Lynn__ __Johnson__
First　　　　　　Middle　　　　　　Last

Address:* __511 Georgia Ave__
No.　　　Street, Road, Route, Etc.　　　Apt., Lot, Suite No.

__Etowah__ __TCNA__ __37331__
City　　　　　　State　　　　　Zip Code

Home Telephone:* __(423) 268504__ Work Telephone:* __423 3268304__

E-mail (if applicable): __mcgill_teresa yahoo__

Name & Phone Number of Alternative Contact Person: __Melody 423-6143362__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __Michael L Johnson__ 　　　　 Date: __3·5·09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

REC'D MAR 0 9, 2009

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO 26979    MINNEAPOLIS MN

POSTAGE WILL BE PAID BY ADDRESSEE

J. GORDON RUDD, JR.
ZIMMERMAN REED PLLP
651 NICOLLET MALL STE 501
MINNEAPOLIS MN 55402-9615

ZIMMERMAN REED



## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca.* I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Ned-John__ __N/A__ __Jones__
First      Middle      Last

Address:* __345 County Road 316__ _____
No.      Street, Road, Route, Etc.      Apt., Lot, Suite No.

__Niota__ __TN__ __37322__
City      State      Zip Code

Home Telephone:* __(423) 568-3136__ Work Telephone:* __( ) N/A__

E-mail (if applicable): __N/A__

Name & Phone Number of Alternative Contact Person: __Bill & Shirley Willis__ __568-2326__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __Ned-John Jones__      Date: __1-23-09__

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Thomas__ __Henry__ __Jones__
　　　　　　　　　　　　　First　　　　　　　Middle　　　　　Last

Address:* __129 C.B. 650__
　　　　　　No.　　Street, Road, Route, Etc.　　　Apt., Lot, Suite No.

__Etowah__ __TN.__ __37331__
City　　　　　State　　　　Zip Code

Home Telephone:* __(423) 470-5426__ Work Telephone:* ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __Frances Rose__ __(423) 337-4884__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　__(423) 337-1955__

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: __Thomas H Jones__　　　　　　Date: __1-20-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* William A. Jones
_____First_____Middle_____Last_____

Address:* 129 C.R. 650
_____No._____Street, Road, Route, Etc._____Apt., Lot, Suite No.____

Etowah T.N. 37331
_____City_____State_____Zip Code_____

Home Telephone:* (423) 470 - 5426  Work Telephone:* ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Elizabeth Jones (423) 453-5060
(423) 435-1115

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: *William A. Jones*  Date: 1-20-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

**ThyssenKrupp Waupaca Case Consent to Participate**
**E.D Wis. Case No. 08-C-488**

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Antwan</u>  <u>Maleek</u>  <u>Kennedy</u>
First          Middle          Last

Address:* <u>155 county rd. 793</u>
No.     Street, Road, Route, Etc.          Apt., Lot, Suite No.

<u>Etowah</u>          <u>TN</u>          <u>37331</u>
City          State          Zip Code

Home Telephone:* <u>423 365-5660</u>   other cell  Work Telephone:* <u>(423) 369-5659</u>

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: <u>Rosalee Armstrong  423-8103-5834</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>Antwan K</u>          Date: <u>3-3-09</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*   Justin   Edward   Key
                    *First*          *Middle*         *Last*

Address:*   1032    Co. Rd.    267
        *No.*     *Street, Road, Route, Etc.*     *Apt., Lot, Suite No.*

       Niota      TN      37826
       *City*        *State*       *Zip Code*

Home Telephone:* (423) 506-7727   Work Telephone:* ( ) N/A

E-mail (if applicable): justin-key @ hotmail.com

Name & Phone Number of Alternative Contact Person: Krystle Key (423) 506 5136

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____      Date: 8 Feb 2009

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    Kevin      Michael      Kidd
                        First             Middle           Last

Address:*    13272 State Hwy 58 south
        No.       Street, Road, Route, Etc.        Apt., Lot, Suite No.

         Decatur          TN       37322
         City           State         Zip Code

Home Telephone:* (423) 334-4941    Work Telephone:* ( ) laid off    Cell # 423-333-8767

E-mail (if applicable): Kidd7087@AOL.com

Name & Phone Number of Alternative Contact Person: James Kidd    423-618-5491

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Kevin Kidd        Date: 3-12-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Paul     Wayne     King
                *First*         *Middle*         *Last*

Address:* 655     4Th st N.E.     #8
       *No.*       *Street, Road, Route, Etc.*       *Apt., Lot, Suite No.*

      Clevlnd     TN     37311
       *City*         *State*         *Zip Code*

Home Telephone:* (423)-284-2076    Work Telephone:* ( ) —

E-mail (if applicable): —

Name & Phone Number of Alternative Contact Person: Barbara Douglas

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____     Date: 1/20/09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

Case 1:08-cv-00488-WCG Document 102 Filed 01/30/2009 Page 106 of 180

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _William_ _Andrew (Andy)_ _King_
                _First_                    _Middle_                  _Last_

Address:* _200_ _King_ _Lane_
         _No._            _Street, Road, Route, Etc._      _Apt., Lot, Suite No._

        _Decatur_          _TN._          _31322_
        _City_            _State_          _Zip Code_

Home Telephone:* (423) 334-1553    Work Telephone:* (423) 263 6000

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _Sandy King_ (423) 506-7043

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _William A. King_        Date: _1-28-09_

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    Winston      Dallas      King
                         *First*             *Middle*          *Last*

Address:*    710   Stalins Dr.    Etowah TN.   37331
           *No.*     *Street, Road, Route, Etc.*     *Apt., Lot, Suite No.*

                 *City*              *State*         *Zip Code*

Home Telephone:*   (423) 368-6402    Work Telephone:*   ( )

E-mail (if applicable):

Name & Phone Number of Alternative Contact Person:   William King   263-1018

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:   Winston King          Date:   Jan 21, 2009

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

Billy Kinser Jr.
Name

127 Sweetoaks Rd.
Address

Sweetwater                    TN                    37874
City                          State                 Zip

423-337-5235
Phone

By Kinser Jr.
Signature

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _____Jeremy_____ _____Luttell_____ _____Kirkland_____
                              *First*                      *Middle*                    *Last*

Address:* ___567 Searcy Rd___ ___Po Box 975___
             *No.*            *Street, Road, Route, Etc.*          *Apt., Lot, Suite No.*

___Benton___ ___TN___ ___37307___
      *City*             *State*            *Zip Code*

Home Telephone:* __(423) 333 8714__    Work Telephone:* __(423) 339-6193__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____    Date: __2-29-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

**ThyssenKrupp Waupaca Case Consent to Participate**
**E.D Wis. Case No. 08-C-488**

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __RALPh__ __DOUGLAS__ __LeighT__
First / Middle / Last

Address:* __114 COUNTY ROAD 534__ _____
No. / Street, Road, Route, Etc. / Apt., Lot, Suite No.

__ETOWAh__ __TN__ __37331__
City / State / Zip Code

Home Telephone:* __(423) 263-4214__ Work Telephone:* __(423) 263-6000__

E-mail (if applicable): __BeggeRMN @ BellSouTh . NeT__

Name & Phone Number of Alternative Contact Person: __RiTA LeighT ☎ 423-744-4993__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __Ralph D Light__ Date: __1/19/09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

Case 1:08-cv-00488-WCG Document 109-2 Filed 01/07/10 Page 111 of 180

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>John          Mitchell          Linder</u>
                     First                  Middle              Last

Address:* <u>318   N. Ga. Ave</u>
         No.         Street, Road, Route, Etc.      Apt., Lot, Suite No.

<u>Etowah          Tn.          37331</u>
      City (423) 333-6  State  3        Zip Code

Home Telephone:* <u>(423)263-6491</u>   Work Telephone:* <u>(423) 263-6000</u>

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: <u>Rachel Linder - 423.145.2988</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>John M Linder</u>          Date: <u>1-30-09</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __LArrY__ __ɈANt__ __Lockt__
First       Middle       Last

Address:* __219__ __Shoah creek Rd.__
No.     Street, Road, Route, Etc.     Apt., Lot, Suite No.

__EngLewood__ __TN.__ __37329__
City     State     Zip Code

Home Telephone:* __(423) 253-6768__ Work Telephone:* __(423) 263-6000__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: __Larry G. Locke__     Date: __3-3-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402



RECD MAR 08 2009

ZIMMERMAN REED



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 26979    MINNEAPOLIS MN

POSTAGE WILL BE PAID BY ADDRESSEE

J. GORDON RUDD, JR.
ZIMMERMAN REED PLLP
651 NICOLLET MALL STE 501
MINNEAPOLIS MN 55402-9615

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* DENNY    First    RW    Middle    LOVIN...d    Last

Address:* 12    No.    Street, Road, Route, Etc.    Apt., Lot, Suite No.

   City    State    Zip Code    373-7

Home Telephone:* (423) 245-4318    Work Telephone:* (423) "LAYED OFF"

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: TINA LOVINGEN # 423-245-430

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _____    Date: 1-2-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Krssrll__ __Lisra:__ __Mahery__
                                       _First_           _Middle_           _Last_

Address:* __1821__ __over land Rd__
         _No._       _Street, Road, Route, Etc._      _Apt., Lot, Suite No._

           __Athrs__ __TN__ __37303__
           _City_         _State_      _Zip Code_

Home Telephone:* __(423) 333-8730__     Work Telephone:* __(423) 333-8730__

E-mail (if applicable): __Lwssmahery@yahoo.com__

Name & Phone Number of Alternative Contact Person: __Beverly Burriss 507-3521__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __RM 7__                        Date: __1/21/09__

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __JOSH__ __Adam__ __Masoon__
                          *First*              *Middle*             *Last*

Address:* __466__ __MTN View Rd__
        *No.*       *Street, Road, Route, Etc.*      *Apt. Lot, Suite No.*

        __Benton__ __Tn__ __37307__
         *City*        *State*      *Zip Code*

Home Telephone:* __(423) 338 - 1287__ Work Telephone:* (  )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __MARic Williams__
                                                    __423 - 338 - 1552__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __John Mason__        Date: __1 - 28 - 09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    _Johnny_       _DAVID_       _MARTIN_
                     First                  Middle               Last

Address:*    _957_    _County Road 214_
           No.        Street, Road, Route, Etc.          Apt., Lot, Suite No.
           _Athens_        _TN_        _37303_
             City            State           Zip Code

Home Telephone:*   (423) 368-8149    Work Telephone:*   (423) 745-3752

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _Joyce Morgan 368-5861_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Johnny D. Mart_        Date: _1-23-09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* RV _____ McCain
               *First*          *Middle*          *Last*

Address:* 1223 6th St. NE
      *No.*    *Street, Road, Route, Etc.*       *Apt., Lot, Suite No.*

Cleveland    TN      37311
   *City*       *State*       *Zip Code*

Home Telephone:* (423)331-7969   neighbor, Work Telephone:* (423)476-2965

E-mail (if applicable): RitaMcCann44@yahoo.com   (my wife's e-mail)

Name & Phone Number of Alternative Contact Person: Jason McCann   715-4497

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: RV. McCann         Date: 1-22-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

Case 1:08-cv-00488-WCG   Document 90-273   Filed 09/07/10   Page 119 of 180

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Chasity Breon McDermott
                      *First*           *Middle*           *Last*

Address:* 320 Old Riceville Road
     *No.*      *Street, Road, Route, Etc.*      *Apt., Lot, Suite No.*

    Athens    TN     37303
    *City*      *State*     *Zip Code*

Home Telephone:* 423-435-4601   Work Telephone:* (N/A

E-mail (if applicable):

Name & Phone Number of Alternative Contact Person. Leslie McDermott
                                          423-745-4268

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Chasity McDermott  Date:

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

JAson R. McKenzie
_____
Name

869 Sample chapel rd.
_____
Address

Cleveland          T.N.          37323
_____
City                State            Zip

(423) 244-6906
_____
Phone


_____
Signature

Case 1:08-cv-00488-WCG Document 9-7 Filed 09/07/10 Page 121 of 180

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Mark__     __Jeremy__     __McKenzie__
                 *First*           *Middle*          *Last*

Address:* __869__     __Sample Chapel rd__
         *No.*        *Street, Road, Route, Etc.*           *Apt., Lot, Suite No.*

         __Cleveland__     __TN.__     __37323__
          *City*           *State*         *Zip Code*

Home Telephone:* __(423) 332-0087__    Work Telephone:* __(423) 331-8706__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____     Date: __21 Jan 2009__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Michael V Merrell
First / Middle / Last

Address:* 2234 CO. Rd. 561
No. / Street, Road, Route, Etc. / Apt., Lot, Suite No.

Englewood TN 37329
City / State / Zip Code

Home Telephone:* (423)368-5321   Work Telephone:* ( )

E-mail (if applicable): Cheerie Merrell at yahoo.com

Name & Phone Number of Alternative Contact Person: Cheerie Merrell 423 263-752

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: Michael M Merrell   Date: 1-20-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

Case 1:08-cv-00488-WCG Document 90-3 Filed 09/07/10 Page 123 of 180

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

Terrence O Monnette Jr.
Name

1311 Carney Blvd
Address

Macinette     WI     54143
City     State     Zip

(715) 330-5540
Phone

Signature

Case 1:08-cv-00488-WCG   Document 9-10/273   Filed 09/07/10   Page 124 of 180

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Anthony__ __Joseph__ __Montes__
                               *First*             *Middle*             *Last*

Address:* __342 Canty Road 323__
          *No.*      *Street, Road, Route, Etc.*          *Apt., Lot, Suite No.*

          __Sweetwater__  __TN__      __37874__
              *City*          *State*          *Zip Code*

Home Telephone:* __(423) 568-2716__   Work Telephone:* ( — )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __Charles LeQuire (423) 337-5185__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____       Date: __2/9/09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Rodney</u> <u>Lysandraus</u> <u>Mooney</u>
          First        Middle        Last

Address:* <u>384  Co  Rd  890</u>
          No.        Street, Road, Route, Etc.        Apt., Lot, Suite No.

<u>Etowah        TN        37331</u>
          City        State        Zip Code

Home Telephone:* <u>(423) 263 - 7397</u>  Work Telephone:* ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: <u>423 - 333 - 9792  Cell phone</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>Rodney L. Mooney</u>        Date: <u>2 - 2 - 09</u>

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

Clinton R. Moore
Name

164 Frank Moore Rd
Address

Niota                    TN                    37826
City                     State                 Zip

423-649-3071 / 615-495-6862
Phone

I am a current or former employee of ThyssenKrupp Waupaca.

Clinton R. Moore
Signature

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* ___Jeremy___ ___Brian___ ___Moore___
                         *First*              *Middle*           *Last*

Address:* ___1408___ ___Johnson Street___
        *No.*        *Street, Road, Route, Etc.*        *Apt., Lot, Suite No.*

___E TOWAH___ ___TN___ ___37331___
    *City*           *State*       *Zip Code*

                    *Cell*
Home Telephone:* (423) 506-6048 Work Telephone:* ( ) NA

E-mail (if applicable): Jmoore305@hotmail.com

                                              home
Name & Phone Number of Alternative Contact Person: Teresa Garcia (423) 263-3026

                                                   Cell
*Required field. Information will be used solely for purposes of this lawsuit.*    (423) 333-7153

Signature: ___Jeremy Brian Moore___ Date: 1-22-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

Case 1:08-cv-00488-WCG Document 90-273 Filed 09/07/10 Page 128 of 180

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Randal__ (First) __Lee__ (Middle) __Morgan__ (Last)

Address:* __324__ (No.) __Burger Branch Rd__ (Street, Road. Route, Etc.) _____ (Apt., Lot, Suite No.)

__Englewood__ (City) __TN__ (State) __37329__ (Zip Code)

Home Telephone:* __(423) 887-6474__   Work Telephone:* __(423) 368-3822__

E-mail (if applicable): __Randal.Morgan@Huber.com__

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __Randal Lee Morgan__   Date: __2-18-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

**If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.**

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>James</u>     <u>Edward</u>     <u>Moses</u>
  First         Middle         Last

Address:* <u>140 Co. Rd. 174</u>
  No.      Street, Road, Route, Etc.      Apt., Lot, Suite No.

<u>Athens</u>      <u>TN</u>      <u>37303</u>
  City       State       Zip Code

Home Telephone:* <u>(423) 745-1337</u>   Work Telephone:* ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: <u>Kim Moses</u>   <u>423-462-1979</u>

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: <u>James Moses</u>      Date: <u>1-28-09</u>

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca.* I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Edward_ _____ _Scott_ _____ _Moss_
                          First                Middle             Last

Address:* _1809_ _Velma Rd Lot 69_
              No.        Street, Road, Route, Etc.           Apt., Lot, Suite No.

           _Athens_ _____ _TN_ _____ _37303_
             City               State           Zip Code

Home Telephone:* _(423) 745-4566_ Work Telephone:* _(423) 745-5817_

E-mail (if applicable): _None_

Name & Phone Number of Alternative Contact Person: _Kelly Mack_ _423-714-9586_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Edward Moss_             Date: _1/22/09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

Case 1:08-cv-00488-WCG Document 90-2 Filed 09/07/10 Page 164 of 180

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Ricardo__ __—__ __MUNOZ SR.__
                      First                Middle                Last

Address:* __264__ __County Road 801__ ____
        No.           Street, Road, Route, Etc         Apt., Lot, Suite No.

         __Etowah__ __TN__ __37331__
         City            State              Zip Code

Home Telephone:* __(423) 263-5958__ Work Telephone:* cell __(423) 829-5570__

E-mail (if applicable): ____

Name & Phone Number of Alternative Contact Person: __Tammy MUNOZ 423 8295919__

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: __Ricardo Muñoz Sr.__ Date: __1-20-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Jeremy_ _Adam_ _Murphy_
                           _First_             _Middle_           _Last_

Address:* _712 Haven Court_
       _No._         _Street, Road, Route, Etc._         _Apt., Lot, Suite No._

         _Etowah_         _TN_       _37331_
         _City_          _State_      _Zip Code_

Home Telephone:* _(423) 368-9380_ Work Telephone:* ( )

E-mail (if applicable): _Myersghost @ comcast.net_

Name & Phone Number of Alternative Contact Person: _Amy Murphy (wife) 423-435-5376_

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _Jeremy Murphy_        Date: _1/29/09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* GLEN / DAVID / NADELLA
First    Middle    Last

Address:* P. O. Box 553
No.    Street, Road, Route, Etc.    Apt, Lot, Suite No.

ETOWAH    TN    37331
City    State    Zip Code

Home Telephone:* (423) 263-2211    Work Telephone:* (423) 263 600

E-mail (if applicable): 

Name & Phone Number of Alternative Contact Person: 

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____    Date: 1/21/09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*   <u>Derrick</u>   <u>Allen</u>   <u>Neeley</u>
                              *First*               *Middle*             *Last*

Address:*   <u>1117</u>   <u>Tellico Ave</u>
          *No.*        *Street, Road, Route, Etc.*         *Apt., Lot, Suite No.*

            <u>Athens</u>        <u>TN</u>        <u>37303</u>
             *City*            *State*        *Zip Code*

Home Telephone:*   ( 423 ) 745-9027      Work Telephone:*   ( 423 ) 368-4517

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person:   <u>Samantha</u>   <u>423-368-8919</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:   <u>*(signature)*</u>     Date:   <u>02-17-09</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

REC'D SEP 1 9 2008

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

MATT Nichols
Name

715 High STreeT
Address

AThens                    TN                    37303
City                      State                 Zip

(423) 252-7015
Phone

I am a current or former employee of ThyssenKrupp Waupaca.

Matt Nichols
Signature

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    *Christopher*      *Allen*      *Norman*
                      First                   Middle               Last

Address:*    *283 Co. Rd. 656*
          No.          Street, Road, Route, Etc.          Apt., Lot, Suite No.

            *Athens*         *TN*        *37303*
            City            State         Zip Code

Home Telephone:*   *(423) 368-9345*     Work Telephone:*   *(423)*

E-mail (if applicable):   *norm2_@ Hotmail. Com*

Name & Phone Number of Alternative Contact Person:   *Kaci Norman  (423) 368-4486*

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:    *Chris Norman*         Date:   *3-2-09*

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

Case 1:08-cv-00488-WCG   Document 170-3   Filed 09/07/10   Page 137 of 180



ZIMMERMAN REED

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

RECD MAR 09 2009

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO 26979    MINNEAPOLIS MN

POSTAGE WILL BE PAID BY ADDRESSEE

J. GORDON RUDD, JR.
ZIMMERMAN REED PLLP
651 NICOLLET MALL STE 501
MINNEAPOLIS MN 55402-9615

CHARGE TO
POSTAGE DUE

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* WILLIAM ___ THOMAS ___ Onorriolado

                    *First*            *Middle*               *Last*

Address:* 2410 ___ E. BELL ___ 1ST ST ___ #201

       *No.*             *Street, Road, Route, Etc.*         *Apt., Lot, Suite No.*

      VESTY ___ FL ___ 33544

       *City*             *State*         *Zip Code*

Home Telephone:* (213) - 214-3796 ___ Work Telephone:* (213 - ___ C#

E-mail (if applicable): ___

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____       Date: 2/2/09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

**ThyssenKrupp Waupaca Case Consent to Participate**
**E.D Wis. Case No. 08-C-488**

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _James_ _Chandler_ _Patrick_
First      Middle      Last

Address:* _272_ _County Road_ _664_
No.    Street, Road, Route, Etc.    Apt., Lot, Suite No.

_Athens_ _TN_ _37303_
City     State     Zip Code

Home Telephone:* _(423) 745-0558_ Work Telephone:* _(404) 245-7190_

E-mail (if applicable): _jchandlerp 75 @ yahoo.com_

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _James Patrick_      Date: _1-21-09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

Case 1:08-cv-00488-WCG Document 90-2 Filed 09/07/10 Page 140 of 180

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Raymond    Earl    Payne
                *First*          *Middle*          *Last*

Address:* 135 Cord 510
       *No.*       *Street, Road, Route, Etc.*      *Apt., Lot, Suite No.*

Englewood    TN    37329
       *City*       *State*      *Zip Code*

Home Telephone:* (423)381-0233    Work Telephone:* (423) 381-9514

E-mail (if applicable):

Name & Phone Number of Alternative Contact Person: Michelle Taylor (423) 381-9514

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:                            Date: 1-21-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Zachery     Lee     Payne
First        Middle        Last

Address:* 100   Black Oak Rd
No.    Street, Road, Route, Etc.     Apt., Lot, Suite No.

Tellico Plains    TN    37385
City       State       Zip Code

Home Telephone:* (423) 253-2177    Work Telephone:* (423) 263-6000

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Wendy Payne   423 253-2177

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _____     Date: 1-27-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Daniel   ADam   Pendergrass
    *First*     *Middle*     *Last*

Address:* 1604   Beechland Cir.   APt 3
   *No.*    *Street, Road, Route, Etc.*    *Apt., Lot, Suite No.*

Dalton    ga.    30721
*City*    *State*    *Zip Code*

Home Telephone:* (706) 237-5788   Work Telephone:* ( )
Lower case→ E-mail (if applicable): Dan.elPendergrass@charter.net

Name & Phone Number of Alternative Contact Person: Drenda LAnkford 423-781-706,

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _Daniel Pendergrass_    Date: Feb. 5. 09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Dee</u> <u>Martin</u> <u>Pierce</u>
          First          Middle          Last

Address:* <u>209 W. Depot St.</u>
          No.   Street, Road, Route, Etc.          Apt., Lot, Suite No.

<u>Randleman , NC 27317</u>
City          State          Zip Code

Home Telephone:* <u>( 336 498-8402</u> Work Telephone:* <u>(336) 498 - 2621 ext. 261</u>

E-mail (if applicable): <u>piercedee@yahoo.com</u>

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>Dee Pierce</u>          Date: <u>01 - 23 - 09</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Annette</u> <u>Marie</u> <u>Pierson</u>
          *First*          *Middle*          *Last*

Address:* <u>797</u> <u>Cotton Port Farry Rd</u>
     *No.*      *Street, Road, Route, Etc.*      *Apt., Lot, Suite No.*

        <u>Decatur</u>     <u>Tennessee</u>     <u>37322</u>
        *City*         *State*        *Zip Code*

Home Telephone:* <u>(423) 333 - 4224</u>    Work Telephone:* ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: <u>Jeff Pierson</u>   <u>423 - 333 - 4887</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>Annette M. Pierson</u>      Date: <u>2 - 12 - 09</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Jeffrey__     —     __Pierson__
                    First              Middle                Last

Address:* __797__   __Cottonport Ferry Rd.__           
          No.      Street, Road, Route, Etc.        Apt., Lot, Suite No.

          __Decatur__     __Tennessee__     __37322__
           City          State         Zip Code

Home Telephone:* __(423) 333-4887__   Work Telephone:* __(   )__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __Annette Pierson__   __423-333-4224__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __Jeffry Pierson__          Date: __2-12-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Jeremy    J.    Pierson
                        *First*           *Middle*          *Last*

Address:* 1513   N. BEL AYR DRIVE
            *No.*      *Street, Road, Route, Etc.*       *Apt, Lot, Suite No.*

        Waukesha    WI      53188
          *City*        *State*       *Zip Code*

Home Telephone:* (262) 547 6515   Work Telephone:* (423) 333 7242

E-mail (if applicable): Waupacapride @ aol.com

Name & Phone Number of Alternative Contact Person: Amy Pierson (423) 333 7241

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____      Date: 2-6-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Justin_ _Edwin_ _Pierson_
      First,      Middle       Last

Address:* _797_ _Cottonport Ferry Rd_ _____
      No.      Street, Road, Route, Etc.      Apt., Lot, Suite No.

_Decatur_ _Tennessee_ _37322_
      City      State       Zip Code

Home Telephone:* _(423) 333 - 4887_ Work Telephone:* _( )_

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _Annette Pierson 423-333-4224_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Justin E. Pierson_ Date: _2-12-09_

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

Case 1:08-cv-00488-WCG   Document 273   Filed 09/07/10   Page 148 of 180

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    James     Daniel     Plemons
                   *First*          *Middle*        *Last*

Address:*    25    East   Martin St.
        *No.*      *Street, Road, Route, Etc.*       *Apt., Lot, Suite No.*

       Englewood    TN      57329
        *City*        *State*        *Zip Code*

Home Telephone:*   (423) 887-5503   Work Telephone:*   (423) 263-6000

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person:   Lindsey Plemons    423-368-2323

*Required field. Information will be used solely for purposes of this lawsuit.

Signature:    James Plemons         Date:   2-12-09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Michael__ __Lewis__ __Plemons__
                           *First*                   *Middle*                 *Last*

Address:* __P. O. Box 91__
          *No.*          *Street, Road, Route, Etc.*         *Apt., Lot, Suite No.*

            __Englewood__    __TN__    __37329__
            *City*           *State*        *Zip Code*

Home Telephone:* __(423) 368-4804__  Work Telephone:* __(423) 263-6000__

E-mail (if applicable): __Miller MaryA@bellsouth.Net__

Name & Phone Number of Alternative Contact Person: __Tony Plemons (423) 263-2191__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __Michael Plemons__             Date: __Jan 20, 2009__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

RECD FEB 26 2009

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Douglas Eugene Richards
First / Middle / Last

Address:* 192 Rocky Springs Road
No. / Street, Road, Route, Etc. / Apt., Lot, Suite No.

Madisonville TN. 37354
City / State / Zip Code
cell 865-235-7443

Home Telephone:* (423) 420-0073   Work Telephone:* ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Hattie Sue Massengill
cell 865-235-7436 or 423-423-0072

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Douglas Eugene Richards   Date: 2/21/09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* JASON _First_ KAY _Middle_ RICHARDS _Last_

Address:* 704 _No._ ELizAbeth St. _Street, Road, Route, Etc._ _Apt., Lot, Suite No._

Athens _City_ TN _State_ 37303 _Zip Code_

Home Telephone:* (423) 746-9946 Work Telephone:* (423) 368-7668

E-mail (if applicable): jasonrichards@vzw.blackberry.net

Name & Phone Number of Alternative Contact Person: DeborAh RichARDS (423) 506-8917

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Jason Ray Richards_ Date: 1-20-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

**ThyssenKrupp Waupaca Case Consent to Participate**
**E.D Wis. Case No. 08-C-488**

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca.* I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* **Domico**   **Mandrelle**   **Riley**
  First  Middle  Last

Address:* **426 North 6ᵗʰ Street**
  No.  Street, Road, Route, Etc.  Apt., Lot, Suite No.

  **Williamsburg**   **KY**   **40769**
  City  State  Zip Code

Home Telephone:* **(606) 304-9173**   Work Telephone:* **(   )**

E-mail (if applicable): **Domico.Riley@Yahoo.com**

Name & Phone Number of Alternative Contact Person: **Chet Riley  (606) 549-9523**

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: **Domico M. Riley**   Date: **1.20.09**

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Charlie_ _Jackson_ _Rogers_
First      Middle      Last

Address:* _2787 Hwy 58 South_ _(273 Thomas Rd. Benton TN, 37307)_ (at time of enployment)
No.    Street, Road, Route, Etc.    Apt., Lot, Suite No.

_Georgetown_ _TN_ _37336_
City      State      Zip Code

Home Telephone:* _(423) 961-9036_    Work Telephone:* _(423) 559-0509_

E-mail (if applicable): _CharlieRogers70 @ yahoo.com_

Name & Phone Number of Alternative Contact Person: _Johnny D' Rogers (423) 338-8607_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Charlie J. Rogers_      Date: _1-31-09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

My address was: 273 Thomas Rd.
Benton TN, 37307
@ time of enployment
with Thyssen krupt Waupaca

— Thanks Charlie
Rogers

1-31-09

Case 1:08-cv-00488-WCG Document 107-3 Filed 09/07/10 Page 154 of 180

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* DAVID William Rudy
                   *First*              *Middle*              *Last*

Address:* 1470 Co. Rd. 50
        *No.*     *Street, Road, Route, Etc.*     *Apt., Lot, Suite No.*

        Riceville  TN       37370
        *City*      *State*       *Zip Code*

Home Telephone:* (423) 336-6950 Work Telephone:* 423) 263-6000

E-mail (if applicable): N/A

Name & Phone Number of Alternative Contact Person: N/A

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: DeO Rudy            Date: 1-22-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Matthew (First)  Lumbert (Middle)  Silvers (Last)

Address:* 4000 Sweetwater Venore Rd (No. / Street, Road, Route, Etc.) (Apt., Lot, Suite No.)
Sweetwater (City)  TN (State)  37874 (Zip Code)

Home Telephone:* 423 442 4000    Work Telephone:* 423 442 4000

E-mail (if applicable): Cleppard14660 whitconnect.com

Name & Phone Number of Alternative Contact Person: Judy + Al Silvers 423 442 4000

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Matth Lhi    Date: 1-27-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Tony_ _Lee_ _Sloop_
                                First                    Middle             Last

Address:* _740_ _Clearwater Rd_
           No.          Street, Road, Route, Etc.        Apt., Lot, Suite No.

_Niota_ _Tn_ _37826_
City               State           Zip Code

Home Telephone:* _(423) 334-3516_    Work Telephone:* _(423) 368-8915_

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Tony Sloop_        Date: _3-1-09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

Richard M Smith
Name

2420 congress pKwy S APt. 306
Address

Athens                    TN.                    37303
City                      State                  Zip

423 - 744 - 4291
Phone

Richard M Smith
Signature

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Wendell LEON Smith
First / Middle / Last

Address:* 127 Co.Rd. 894
No. / Street, Road, Route, Etc. / Apt., Lot, Suite No:

Etowah TN 37331
City / State / Zip Code

Home Telephone:* (423) 263 5312    Work Telephone:* Sister (423) 263 1512

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Potty Taylor

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: Wendell L. Smith      Date: 1/20/09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    Goldman     Dillard     Smith,   Jr.
                         *First*             *Middle*                 *Last*

Address:*    650 Five Point Rd.
           *No.*        *Street, Road, Route, Etc.*          *Apt., Lot, Suite No.*

           Decatur,    TN.         37322
            *City*          *State*             *Zip Code*

Home Telephone:*   (403) 334-5204    Work Telephone:*   ( )

E-mail (if applicable):   rusty.smith18@yahoo.com

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature:   Goldman D. Smith Jr.      Date:   2-5-09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Ronnie     L.     Smithers Jr
           *First*          *Middle*        *Last*

Address:* 139   County Rd. #854
     *No.*      *Street, Road, Route, Etc.*       *Apt., Lot, Suite No.*

Etowah,    TN,     37331
   *City*      *State*      *Zip Code*

Home Telephone:* (423) 435-4029    Work Telephone:* ( )

E-mail (if applicable):

Name & Phone Number of Alternative Contact Person: Kyra Crabtree   Same Number

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Ronnie L. Smithers Jr     Date: 1-20-09

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*    James       William       Smy'4 J.R.
                     *First*           *Middle*           *Last*

Address:*   692      Co Rd 415
        *No.*      *Street, Road, Route, Etc.*      *Apt., Lot, Suite No.*

      Englewood     T.N.     37328
      *City*        *State*       *Zip Code*

Home Telephone:* (423) 887-5184 Work Telephone:* ( ) No JoB

E-mail (if applicable): Ar_P ReBBnd_out_To_kill @ Yahoo.co

Name & Phone Number of Alternative Contact Person: _____

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: _____      Date: 1/20/09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Richard__ __Lynn__ __Squires__
First                Middle               Last

Address:* __P.O. Box 593__
No.         Street, Road, Route, Etc.         Apt., Lot, Suite No.

__Sweetwater__, __TN__ __37874__
City          State       Zip Code

Home Telephone:* __(423) 351-7358__     Work Telephone:* __(423) 366-0040__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __Mary Squires (423) 920-6115__

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: __Richard L Squires__     Date: __1-19-09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* <u>Brian</u>   <u>Douglas</u>   <u>Steele</u>
            First          *Middle*          Last

Address:* <u>109 county road 160</u>
          No.    Street, Road, Route, Etc.          Apt., Lot, Suite No.

<u>Riceville</u>   <u>TN</u>   <u>37370</u>
City          State          Zip Code

Home Telephone:* <u>(423) 453-0624</u>   ~~Work~~ Telephone:* <u>(423) 746-9844</u>

E-mail (if applicable): <u>Babbs1995@yahoo.com</u>

Name & Phone Number of Alternative Contact Person: <u>Amber Steele - 423-506-9231 - wife</u>

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: <u>Brian Steele</u>          Date: <u>1 / 21 / 09</u>

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

**ThyssenKrupp Waupaca Case Consent to Participate**
**E.D Wis. Case No. 08-C-488**

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Michael_ _Chadwick_ _Stephens_
                                First              Middle            Last

Address:* _465_ _Raby Town Rd_
             No.       Street, Road, Route, Etc.             Apt., Lot, Suite No.

           _Philadelphia_ _TN_ _37846_
            City          State          Zip Code

Home Telephone:* _(865) 213-0716_ Work Telephone:* ( )

E-mail (if applicable): _Freakz.ila_715@yahoo.com_

Name & Phone Number of Alternative Contact Person: _April Stephens (423)435-5776_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Michael C. Ste—_               Date: _1/20/09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* JEFFREY    S    Stewart
                *First*        *Middle*        *Last*

Address:* 449    Sunset CR    Etowah TN 37331
        *No.*    *Street, Road, Route, Etc.*    *Apt., Lot, Suite No.*

Etowah    TN    37331
*City*      *State*      *Zip Code*

Home Telephone:* (423)-781-7149    Work Telephone:* ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Shirley BARKLEY 423-781-7149

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Jeff S. Sleeter_    Date: 1-23-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Kenny     Lee     Stokes
                       *First*             *Middle*           *Last*

Address:* 632 Co Rd 750
       *No.*          *Street, Road, Route, Etc.*        *Apt., Lot, Suite No.*

       Athens          TN        37303
       *City*            *State*        *Zip Code*

Home Telephone:* (423) 435-5958     Work Telephone:* (423) 263-6000

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Mishea Wilson (423) 368-0856

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Kenny S Stokes        Date: 3-6-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

**ThyssenKrupp Waupaca Case Consent to Participate**
**E.D Wis. Case No. 08-C-488**

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Carl_ _Dewayne_ _Sutton_
　　　　　　　　　　　　First　　　　　Middle　　　　　　Last

Address:* _117_ _Co. Rd 900_ _____
　　　　　　No.　　　Street, Road, Route, Etc.　　　Apt, Lot, Suite No.

_Etowah_ _TN._ _37331_
City　　　　State　　　Zip Code

Home Telephone:* _(423) 263-4398_ Work Telephone:* _(   )_ _____

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _Darlene Sutton (423) 442-6408_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　_(423) 333-5086_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Carl Dewayne Sutton_ Date: _1-20-09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Danny    L    Swafford
              *First*        *Middle*        *Last*

Address:* PO Box 3141    Co Rd 738    #124
         *No.*        *Street, Road, Route, Etc.*        *Apt., Lot, Suite No.*

         Riceville    Tn.    37370
         *City*        *State*        *Zip Code*

Home Telephone:* (423) 462-2168    Work Telephone:* ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Joan Key (423) 462-2617

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Danny Swafford      Date: 1-22-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* **Russell** *First*  **C** *Middle*  **Todd** *Last*

Address:* **631 N Georgia Lot 6"** *No.* *Street, Road, Route, Etc.* *Apt., Lot, Suite No.*

**Etowah** *City*  **TN** *State*  **37331** *Zip Code*

Home Telephone:* **(423) 579-6544**    Work Telephone:* (    )

E-mail (if applicable):

Name & Phone Number of Alternative Contact Person:

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: *Russell Todd*    Date: **2/4/09**

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Christopher__ __Michael__ __Towns__
First         Middle         Last

Address:* __1822__ __Chandler Rd__ __Apt 17__
No.    Street, Road, Route, Etc.    Apt., Lot, Suite No.

__Statesboro__ __Ga.__ __30458__
City     State     Zip Code

Home Telephone:* __(912) 536-6037__ Work Telephone:* ~~(         )~~ unemployed

E-mail (if applicable): __RSTANFOR@EGA.EDM__

Name & Phone Number of Alternative Contact Person: __Wanda Cooper (912) 658-5759__

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: __Christopher M Towns__ Date: __02/15/09__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* John Henry Turpenen, Jr.
First   Middle   Last

Address:* 230 County Rd. 792
No.   Street, Road, Route, Etc.   Apt., Lot, Suite No.

Etowah   Tn   30331
City   State   Zip Code

Home Telephone:* (423 462-1845 Work Telephone:* (423) 238-4171

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Angela Turpeinen (423) 462-1854

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____   Date: 1/21/09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

Jason T. Van Hoose
Name

PoBox 505 Decatur TN 37322
Address

Decatur                TN.              37322
City                   State            Zip

(423) 368-9998 or (423) 334·8925
Phone

I am a current or former employee of ThyssenKrupp Waupaca.

Signature

Case 1:08-cv-00488-WCG  Document 91-2  Filed 09/07/10  Page 173 of 180

## CONSENT TO BECOME A PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

Donnie Lee Vaughn Jr.
Name

226 Co Rd 790
Address

Etowah        Jn        37331
City          State      Zip

423-263-8873 or 423-333-5315
Phone

Donnie L. Vaughn Jr.
Signature

## ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* Edgar / Bryan / Walden
First / Middle / Last

Address:* 746 CR 180
No. / Street, Road, Route, Etc. / Apt., Lot, Suite No.

Athens / Tennessee / 37303
City / State / Zip Code

Home Telephone:* (423) 745-0931   Work Telephone:* (423) 368-1617

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: Terry Coleman 4233689954

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: Edgar B Walden                Date: 1/12/09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

# ThyssenKrupp Waupaca Case Consent to Participate
## E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Marcus_    _Rancich_    _Whittaker_
            First          Middle          Last

Address:* _120 th. glare_
     No.       Street, Road, Route, Etc.      Apt., Lot, Suite No.

     _Burch_     _TN_
     City       State       Zip Code

Home Telephone:* _(423) 579_   Work Telephone:* _(423) 646_

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _Brenda Christian (423) 558-7074_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _____    Date: _1/20/09_

**THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:**

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* _Stephen_ (First) _Douglas_ (Middle) _Williams_ (Last)

Address:* _440_ (No.) _County Road 405_ (Street, Road, Route, Etc.) _____ (Apt, Lot, Suite No.)

_Athens_ (City) _TN._ (State) _37303_ (Zip Code)

Home Telephone:* _(423) 920-1984_     Work Telephone:* ( )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: _(423) 920-1003_

*Required field. Information will be used solely for purposes of this lawsuit.*

Signature: _Stephen Douglas Williams_     Date: _1-21-09_

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):*  James          Murphy          Wolfe
                        First            Middle          Last

Address:*  307       Pike St                        3/7
           No.       Street, Road, Route, Etc.       Apt., Lot, Suite No.

           Athens         TN              37303
           City           State           Zip Code

Home Telephone:*  (423) 252-7427   Work Telephone:* (   )

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person:  1-423-252-7427

*Required field. Information will be used solely for purposes of this lawsuit.

Signature:  James M Wolfe          Date:  1-22-09

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

## ThyssenKrupp Waupaca Case Consent to Participate
### E.D Wis. Case No. 08-C-488

If you wish to join this case, complete all information on this form, sign it, and return it in the enclosed business reply envelope on or before March 6, 2009.

I am a current or former hourly foundry-production worker who worked for ThyssenKrupp Waupaca at some time after December 18, 2005 and I hereby consent to become a party plaintiff in the case called *DeKeyser, et al. v. ThyssenKrupp Waupaca*. I have read the January 16, 2009 "Notice: To Current and Former ThyssenKrupp Waupaca Employees" and I understand that by signing this form, I have chosen to participate in the case as a party plaintiff. I also understand that I will be bound by the judgment of the Court on all issues in this case.

Name (please print):* __Tod__ __C__ __Wooldridge__
First                   Middle               Last

Address:* __4845__ __Highway 11 South__ _____
No.       Street, Road, Route, Etc.      Apt., Lot, Suite No.

__Riceville__ __Tennessee__ __37370__
City         State       Zip Code

Home Telephone:* __(423) 920-0861__ Work Telephone:* __(423) 263-6090__

E-mail (if applicable): _____

Name & Phone Number of Alternative Contact Person: __Alice Wooldridge 423 920-0847__

*Required field. Information will be used solely for purposes of this lawsuit.

Signature: __Tod C Wooldridge__ Date: __1-25-2009__

THIS FORM MUST BE POSTMARKED ON OR BEFORE MARCH 6, 2009 AND RETURNED IN THE ENCLOSED ENVELOPE TO:

J. Gordon Rudd, Jr.
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, Minnesota 55402

CHATTANOOGA
TN 374 2 L
04 MAR 2009 PM

REC'D MAR 0 9 2009

ZIMMERMAN REED

Z R

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 26979   MINNEAPOLIS MN

POSTAGE WILL BE PAID BY ADDRESSEE

J. GORDON RUDD, JR.
ZIMMERMAN REED PLLP
651 NICOLLET MALL STE 501
MINNEAPOLIS MN 55402-9615