UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JASON VANHOOSE, *et al.*, | ) | |
| | ) | Case No. 1:17-cv-248 |
| *Plaintiffs*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| WAUPACA FOUNDRY, INC., | ) | |
| | ) | |
| *Defendant*. | ) | |

| | | |
|---|---|---|
| | ) | |
| MICHAEL SARRELL, *et al.*, | ) | |
| | ) | Case No. 1:17-cv-56 |
| | ) | |
| *Plaintiffs*, | ) | Judge Travis R. McDonough |
| | ) | |
| v. | ) | Magistrate Judge Susan K. Lee |
| | ) | |
| WAUPACA FOUNDRY, INC., | ) | |
| | ) | |
| *Defendants*. | ) | |

**ORDER**

Before the Court is the parties' joint motion to transfer venue for purposes of settlement approval (Doc. 92). Specifically, the parties request a transfer to the United States District Court for the Eastern District of Wisconsin, Green Bay Division. (*Id.*) Under 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district . . . where it might have been brought or to any district . . . to which all parties have consented." The instant consolidated cases could have originally been brought in the Eastern District of Wisconsin because Defendant Waupaca

Foundry, Inc. ("Waupaca") is a Wisconsin corporation and its corporate headquarters are located there. Additionally, all parties consent to the requested transfer. (*See* Doc. 92.)

Additionally, the parties represent that transfer to the Eastern District of Wisconsin, Green Bay Division, serves the interest of justice and the convenience of all of the parties involved because "transferring these actions allows the parties to seek settlement approval of all the related cases in a single proceeding, rather than having to seek separate approval in four different cases pending in three different judicial districts . . . ."[1] (*Id.*) Moreover, the parties argue the Eastern District of Wisconsin is the appropriate venue for seeking approval of this global settlement, "as the case pending in that district is the largest and most advanced, having originally been filed ten years ago." (*Id.*) Finally, the parties note that if, for whatever reason, these cases are transferred and the global settlement is ultimately not approved, they "intend to jointly petition Judge Griesbach to transfer the Indiana and Tennessee actions back to their respective courts for further proceedings." (*Id.*)

Pursuant to the joint motion of the parties and for good cause shown, it is hereby **ORDERED** that:

1. The Consolidated Cases of *VanHoose, et al. v. Waupaca Foundry, Inc.*, No. Case No. 1:17-cv-248 and *Sarrell et al. v. Waupaca Foundry, Inc.*, Case No. 1:17-cv00056 **SHALL** be transferred to United States District Court for the Eastern District of Wisconsin, Green Bay Division, for purposes of settlement approval.

---

[1] There are currently actions pending in the Eastern District of Wisconsin, the Southern District of Indiana, and the Eastern District of Tennessee.

2. Pursuant to 28 U.S.C. § 1404(a), the Clerk is **DIRECTED** to transfer these two actions to the United States District Court for the Eastern District of Wisconsin, Green Bay Division, as related cases to *DeKeyser, et al. v. ThyssenKrupp Waupaca, Inc.*, Case No. 1:108-cv-00488 (E.D. Wis.).

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**