# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| RYAN DeKEYSER, *et al.*, on behalf of themselves and all others similarly situated, | Civil No. 1:08-cv-488 (WCG) |
| Plaintiffs, | |
| -v- | |
| WAUPACA FOUNDRY, INC. f/k/a THYSSENKRUPP WAUPACA, INC., | |
| Defendant. | |

| | |
|---|---|
| JASON VANHOOSE, *et al.*, on behalf of themselves and others similarly situated, | Civil No. 1:18-cv-01193-WCG |
| Plaintiffs, | |
| v. | |
| WAUPACA FOUNDRY, INC., | |
| Defendant. | |

| | |
|---|---|
| MICHAEL SARRELL, *et al.*, on behalf of themselves and others similarly situated, | Civil No. 1:18-cv-01192-WCG |
| Plaintiffs, | |
| v. | |
| WAUPACA FOUNDRY, INC., | |
| Defendant. | |

| HOY GARRETT, JR., *et al.*, | Civil No. 1:18-cv-01186-WCG |
|---|---|
| Plaintiffs, | |
| -v- | |
| WAUPACA FOUNDRY, INC., | |
| Defendant. | |

## ORDER OF FINAL APPROVAL OF SETTLEMENT

Upon consideration of Plaintiffs' Unopposed Motion for Final Approval of the Parties' Proposed Settlement (Dkt. 734) and Motion for an Award of Service Payments and for an Award of Attorneys' Fees, Costs and Expenses to Plaintiffs' Counsel (Dkt. 737), and their supporting memoranda, exhibits, and declarations, as well as the arguments made by counsel during the January 24, 2019 final fairness hearing, and it appearing that:

1. The settlement is fair and reasonable;

2. The Notice of the Proposed Settlement and an opportunity to object was sent as directed to all class members with addresses, and that no class members objected to the terms of the settlement, including the service payments or the attorneys' fees and costs; and

3. Plaintiffs' Counsel did substantial work identifying, investigating, prosecuting, and settling Plaintiffs' and Class Members' claims; Plaintiffs' Counsel are experienced class and collective action employment lawyers and have extensive experience prosecuting and settling wage-and-hour class actions; and that Plaintiffs' Counsel have performed and demonstrated their commitment to the Class and to representing the Class's interests, and that Plaintiffs' Counsel has committed substantial resources to prosecuting this case.

**It is therefore ORDERED that:**

1. The Parties' class-wide Settlement Agreement in the above-captioned Actions is fair and reasonable and is hereby approved;

1

2. The Plaintiffs' request for service payments to be paid to the 22 individuals listed on Exhibit B to the Parties' Settlement Agreement, ranging in amounts from $1,500 to $5,000 each, is approved;

3. Plaintiffs' Counsel's request for attorneys' fees, costs and expenses in the amount of $3,500,000.00 is reasonable and is approved;

4. Payment of the claimed settlement shares, attorneys' fees, costs and service payments shall be made as provided in the Settlement Agreement.

5. The form and content of the Notices of Proposed Settlement previously approved by this Court was adequate, proper, and comported with Due Process;

6. Pursuant to the Settlement Agreement paragraph 18, final judgment is entered with respect to the approval of all terms of the Settlement Agreement, with respect to the merits and with prejudice to the individual or Class claims released hereunder. There is no just reason for delay in the entry of this judgment, and the time to appeal any aspect of the final approval of the Settlement Agreement shall commence forthwith; and

7. The District Court retains jurisdiction solely for purposes of post-judgment enforcement of the Settlement Agreement.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated at Green Bay, Wisconsin this 24th day of January, 2019.

                                                s/ William C. Griesbach
                                                William C. Griesbach, Chief Judge
                                                United States District Court